UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 16-23535-CIV-MORENO

Hon. John J. O'Sullivan, Magistrate Judge

BLACKBERRY LIMITED,

    Plaintiff,

v.

BLU PRODUCTS, INC.,

    Defendant.

**PLAINTIFF BLACKBERRY'S *UNOPPOSED* MOTION TO
REMOVE AND REPLACE PREVIOUSLY FILED EXHIBIT**

Plaintiff BlackBerry Limited ("BlackBerry") respectfully moves this Court to remove from the public records Composite Exhibit A (DE 71-1) to BlackBerry's Supplemental Memorandum (DE 71) ("Supplemental Memo") in Support of Motion to Resolve Discovery Disputes and for Expedited Discovery Conference, and replace it with the redacted version attached to this motion.

1.    On January 3, 2017, Blackberry filed its Supplemental Memo. The Supplemental Memo attached two letters as Composite Exhibit A. After filing these documents, it came to the undersigned's attention that the letters referenced information that Defendant BLU Products, Inc. ("BLU") has designated confidential.

2.    Counsel for BlackBerry immediately contacted counsel for BLU, who requested that BlackBerry file this motion to replace the exhibit with a new version redacting the confidential information.

3. Therefore, BlackBerry respectfully moves this Court to remove the original Composite Exhibit A from the public records and replace it with the redacted version attached to this motion. By filing this motion, BlackBerry does not concede that the information designated confidential is in fact confidential and reserves the right to contest BLU's confidentiality designations at the appropriate time.

WHEREFORE, for the foregoing reasons, BlackBerry respectfully requests that the Court instruct the Clerk of this Court to remove Composite Exhibit A from the public records and replace it with the redacted version attached to this motion, together with such further relief as the Court deems just and proper. A proposed Order is attached.

## RULE 7.1(a)(3) CERTIFICATE OF GOOD FAITH CONFERENCE

I hereby certify that counsel for BlackBerry conferred with counsel for Defendant about the foregoing issues, and counsel for Defendant does not oppose the relief sought.

Dated: January 3, 2017

Ching-Lee Fukuda (*pro hac vice*)
clfukuda@sidley.com
Todd M. Simpson (*pro hac vice*)
tsimpson@sidley.com
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: 1 212 839 5300
Facsimile: 1 212 839 5599

Thomas N. Tarnay (*pro hac vice*)
ttarnay@sidley.com
R. Seth Reich Jr. (*pro hac vice*)
seth.reich@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone: 1 214 981 3300
Facsimile: 1 214 981 3400

Respectfully submitted,

By: */s/ Audrey M. Pumariega*
Marcos Daniel Jiménez (FBN 441503)
mjimenez@mwe.com
Audrey M. Pumariega (FBN 85206)
apumariega@mwe.com
MCDERMOTT WILL & EMERY LLP
333 SE 2nd Avenue, Suite 4500
Miami, Florida 33131
Telephone: 305 358 3500
Facsimile: 305 347 6500

Scott R. Lassar (*pro hac vice*)
slassar@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Telephone: 1 312 853 7000
Facsimile: 1 312 853 7036

*Attorneys for Plaintiff BlackBerry Limited*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 3rd day of January, 2017, the foregoing document was filed via CM/ECF or email to all counsel identified below:

Angela D. Daker (FBN 681571)
White & Case LLP
Southeast Financial Center, Suite 4900
200 South Biscayne Boulevard
Miami, FL  33131
Telephone: (305) 371-2700
Facsimile:  (305) 358-5744
Kevin McGann (pro hac vice)
Jeannine Sano (pro hac vice)
John Scheibeler (pro hac vice)
Eric Lancaster (pro hac vice)
White & Case LLP
Email:  WCBluTeam@whitecase.com

Bernard L. Egozi (FBN 152544)
Egozi & Bennett, P.A.
2999 NE 191st Street, Suite 407
Aventura, FL  33180
Telephone: (305) 931-9342
Facsimile:  (305) 931-9343
Email:  begozi@egozilaw.com

*Counsel for Defendant BLU Products, Inc.*

*/s/ Audrey M. Pumariega*
Audrey M. Pumariega