UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-23535-CIV-MORENO/O'SULLIVAN

BLACKBERRY LIMITED,

    Plaintiff,

vs.

BLU PRODUCTS, INC.,

    Defendant
_____/

## ORDER AND NOTICE OF HEARING

THIS CAUSE came before the Court following a discovery hearing held before the undersigned in this matter on January 3, 2017, and on the Plaintiff Blackberry's Unopposed Motion to Remove and Replace Previously Filed Exhibit (DE # 72, 1/3/17). Having held a hearing in this matter and for the reasons stated on the record, it is

ORDERED AND ADJUDGED that the Plaintiff Blackberry's Unopposed Motion to Remove and Replace Previously Filed Exhibit (DE # 72, 1/3/17) is DENIED. It is further

ORDERED AND ADJUDGED that expert reports in this matter are due on or before January 10, 2017, expert rebuttal reports are due on or before January 20, 2017, and all expert depositions shall be completed on or before January 30, 2017. It is further

ORDERED AND ADJUDGED that this matter is set for a discovery hearing on Thursday, January 12, 2017, at 3:00 PM, in the 5th Floor Courtroom, at the United States District Court, 301 North Miami Avenue, Miami, Florida. The attorneys may appear by phone for the January 12, 2017, hearing. It is further

ORDERED AND ADJUDGED that on or before the conclusion of Tuesday, January 10, 2017, the parties shall discuss the discovery issues they want heard by the Court on Thursday, January 12, 2017, in an attempt to resolve those issues. It is further

ORDERED AND ADJUDGED that on or before 5:00 PM on Wednesday, January 11, 2016, the parties shall notify the chambers of the undersigned if they still require the hearing in this matter on Thursday, January 12, 2017.

DONE AND ORDERED in Chambers at Miami, Florida this 3rd day of January, 2017.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
United States District Judge Moreno
All counsel of record