UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-23535-CIV-MORENO/O'SULLIVAN

BLACKBERRY LIMITED,
    Plaintiff,

vs.

BLU PRODUCTS, INC.,

    Defendant
_____/

### ORDER

THIS MATTER is before the Court on the Plaintiff Blackberry Limited's Emergency Motion to Modify the Deadline for Expert Damages Reports and for Entry of Protective Order and Electronic Discovery Order (DE # 79, 1/5/17).  Having reviewed the applicable filings and the law and having held a hearing in this matter, it is

ORDERED AND ADJUDGED that the Plaintiff Blackberry Limited's Emergency Motion to Modify the Deadline for Expert Damages Reports and for Entry of Protective Order and Electronic Discovery Order (DE # 79, 1/5/17) is GRANTED in part and DENIED in part in accordance with the rulings from the bench and in accordance with this Order.  It is further

ORDERED AND ADJUDGED that any documents exchanged during discovery in this matter may not be used and/or disclosed outside this litigation.  The documents are for attorneys eyes only, and may also be reviewed by the experts in this matter.  The experts in this matter may not disclose the documents to anyone other than counsel in this matter.

DONE AND ORDERED in Chambers at Miami, Florida this 6th day of January, 2017.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
United States District Judge Moreno
All counsel of record