**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 16-23535-CIV-MORENO**

**Hon. Federico A. Moreno, Judge**

BLACKBERRY LTD.,

               Plaintiff,

    v.

BLU PRODUCTS, INC.,

               Defendant.

**WHITE & CASE LLP'S *UNOPPOSED* EMERGENCY MOTION TO WITHDRAW
AS COUNSEL FOR DEFENDANT BLU PRODUCTS, INC.**

At the request of Defendant BLU Products, Inc. ("BLU"), 10814 N.W. 33rd Street, Building 100, Miami, FL 33172, White & Case LLP hereby submits this ***unopposed*** motion on an emergency basis to withdraw as counsel for Defendant BLU Products, Inc. ("BLU"), in this action pursuant to S.D. Fla. Rule 7.1(d) and 11.1 and the applicable Florida Bar Rules of Professional Conduct.  BLU has notice of this Motion, and the undersigned counsel has conferred with counsel for Plaintiff BlackBerry Ltd. regarding this Motion in accordance with S.D. Fla. Rule 7.1, and Plaintiff indicated that it does not oppose the relief requested herein if it does not affect the case schedule.  Irreconcilable differences have arisen between White & Case LLP and BLU.  BLU has given permission to White & Case LLP to disclose to this Court that the instant dispute does not presently relate to any fee issues.  Any further information regarding the nature of the irreconcilable differences between White & Case LLP and BLU can only be disclosed by an *in camera* submission to the Court.

Given the upcoming close of fact and expert discovery on January 30, 2017 and other rapidly approaching deadlines in this case, as recognized by the Court at the January 3, 2017 discovery conference, White & Case LLP and BLU respectfully request that the Court waive the

1

time requirements of S.D. Fla. Rule 7.1 and treat this Motion as an Emergency Motion.  White & Case LLP will coordinate with BLU and its counsel regarding the materials relating to its handling of the case thus far in accordance with Rule 4-1.16 of the Florida Rules of Professional Conduct.

WHEREFORE, White & Case LLP respectfully requests that the Court enter an Order granting this Motion and discharge White & Case LLP from any and all further obligations of representation for BLU in this matter.

Dated:    January 6, 2017

Respectfully submitted,

By */s/ Angela D. Daker*
Angela D. Daker (Florida Bar No. 681571)
White & Case LLP
Southeast Financial Center, Suite 4900
200 South Biscayne Boulevard
Miami, FL  33131
Telephone:  (305) 371-2700
Email:  WCBluTeam@whitecase.com

Jeannine Sano (*pro hac vice*)
Eric E. Lancaster (*pro hac vice*)
White & Case LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA  94306
Telephone:  (650) 213-0356
Email:  jsano@whitecase.com
Email:  elancaster@whitecase.com

Kevin X. McGann (*pro hac vice*)
John P. Scheibeler (*pro hac vice*)
White & Case LLP
1155 Avenue of the Americas
New York, NY  10036-2787
Telephone:  (212) 819-8312
Email:  kmcgann@whitecase.com
Email:  jscheibeler@whitecase.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 6th day of January 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the following document is being served this day on all parties/counsel of record identified below via transmission of Notices of Electronic Filing generated by CM/ECF and/or email:

Ching-Lee Fukuda (*pro hac vice*)
Todd Simpson (*pro hac vice*)
Sidley Austin LLP
787 Seventh Avenue
New York, NY  10019
Telephone:  (212) 839-5300
Facsimile: (212) 839-5599
Email:  clfukuda@sidley.com
Email:  tsimpson@sidley.com

*Counsel for Plaintiff*

David T. Pritikin (*pro hac vice*)
Douglas I. Lewis (*pro hac vice*)
Scott R. Lassar (*pro hac vice*)
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036
Email:  dpritikin@sidley.com
Email:  dilewis@sidley.com
Email:  slassar@sidley.com

*Counsel for Plaintiff*

Thomas N. Tarnay (*pro hac vice*)
Seth Reich (*pro hac vice*)
Sidley Austin LLP
2021 McKinney Avenue, Suite 2000
Dallas, TX  75201
Telephone:  (214) 981-3300
Facsimile:  (214) 981-3400
Email:  ttarnay@sidley.com
Email:  seth.reich@sidley.com

*Counsel for Plaintiff*

Marcos Daniel Jiminez
Audrey M. Pumariega
McDermott Will & Emery LLP
333 Avenue of the Americas, Suite 4500
Miami, FL  33131
Telephone:  (305) 358-3500
Facsimile:  (305) 347-6500
Email:  mjimenez@mwe.com
Email:  apumariega@mwe.com

*Counsel for Plaintiff*

Bernard L. Egozi
Egozi & Bennett, P.A.
2999 NE 191st Street, Suite 407
Aventura, FL  33180
Telephone:  (305) 931-9342
Email:  begozi@egozilaw.com
VIA E-MAIL

*Outside Counsel for BLU Products, Inc.*

Samuel Ohev-Zion
Michael Ohev-Zion
BLU Products, Inc.
10814 N.W. 33rd Street, Building 100
Miami, FL 33172
Email: sammy@bluproducts.com
Email: mike@bluproducts.com
VIA E-MAIL

*BLU Products, Inc.*

 */s/ Angela D. Daker*
 Angela D. Daker