```
 1                      UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF FLORIDA
 2
                        Case No. 16-23535-CIV-FAM
 3
     BLACKBERRY, LTD.,             )
 4                                 )
         PLAINTIFF,                )
 5                                 )
         -v-                       )
 6                                 )
     BLU PRODUCTS, INC.,           )
 7                                 )
         DEFENDANT.                )    Miami, Florida
 8                                 )    January 6, 2017
     _____)
 9

10           TRANSCRIPT OF DISCOVERY HEARING PROCEEDINGS

11           BEFORE THE HONORABLE JOHN J. O'SULLIVAN

12                  UNITED STATES MAGISTRATE JUDGE

13


14   Appearances:

15   (On Page 2.)

16
     Reporter                        Stephen W. Franklin, RMR, CRR, CPE
17   (561)514-3768                   Official Court Reporter
                                     701 Clematis Street
18                                   West Palm Beach, Florida  33401
                                     E-mail:  SFranklinUSDC@aol.com
19

20

21

22

23

24

25
```

```
 1   Appearances:

 2   FOR THE PLAINTIFF              Audrey M Pumariega, ESQ.
                                    McDermott, Will & Emery, LLP
 3                                  333 Avenue of the Americas
                                    Suite 4500
 4                                  Miami, FL 33131
     -and-
 5                                  Scott R. Lassar, ESQ.
                                    Sidley Austin, LLP
 6                                  One South Dearborn
                                    Chicago, IL 60603
 7   -and-
                                    Thomas N. Tarnay, ESQ.
 8                                  Sidley Austin, LLP
                                    2021 McKinney Avenue
 9                                  Suite 2000
                                    Dallas, TX 75201
10
     FOR THE DEFENDANT              Bernard L. Egozi, ESQ.
11                                  Egozi & Bennett, P.A.
                                    2999 Northeast 191st Street
12                                  Suite 407
                                    Aventura, FL 33180
13   -and-
                                    Jeannine Sano, ESQ.
14                                  White & Case, LLP
                                    Five Palo Alto Square
15                                  3000 El Camino Real
                                    9th Floor
16                                  Palo Alto, CA 94306
     -and-
17                                  Kevin X. McGann, ESQ.
                                    White & Case, LLP
18                                  1155 Avenue of the Americas
                                    New York, NY 10036
19
                                  * * * *
20

21

22

23

24

25
```

```
 1            (Call to the order of the Court.)
 2              THE COURT:  All right.  Good afternoon.
 3              We're here today in the case of BlackBerry, Limited
 4   versus BLU Products, Inc., Case Number 16-CIVIL-23535.
 5              We're here on plaintiff's emergency motion to modify
 6   the deadline for expert damage reports and entry of protective
 7   order and electronic discovery order.
 8              It's case -- I already said the case.
 9              Who's here for the plaintiff?
10              MS. PUMARIEGA:  Good afternoon, Judge.  Audrey
11   Pumariega, from McDermott, Will & Emery, joined by my
12   colleague, Scott Lassar and Thomas Tarnay, of Sidley Austin.
13              THE COURT:  Okay.  And who's here for the defendant?
14   Hello?
15              MS. SANO:  Your Honor --
16              MR. EGOZI:  Your Honor, Bernard Egozi, of Egozi &
17   Bennett.  I am outside counsel, general counsel for BLU
18   Products, Inc.  I have not entered an appearance in this case.
19              However, I am here today to alert the Court that
20   White & Case is going to be filing an emergency motion to
21   withdraw from representing BLU Products, Inc. in this matter.
22   There are irreconcilable conflicts that have nothing to do
23   with fees, but we would ask that this matter be postponed
24   until early next week so that appropriate patent counsel could
25   handle the issue.
```

```
 1              THE COURT:  All right.  Who's here for the
 2   defendants as of now?
 3              Who's here from White & Case?
 4              MS. SANO:  Your Honor, Jeannine Sano and Kevin
 5   McGann are on the phone from White & Case.
 6              THE COURT:  Okay.  All right.  What does the
 7   plaintiff say about that?
 8              MS. PUMARIEGA:  Judge, I would defer to Mr. Tarnay.
 9              MR. TARNAY:  Good afternoon, Judge.  This is Tom
10   Tarnay.  Thank you for making time to speak with us.
11              With regard to White & Case's request to withdraw as
12   counsel, we have no fundamental objection.  However, we don't
13   believe that, you know, an emergency withdrawal at the
14   eleventh hour should be permitted to affect the schedule in
15   the case.
16              And so that's our bottom-line view on that.
17              THE COURT:  All right.  Well, Mr. Egozi --
18              MR. EGOZI:  Your Honor, Bernard Egozi --
19              THE COURT:  -- I mean, here's the problem,
20   Mr. Egozi.  Mr. Egozi, hold on.
21              Here's the problem you have.
22              This case has about 25 days or 24 days left of
23   discovery.  I don't know if Judge Moreno's going to grant a
24   motion for White & Case to get out of the case.  I don't know
25   if you're going to have someone who's going to be in this
```

```
 1   case, you know, on -- tonight at 5:00 o'clock, because if
 2   you're gonna -- if you're trying to replace counsel, that's
 3   what you're gonna need to do, I think.
 4              You know, I don't know.  Maybe Judge Moreno will put
 5   everything off.  But he's already denied one motion for
 6   continuance in this case, and I don't know what he's likely to
 7   do, but you -- I don't know what you're waiting for in filing
 8   a motion.  It should be -- it should have been filed before
 9   this hearing if you're gonna try to replace counsel 20 days
10   before the end of the discovery period.
11              And how do you plan on meeting the obligations
12   that your -- your company and counsel have for the next 20
13   days?
14              MR. EGOZI:  Understood, Your Honor.
15              And I understand your position, and we'll explain
16   that to the Court in a motion.
17              But the --
18              THE COURT:  Well, no, here -- Mr. Egozi --
19              MR. EGOZI:  -- parties -- with respect to this
20   hearing today, the parties have been --
21              THE COURT:  Mr. Egozi --
22              MR. EGOZI:  Yes.
23              THE COURT:  -- you need to explain it to me now, or
24   else I'm going to grant this motion.
25              MR. EGOZI:  Okay.
```

```
 1              THE COURT:  So, you know, as of now --
 2              MR. EGOZI:  Well --
 3              THE COURT:  -- White & Case is in this case.  So if
 4  you want me to not rule on this motion, you need to convince
 5  me why that's the proper thing to do, not tell me, I'm going
 6  to put it in a motion.
 7              MR. EGOZI:  Well, I can tell you that BLU Products,
 8  Inc. has already retained alternate counsel to replace White &
 9  Case in this matter.  However, that alternate firm cannot
10  enter an appearance until it appears before Judge Moreno to
11  seek substitution of counsel, because it would require more
12  time based on this schedule.
13              We received nearly a thousand pages of contentions
14  about a week ago in this case, with an expert discovery report
15  that's extremely short for all parties, and it's impossible to
16  have experts and reports done in the time period, let alone
17  read everything that was just served one week ago.
18              We've engaged alternate counsel weeks ago.  They
19  simply cannot enter the appearance until they appear for a
20  limited basis in front of Judge Moreno to seek an appearance
21  contingent upon a continuance or a postponement of some of the
22  deadlines.
23              THE COURT:  And if -- and --
24              MR. EGOZI:  Now, with respect to the issue --
25              MS. SANO:  Your Honor, this is Jeannine Sano.  There
```

```
 1  are additional --
 2           THE COURT:  And if Judge Moreno says no --
 3           MS. SANO:  There are additional de --
 4           THE COURT:  I'm sorry.
 5           If Judge Moreno says, no, I'm not going to continue
 6  this, then what happens?  Is White & Case staying in the case
 7  then?
 8           MR. EGOZI:  Uh, then we'll have to make an
 9  arrangement at that point.  I don't know.  It will be either
10  White & Case or it will be new counsel entering an appearance
11  on behalf of BLU Products.
12           THE COURT:  All right.  Well, we need to go --
13           MS. SANO:  Your Honor, this is Jeannine Sano.
14           There are additional details here that we can't
15  provide without a chance to evaluate attorney/client privilege
16  issues.
17           THE COURT:  Yeah.
18           MS. SANO:  But we may need to raise those issues
19  with you in camera.
20           THE COURT:  Okay.  Well, I'm going to go --
21           I don't see any reason not to keep this case moving
22  in the interim.  I mean, I think what you need to do is you
23  need to get in front of Judge Moreno as quickly as possible.
24  I'm surprised you haven't done it if you've been attempting to
25  get counsel, or you said you've had counsel for a couple of
```

```
 1   weeks.  I don't know -- I don't know what you're waiting on.
 2   I'm sure that you're aware of the --
 3             MR. EGOZI:  Yes, Your Honor.
 4             THE COURT:  -- tight schedule of this case.
 5             MR. EGOZI:  Yes, Your Honor.
 6             And with respect to the delay or the emergency with
 7   respect to an ESI or protective order, the parties have been
 8   exchanging discovery informally pursuant to an electronic
 9   discovery order, as well as a protective order, from the
10   inception of the case for the last few months.  Therefore, we
11   see no emergency to enter an order right now or enter the
12   proposed orders that BlackBerry has proposed.
13             The model order that we've proposed on the ESI is
14   the model order that's been adopted by the Court of Appeals
15   for the Federal Circuit, which hears all appeals of patent
16   cases.
17             Again, I'm not patent --
18             THE COURT:  Who is this who's speaking?
19             MR. EGOZI:  -- patent counsel, and I don't intend to
20   make an appearance, but all we're asking is that the Court
21   defer ruling or postpone this hearing until Monday or Tuesday,
22   so that we can address the counsel issue before Judge Moreno
23   in advance of that time.
24             THE COURT:  Well, I mean, here's the problem is I
25   think January 10th is when you have to exchange expert
```

```
 1   reports.  Or I forget, what was the -- what did we set for
 2   January 10th?  Is it exchange --
 3             MR. TARNAY:  Expert reports, Judge.
 4             THE COURT:  Yeah.
 5             So how are you going to stay with that deadline if
 6   you're telling me not to even hear this thing until then?
 7             MR. EGOZI:  I don't know that we're going to be able
 8   to comply with that deadline, Your Honor.  However, we will
 9   likely be filing an appeal of that order so that we could have
10   more time to file those reports.
11             THE COURT:  Okay.  And what about the provision
12   of --
13             MR. TARNAY:  Your Honor --
14             THE COURT:  -- of the damages reports or the damage
15   information that was going to be provided by the defendant in
16   some kind of summary fashion?  Is that -- what's going on with
17   that?
18             MR. EGOZI:  That's being provided today, Your Honor.
19   That's going to be given in an FTP site or a drive to opposing
20   counsel.
21             THE COURT:  Okay.  Well, I mean, I understand your
22   argument, and I'm hesitant to enter these orders, but on the
23   other hand, I'm not -- I'm concerned about -- because I don't
24   know what Judge Moreno's going to do as far as extending the
25   deadlines, especially since he just considered basically what
```

```
 1   you've told me here, he just considered a week or two ago and
 2   he denied it, which leads me to believe he's going to deny it.
 3            But I -- you know, who knows.  Maybe somebody else
 4   would be better at, you know, convincing him that it needs to
 5   be extended.
 6            But what I'm concerned is that --
 7            MR. EGOZI:  Understood, Your Honor.
 8            And that -- that denial was prior to BlackBerry's
 9   production of its contention interrogatory responses, which
10   were after that motion and after that order was entered.
11            THE COURT:  Okay.
12            MR. EGOZI:  So there is a change in circumstance.
13            THE COURT:  Well, what I'm not -- what I'm not going
14   to do is I'm not going to change my deadlines for
15   January 10th.  And what I'm going to do is -- what I'm
16   contemplating doing is I'll just issue a protective order
17   right here indicating that, you know, any items that are
18   exchanged cannot be used outside of -- are for counsel and for
19   experts only, and not to be used outside counsel in this case
20   or experts in this case until further order of the Court.  And
21   that way you can give your stuff to your experts, who can
22   determine their damages, or whatever else they're going to
23   testify about, and we can, you know, discuss later on whether
24   or not patent counsel or somebody else should have access to
25   this stuff, or other people should have access.  But that at
```

```
 1   least would kind of keep the case on track momentarily,
 2   anyway, until Judge Moreno decides if he's going to move this
 3   thing.
 4            What do the parties have to say about that?
 5            MR. EGOZI:  Yes, Your Honor.
 6            THE COURT:  Any comments?
 7            MR. TARNAY:  Judge this is Tom Tarnay, for
 8   BlackBerry.
 9            We'd be very happy with an order of the type you
10   just described that would facilitate disclosure of the
11   material with the expert, and we appreciate Your Honor making
12   that recommendation.
13            THE COURT:  Well, I'm not making a recommendation.
14   I'm going to issue an order.  You don't have to . . .
15            MR. TARNAY:  Thank you, Your Honor.
16            THE COURT:  Okay.
17            All right.  Anybody -- Mr. Egozi or anybody from
18   White & Case want to comment on that?
19            No?
20            MR. EGOZI:  Nothing further, Your Honor.
21            THE COURT:  Okay.  All right.  So I'm going to grant
22   the motion in part.  I'm going to order -- in my written order
23   it's going to be very simple that any documents that are
24   exchanged pursuant to discovery in this matter are not to be
25   used outside of this litigation.  They're for attorney's eyes
```

```
 1   only unless otherwise agreed to by the parties.  And the
 2   documents may be reviewed, other than attorney's eyes only,
 3   may be reviewed by experts in this matter and cannot be
 4   disclosed by those experts outside of -- outside of, you know,
 5   their attorney -- the attorney -- the attorneys in this case.
 6             All right.  Anything else I can help y'all with
 7   today?
 8             MR. McGANN:  Your Honor, this is Kevin McGann from
 9   White & Case.
10             I know Ms. Sano raised the issue of there were
11   certain issues that we didn't feel we could address here to --
12   that we may be able to address in camera with the Court.  I'm
13   not sure if that's something Your Honor is willing and
14   prepared to do now, but we'd be able to do that if you'd like.
15             THE COURT:  Well, and that would relate to what
16   issue?
17             MR. McGANN:  The withdrawal.
18             MS. SANO:  Our withdrawal, Your Honor.
19             THE COURT:  Yeah.
20             MR. McGANN:  We sim -- we're in a position, Your
21   Honor, where there are simply things we can (inaudible).
22             THE COURT:  Yeah, I understand.
23             But, I mean, here's the problem is that I think
24   that's going to need to be addressed by Judge Moreno.
25             I mean, if it was just simply we're going to
```

1  withdraw as counsel, and, you know, the Smith firm is coming
2  in as counsel, that's something that I could handle.  But if
3  it's going to be we're going to withdraw as counsel, and the
4  Smith company is coming in as counsel contingent on you moving
5  the dates or something like that, I don't have the ability to
6  move the deadlines that have been set by Judge Moreno, other
7  than a very limited fashion.  In other words, if you needed a
8  day or two, I could do that, but I can't move them in any
9  meaningful way.
10          So it may be that you're going to have to talk to
11 Judge Moreno about that if that's what you're -- if it relates
12 to the withdrawal.
13          MR. McGANN:  Your Honor, this is Kevin McGann from
14 White & Case.
15          I understand your point.
16          I -- there may be some limited information we could
17 provide Your Honor in camera only that (inaudible).
18          THE COURT:  Well, I'm hesitant, first of all, to do
19 something in camera without, you know, finding a good reason
20 for it.  And since I'm not going to -- I don't think -- at
21 least the way it's explained to me today, I don't believe that
22 I'm going to be ruling on that motion to withdraw, that you're
23 better off addressing that in your motion to withdraw and see
24 if Judge Moreno wants to hear from you in camera or if he
25 wants me to, whatever it is.

```
 1                All right.  Anything else I can help you all with?
 2                I would suggest --
 3                MR. EGOZI:  No, Your Honor, thank you.
 4                MR. TARNAY:  Judge, this is Thomas Tarnay --
 5                THE COURT:  I would suggest any motion --
 6                MR. TARNAY:  Judge, this is Tom Tarnay with -- for
 7     BlackBerry.
 8                I was just going to state for the record, Your
 9     Honor, that if BLU is able to produce financial information
10     today, as represented, it's still likely that BlackBerry will
11     need to supplement its expert reports on damages, given that
12     there's less than two business days before expert reports are
13     due.  But we do believe we can stick with the current schedule
14     as Your Honor has already ordered --
15                THE COURT:  Okay.
16                MR. TARNAY:  -- (inaudible) the necessity of
17     supplementing.
18                THE COURT:  All right.  Well, I mean, that's
19     something we'll determine later.  I guess if you want to
20     supplement and they're not in agreement, you can come to me
21     and explain to me why -- you know, why it couldn't have been
22     done by the 10th, assuming that it was -- you know, that you
23     didn't get the information, or whatever.  You can address that
24     with me later.
25                Okay.  Anything else I can help you all with?
```

```
 1              MR. TARNAY:  Okay.  And --
 2              THE COURT:  Go ahead.
 3              Who was that?
 4              MR. TARNAY:  I'm sorry.  This is Tom Tarnay again.
 5              I was just going to ask if perhaps Mr. Egozi could
 6   tell us whether he's going to be producing, you know, tens of
 7   thousands of documents subject to, you know, Rule 33(d) with
 8   regard to our financial requests, or whether he'll be
 9   providing, you know, information in summary format.
10              The latter obviously would allow us to do an expert
11   report that raw documents, you know --
12              THE COURT:  Yeah, he's just indicated to me that
13   he's going to produce it in summary fashion, so I assume
14   that's what he's producing.
15              MR. EGOZI:  Correct.
16              THE COURT:  Okay.
17              MR. TARNAY:  Okay.
18              MR. EGOZI:  That is correct, Your Honor.
19              That is correct, Tom.
20              THE COURT:  All right.  Thanks a lot.
21              MR. TARNAY:  Thank you.
22              Nothing else, then, for BlackBerry.  Thank you for
23   your time, Your Honor.
24              THE COURT:  Okay. All right.  Have a good days,
25   guys.
```

```
 1             MS. SANO:  Thank you, Judge.
 2             THE COURT:  Court's in recess.
 3             MR. EGOZI:  Thank you.
 4       (Proceedings concluded.)
 5                        * * * * *
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
1                         * * * *
2                         I N D E X
3    Discovery Hearing                                    3
4                         * * * *
5                       E X H I B I T S
6    (None.)
7                         * * * *
8                        CERTIFICATE
9
10       I, Stephen W. Franklin, Registered Merit Reporter, and
11   Certified Realtime Reporter, certify that the foregoing is a
12   correct transcript from the record of proceedings in the
13   above-entitled matter.
14       Dated this 6th day of JANUARY, 2017.
15
16       /s/Stephen W. Franklin
         _____
17       Stephen W. Franklin, RMR, CRR
18
19
20
21
22
23
24
25
```

| | | | | |
|---|---|---|---|---|
| **MR. EGOZI: [23]** | **75201 [1]**  2/9 | **attorney's [2]**  11/25 12/2 | **comply [1]**  9/8 | 4/24 5/4 5/6 5/7 7/9 7/21 8/1 8/1 8/19 9/7 9/23 11/14 13/5 13/20 13/21 |
| **MR. McGANN: [4]** 12/7 12/16 12/19 13/12 | **9** | **attorney/client [1]**  7/15 | **concerned [2]**  9/23 10/6 | |
| **MR. TARNAY: [12]** 4/8 9/2 9/12 11/6 11/14 14/3 14/5 14/15 14/25 15/3 15/16 15/20 | **94306 [1]**  2/16 | **attorneys [1]**  12/5 | **concluded [1]**  16/4 | **done [3]**  6/16 7/24 14/22 |
| | **9th [1]**  2/15 | **Audrey [2]**  2/2 3/10 | **conflicts [1]**  3/22 | **drive [1]**  9/19 |
| | **A** | **Austin [3]**  2/5 2/8 3/12 | **considered [2]**  9/25 10/1 | **due [1]**  14/13 |
| | **ability [1]**  13/5 | **Aventura [1]**  2/12 | **contemplating [1]**  10/16 | |
| **MS. PUMARIEGA: [2]** 3/9 4/7 | **able [4]**  9/7 12/12 12/14 14/9 | **Avenue [3]**  2/3 2/8 2/18 | **contention [1]**  10/9 | **E** |
| **MS. SANO: [8]**  3/14 4/3 6/24 7/2 7/12 7/17 12/17 15/25 | **above [1]**  17/13 | **aware [1]**  8/2 | **contentions [1]**  6/13 | **E-mail [1]**  1/18 |
| | **above-entitled [1]**  17/13 | **B** | **contingent [2]**  6/21 13/4 | **early [1]**  3/24 |
| | **access [2]**  10/24 10/25 | **based [1]**  6/12 | **continuance [2]**  5/6 6/21 | **Egozi [12]**  2/10 2/11 3/16 3/16 4/17 4/18 4/20 4/20 5/18 5/21 11/17 15/5 |
| **THE COURT: [43]** | **additional [3]**  7/1 7/3 7/14 | **basically [1]**  9/25 | **continue [1]**  7/5 | |
| **-** | **address [4]**  8/22 12/11 12/12 14/23 | **basis [1]**  6/20 | **convince [1]**  6/4 | |
| | **addressed [1]**  12/24 | **Beach [1]**  1/18 | **convincing [1]**  10/4 | |
| **-and [4]**  2/4 2/7 2/13 2/16 | **addressing [1]**  13/23 | **because [3]**  5/1 6/11 9/23 | **correct [4]**  15/15 15/18 15/19 17/12 | **either [1]**  7/9 |
| **-v [1]**  1/5 | **adopted [1]**  8/14 | **before [6]**  1/11 5/8 5/10 6/10 8/22 14/12 | **couldn't [1]**  14/21 | **El [1]**  2/15 |
| **/** | **advance [1]**  8/23 | **behalf [1]**  7/11 | **counsel [23]** | **electronic [2]**  3/7 8/8 |
| **/s/Stephen [1]**  17/16 | **affect [1]**  4/14 | **being [1]**  9/18 | **couple [1]**  7/25 | **eleventh [1]**  4/14 |
| **1** | **after [2]**  10/10 10/10 | **believe [4]**  4/13 10/2 13/21 14/13 | **COURT [9]**  1/1 1/17 3/1 3/19 5/16 8/14 8/20 10/20 12/12 | **else [8]**  5/24 10/3 10/22 10/24 12/6 14/1 14/25 15/22 |
| **10036 [1]**  2/18 | **afternoon [3]**  3/2 3/10 4/9 | **Bennett [2]**  2/11 3/17 | | |
| **10th [4]**  8/25 9/2 10/15 14/22 | **again [2]**  8/17 15/4 | **Bernard [3]**  2/10 3/16 4/18 | **Court's [1]**  16/2 | **emergency [5]**  3/5 3/20 4/13 8/6 8/11 |
| **1155 [1]**  2/18 | **ago [4]**  6/14 6/17 6/18 10/1 | **better [2]**  10/4 13/23 | **CPE [1]**  1/16 | **Emery [2]**  2/2 3/11 |
| **16-23535-CIV-FAM [1]** 1/2 | **agreed [1]**  12/1 | **BLACKBERRY [7]**  1/3 3/3 8/12 11/8 14/7 14/10 15/22 | **CRR [2]**  1/16 17/17 | **end [1]**  5/10 |
| **191st [1]**  2/11 | **agreement [1]**  14/20 | | **current [1]**  14/13 | **engaged [1]**  6/18 |
| **2** | **ahead [1]**  15/2 | **BlackBerry's [1]**  10/8 | **D** | **enter [5]**  6/10 6/19 8/11 8/11 9/22 |
| **20 [2]**  5/9 5/12 | **alert [1]**  3/19 | **BLU [7]**  1/6 3/4 3/17 3/21 6/7 7/11 14/9 | **Dallas [1]**  2/9 | **entered [2]**  3/18 10/10 |
| **2000 [1]**  2/9 | **allow [1]**  15/10 | **bottom [1]**  4/16 | **damage [2]**  3/6 9/14 | **entering [1]**  7/10 |
| **2017 [2]**  1/8 17/14 | **alone [1]**  6/16 | **bottom-line [1]**  4/16 | **damages [3]**  9/14 10/22 14/11 | **entitled [1]**  17/13 |
| **2021 [1]**  2/8 | **already [4]**  3/8 5/5 6/8 14/14 | **business [1]**  14/12 | **Dated [1]**  17/14 | **entry [1]**  3/6 |
| **23535 [1]**  3/4 | **alternate [3]**  6/8 6/9 6/18 | **C** | **dates [1]**  13/5 | **ESI [2]**  8/7 8/13 |
| **24 [1]**  4/22 | **Alto [2]**  2/14 2/16 | **CA [1]**  2/16 | **days [6]**  4/22 4/22 5/9 5/13 14/12 15/24 | **especially [1]**  9/25 |
| **25 [1]**  4/22 | **am [2]**  3/17 3/19 | **camera [5]**  7/19 12/12 13/17 13/19 13/24 | **de [1]**  7/3 | **ESQ [6]**  2/2 2/5 2/7 2/10 2/13 2/17 |
| **2999 [1]**  2/11 | **Americas [2]**  2/3 2/18 | **Camino [1]**  2/15 | **deadline [3]**  3/6 9/5 9/8 | **evaluate [1]**  7/15 |
| **3** | **any [6]**  7/21 10/17 11/6 11/23 13/8 14/5 | **can't [2]**  7/14 13/8 | **deadlines [4]**  6/22 9/25 10/14 13/6 | **even [1]**  9/6 |
| **3000 [1]**  2/15 | **anybody [2]**  11/17 11/17 | **cannot [4]**  6/9 6/19 10/18 12/3 | **Dearborn [1]**  2/6 | **everything [2]**  5/5 6/17 |
| **33 [1]**  15/7 | **Anything [3]**  12/6 14/1 14/25 | **case [34]** | **decides [1]**  11/2 | **exchange [2]**  8/25 9/2 |
| **33131 [1]**  2/4 | **anyway [1]**  11/2 | **Case's [1]**  4/11 | **defendant [4]**  1/7 2/10 3/13 9/15 | **exchanged [2]**  10/18 11/24 |
| **33180 [1]**  2/12 | **aol.com [1]**  1/18 | **cases [1]**  8/16 | **defendants [1]**  4/2 | **exchanging [1]**  8/8 |
| **333 [1]**  2/3 | **appeal [1]**  9/9 | **certain [1]**  12/11 | **defer [2]**  4/8 8/21 | **expert [8]**  3/6 6/14 8/25 9/3 11/11 14/11 14/12 15/10 |
| **33401 [1]**  1/18 | **appeals [2]**  8/14 8/15 | **CERTIFICATE [1]**  17/8 | **delay [1]**  8/6 | |
| **3768 [1]**  1/17 | **appear [1]**  6/19 | **Certified [1]**  17/11 | **denial [1]**  10/8 | **experts [6]**  6/16 10/19 10/20 10/21 12/3 12/4 |
| **4** | **appearance [6]**  3/18 6/10 6/19 6/20 7/10 8/20 | **certify [1]**  17/11 | **denied [2]**  5/5 10/2 | **explain [3]**  5/15 5/23 14/21 |
| **407 [1]**  2/12 | **Appearances [2]**  1/14 2/1 | **chance [1]**  7/15 | **deny [1]**  10/2 | |
| **4500 [1]**  2/3 | | **change [2]**  10/12 10/14 | **described [1]**  11/10 | **explained [1]**  13/21 |
| **5** | **appears [1]**  6/10 | **Chicago [1]**  2/6 | **details [1]**  7/14 | **extended [1]**  10/5 |
| **514-3768 [1]**  1/17 | **appreciate [1]**  11/11 | **Circuit [1]**  8/15 | **determine [2]**  10/22 14/19 | **extending [1]**  9/24 |
| **561 [1]**  1/17 | **appropriate [1]**  3/24 | **circumstance [1]**  10/12 | **didn't [2]**  12/11 14/23 | **extremely [1]**  6/15 |
| **5:00 o'clock [1]**  5/1 | **argument [1]**  9/22 | **CIV [1]**  1/2 | **disclosed [1]**  12/4 | **eyes [2]**  11/25 12/2 |
| **6** | **arrangement [1]**  7/9 | **CIVIL [1]**  3/4 | **disclosure [1]**  11/10 | **F** |
| **60603 [1]**  2/6 | **ask [2]**  3/23 15/5 | **Clematis [1]**  1/17 | **discovery [9]**  1/10 3/7 4/23 5/10 6/14 8/8 8/9 11/24 17/3 | **facilitate [1]**  11/10 |
| **6th [1]**  17/14 | **asking [1]**  8/20 | **client [1]**  7/15 | | **FAM [1]**  1/2 |
| **7** | **assume [1]**  15/13 | **colleague [1]**  3/12 | **discuss [1]**  10/23 | **far [1]**  9/24 |
| **701 [1]**  1/17 | **assuming [1]**  14/22 | **coming [2]**  13/1 13/4 | **DISTRICT [2]**  1/1 1/1 | **fashion [3]**  9/16 13/7 15/13 |
| | **attempting [1]**  7/24 | **comment [1]**  11/18 | **documents [4]**  11/23 12/2 15/7 15/11 | **Federal [1]**  8/15 |
| | **attorney [3]**  7/15 12/5 12/5 | **comments [1]**  11/6 | **does [1]**  4/6 | **feel [1]**  12/11 |
| | | **company [2]**  5/12 13/4 | **doing [1]**  10/16 | **fees [1]**  3/23 |
| | | | **don't [17]**  4/12 4/23 | **few [1]**  8/10 |
| | | | | **file [1]**  9/10 |

**F**

**filed [1]** 5/8
**filing [3]** 3/20 5/7 9/9
**financial [2]** 14/9 15/8
**finding [1]** 13/19
**firm [2]** 6/9 13/1
**first [1]** 13/18
**Five [1]** 2/14
**FL [2]** 2/4 2/12
**Floor [1]** 2/15
**FLORIDA [3]** 1/1 1/7 1/18
**foregoing [1]** 17/11
**forget [1]** 9/1
**format [1]** 15/9
**Franklin [4]** 1/16 17/10 17/16 17/17
**front [2]** 6/20 7/23
**FTP [1]** 9/19
**fundamental [1]** 4/12
**further [2]** 10/20 11/20

**G**

**general [1]** 3/17
**give [1]** 10/21
**given [2]** 9/19 14/11
**going [35]**
**gonna [3]** 5/2 5/3 5/9
**good [5]** 3/2 3/10 4/9 13/19 15/24
**grant [3]** 4/23 5/24 11/21
**guess [1]** 14/19
**guys [1]** 15/25

**H**

**hand [1]** 9/23
**handle [2]** 3/25 13/2
**happens [1]** 7/6
**happy [1]** 11/9
**haven't [1]** 7/24
**he'll [1]** 15/8
**he's [8]** 5/5 5/6 10/2 11/2 15/6 15/12 15/13 15/14
**hear [2]** 9/6 13/24
**hearing [5]** 1/10 5/9 5/20 8/21 17/3
**hears [1]** 8/15
**Hello [1]** 3/14
**help [3]** 12/6 14/1 14/25
**here [12]** 3/3 3/5 3/9 3/13 3/19 4/1 4/3 5/18 7/14 10/1 10/17 12/11
**here's [4]** 4/19 4/21 8/24 12/23
**hesitant [2]** 9/22 13/18
**hold [1]** 4/20
**Honor [28]**
**HONORABLE [1]** 1/11
**hour [1]** 4/14
**However [4]** 3/19 4/12 6/9 9/8

**I**

**I'll [1]** 10/16
**I'm [26]**

**IL [1]** 2/6
**impossible [1]** 6/15
**inaudible [3]** 12/21 13/17 14/16
**INC [5]** 1/6 3/4 3/18 3/21 6/8
**inception [1]** 8/10
**indicated [1]** 15/12
**indicating [1]** 10/17
**informally [1]** 8/8
**information [5]** 9/15 13/16 14/9 14/23 15/9
**intend [1]** 8/19
**interim [1]** 7/22
**interrogatory [1]** 10/9
**irreconcilable [1]** 3/22
**issue [7]** 3/25 6/24 8/22 10/16 11/14 12/10 12/16
**issues [3]** 7/16 7/18 12/11
**it's [6]** 3/8 6/15 11/23 13/3 13/21 14/10
**items [1]** 10/17

**J**

**January [5]** 1/8 8/25 9/2 10/15 17/14
**January 10th [3]** 8/25 9/2 10/15
**Jeannine [4]** 2/13 4/4 6/25 7/13
**JOHN [1]** 1/11
**joined [1]** 3/11
**JUDGE [23]**
**just [9]** 6/17 9/25 10/1 10/16 11/10 12/25 14/8 15/5 15/12

**K**

**keep [2]** 7/21 11/1
**Kevin [4]** 2/17 4/4 12/8 13/13
**kind [2]** 9/16 11/1
**know [28]**
**knows [1]** 10/3

**L**

**Lassar [2]** 2/5 3/12
**last [1]** 8/10
**later [3]** 10/23 14/19 14/24
**latter [1]** 15/10
**leads [1]** 10/2
**least [2]** 11/1 13/21
**left [1]** 4/22
**less [1]** 14/12
**let [1]** 6/16
**likely [3]** 5/6 9/9 14/10
**limited [4]** 3/3 6/20 13/7 13/16
**line [1]** 4/16
**litigation [1]** 11/25
**LLP [5]** 2/2 2/5 2/8 2/14 2/17
**lot [1]** 15/20
**LTD [1]** 1/3

**M**

**MAGISTRATE [1]** 1/12
**mail [1]** 1/18
**making [3]** 4/10 11/11 11/13
**material [1]** 11/11
**matter [6]** 3/21 3/23 6/9 11/24 12/3 17/13
**Maybe [2]** 5/4 10/3
**McDermott [2]** 2/2 3/11
**McGann [4]** 2/17 4/5 12/8 13/13
**McKinney [1]** 2/8
**me [13]** 5/23 6/4 6/5 6/5 9/6 10/1 10/2 13/21 13/25 14/20 14/21 14/24 15/12
**mean [7]** 4/19 7/22 8/24 9/21 12/23 12/25 14/18
**meaningful [1]** 13/9
**meeting [1]** 5/11
**Merit [1]** 17/10
**Miami [2]** 1/7 2/4
**model [2]** 8/13 8/14
**modify [1]** 3/5
**momentarily [1]** 11/1
**Monday [1]** 8/21
**months [1]** 8/10
**Moreno [12]** 5/4 6/10 6/20 7/2 7/5 7/23 8/22 11/2 12/24 13/6 13/11 13/24
**Moreno's [2]** 4/23 9/24
**motion [14]** 3/5 3/20 4/24 5/5 5/8 5/16 5/24 6/4 6/6 10/10 11/22 13/22 13/23 14/5
**move [3]** 11/2 13/6 13/8
**moving [2]** 7/21 13/4
**Mr. [8]** 4/8 4/17 4/20 4/20 5/18 5/21 11/17 15/5
**Mr. Egozi [7]** 4/17 4/20 4/20 5/18 5/21 11/17 15/5
**Mr. Tarnay [1]** 4/8
**Ms. [1]** 12/10
**Ms. Sano [1]** 12/10

**N**

**nearly [1]** 6/13
**necessity [1]** 14/16
**need [9]** 5/3 5/23 6/4 7/12 7/18 7/22 7/23 12/24 14/11
**needed [1]** 13/7
**needs [1]** 10/4
**new [2]** 2/18 7/10
**next [2]** 3/24 5/12
**no [8]** 1/2 4/12 5/18 7/2 7/5 8/11 11/19 14/3
**None [1]** 17/6
**Northeast [1]** 2/11
**nothing [3]** 3/22 11/20 15/22

**Number [1]** 3/4
**Number 16-CIVIL-23535 [1]** 3/4
**NY [1]** 2/18

**O**

**o'clock [1]** 5/1
**O'SULLIVAN [1]** 1/11
**objection [1]** 4/12
**obligations [1]** 5/11
**obviously [1]** 15/10
**off [2]** 5/5 13/23
**Official [1]** 1/17
**Okay [15]** 3/13 4/6 5/25 7/20 9/11 9/21 10/11 11/16 11/21 14/15 14/25 15/1 15/16 15/17 15/24
**one [3]** 2/6 5/5 6/17
**only [4]** 10/19 12/1 12/2 13/17
**opposing [1]** 9/19
**order [17]** 3/1 3/7 3/7 8/7 8/9 8/9 8/11 8/13 8/14 9/9 10/10 10/16 10/20 11/9 11/14 11/22 11/22
**ordered [1]** 14/14
**orders [2]** 8/12 9/22
**otherwise [1]** 12/1
**our [3]** 4/16 12/18 15/8
**outside [6]** 3/17 10/18 10/19 11/25 12/4 12/4

**P**

**P.A [1]** 2/11
**Page [1]** 1/15
**pages [1]** 6/13
**Palm [1]** 1/18
**Palo [2]** 2/14 2/16
**parties [6]** 5/19 5/20 6/15 8/7 11/4 12/1
**patent [5]** 3/24 8/15 8/17 8/19 10/24
**people [1]** 10/25
**perhaps [1]** 15/5
**period [2]** 5/10 6/16
**permitted [1]** 4/14
**phone [1]** 4/5
**plaintiff [4]** 1/4 2/2 3/9 4/7
**plaintiff's [1]** 3/5
**plan [1]** 5/11
**point [2]** 7/9 13/15
**position [2]** 5/15 12/20
**possible [1]** 7/23
**postpone [1]** 8/21
**postponed [1]** 3/23
**postponement [1]** 6/21
**prepared [1]** 12/14
**prior [1]** 10/8
**privilege [1]** 7/15
**problem [4]** 4/19 4/21 8/24 12/23
**proceedings [3]** 1/10 16/4 17/12
**produce [2]** 14/9 15/13
**producing [2]** 15/6

**production [1]** 10/9
**PRODUCTS [6]** 1/6 3/4 3/18 3/21 6/7 7/11
**proper [1]** 6/5
**proposed [3]** 8/12 8/12 8/13
**protective [4]** 3/6 8/7 8/9 10/16
**provide [2]** 7/15 13/17
**provided [2]** 9/15 9/18
**providing [1]** 15/9
**provision [1]** 9/11
**Pumariega [2]** 2/2 3/11
**pursuant [2]** 8/8 11/24
**put [2]** 5/4 6/6

**Q**

**quickly [1]** 7/23

**R**

**raise [1]** 7/18
**raised [1]** 12/10
**raw [1]** 15/11
**read [1]** 6/17
**Real [1]** 2/15
**Realtime [1]** 17/11
**reason [2]** 7/21 13/19
**received [1]** 6/13
**recess [1]** 16/2
**recommendation [2]** 11/12 11/13
**record [2]** 14/8 17/12
**regard [2]** 4/11 15/8
**Registered [1]** 17/10
**relate [1]** 12/15
**relates [1]** 13/11
**replace [3]** 5/2 5/9 6/8
**report [2]** 6/14 15/11
**Reporter [4]** 1/16 1/17 17/10 17/11
**reports [8]** 3/6 6/16 9/1 9/3 9/10 9/14 14/11 14/12
**represented [1]** 14/10
**representing [1]** 3/21
**request [1]** 4/11
**requests [1]** 15/8
**require [1]** 6/11
**respect [4]** 5/19 6/24 8/6 8/7
**responses [1]** 10/9
**retained [1]** 6/8
**reviewed [2]** 12/2 12/3
**right [14]** 3/2 4/1 4/6 4/17 7/12 8/11 10/17 11/17 11/21 12/6 14/1 14/18 15/20 15/24
**RMR [2]** 1/16 17/17
**rule [2]** 6/4 15/7
**ruling [2]** 8/21 13/22

**S**

**Sano [5]** 2/13 4/4 6/25 7/13 12/10
**say [2]** 4/7 11/4
**says [2]** 7/2 7/5

## S

**schedule [4]**  4/14 6/12 8/4 14/13
**Scott [2]**  2/5 3/12
**seek [2]**  6/11 6/20
**served [1]**  6/17
**set [2]**  9/1 13/6
**SFranklinUSDC [1]**  1/18
**short [1]**  6/15
**should [5]**  4/14 5/8 5/8 10/24 10/25
**Sidley [3]**  2/5 2/8 3/12
**sim [1]**  12/20
**simple [1]**  11/23
**simply [3]**  6/19 12/21 12/25
**since [2]**  9/25 13/20
**site [1]**  9/19
**Smith [2]**  13/1 13/4
**somebody [2]**  10/3 10/24
**someone [1]**  4/25
**something [5]**  12/13 13/2 13/5 13/19 14/19
**sorry [2]**  7/4 15/4
**South [1]**  2/6
**SOUTHERN [1]**  1/1
**speak [1]**  4/10
**speaking [1]**  8/18
**Square [1]**  2/14
**state [1]**  14/8
**STATES [2]**  1/1 1/12
**stay [1]**  9/5
**staying [1]**  7/6
**Stephen [4]**  1/16 17/10 17/16 17/17
**stick [1]**  14/13
**still [1]**  14/10
**Street [2]**  1/17 2/11
**stuff [2]**  10/21 10/25
**subject [1]**  15/7
**substitution [1]**  6/11
**suggest [2]**  14/2 14/5
**Suite [3]**  2/3 2/9 2/12
**summary [3]**  9/16 15/9 15/13
**supplement [2]**  14/11 14/20
**supplementing [1]**  14/17
**sure [2]**  8/2 12/13
**surprised [1]**  7/24

## T

**talk [1]**  13/10
**Tarnay [8]**  2/7 3/12 4/8 4/10 11/7 14/4 14/6 15/4
**tell [3]**  6/5 6/7 15/6
**telling [1]**  9/6
**tens [1]**  15/6
**testify [1]**  10/23
**thank [7]**  4/10 11/15 14/3 15/21 15/22 16/1 16/3
**Thanks [1]**  15/20
**that's [13]**  4/16 5/2 6/5 6/15 8/14 9/18 9/19 12/13 12/24 13/2 13/11 14/18 15/14
**there's [1]**  14/12
**Therefore [1]**  8/10
**they're [3]**  10/22 11/25 14/20
**thing [3]**  6/5 9/6 11/3
**things [1]**  12/21
**think [5]**  5/3 7/22 8/25 12/23 13/20
**Thomas [3]**  2/7 3/12 14/4
**those [3]**  7/18 9/10 12/4
**thousand [1]**  6/13
**thousands [1]**  15/7
**tight [1]**  8/4
**today [7]**  3/3 3/19 5/20 9/18 12/7 13/21 14/10
**told [1]**  10/1
**Tom [5]**  4/9 11/7 14/6 15/4 15/19
**tonight [1]**  5/1
**track [1]**  11/1
**transcript [2]**  1/10 17/12
**try [1]**  5/9
**trying [1]**  5/2
**Tuesday [1]**  8/21
**two [3]**  10/1 13/8 14/12
**TX [1]**  2/9
**type [1]**  11/9

## U

**Uh [1]**  7/8
**understand [4]**  5/15 9/21 12/22 13/15
**Understood [2]**  5/14 10/7
**UNITED [2]**  1/1 1/12
**unless [1]**  12/1
**until [7]**  3/24 6/10 6/19 8/21 9/6 10/20 11/2
**upon [1]**  6/21
**us [3]**  4/10 15/6 15/10
**used [3]**  10/18 10/19 11/25

## V

**versus [1]**  3/4
**very [3]**  11/9 11/23 13/7
**view [1]**  4/16

## W

**waiting [2]**  5/7 8/1
**want [3]**  6/4 11/18 14/19
**wants [2]**  13/24 13/25
**we'd [2]**  11/9 12/14
**we'll [3]**  5/15 7/8 14/19
**we're [7]**  3/3 3/5 8/20 9/7 12/20 12/25 13/3
**we've [2]**  6/18 8/13
**week [4]**  3/24 6/14 6/17 10/1
**weeks [2]**  6/18 8/1
**well [14]**  4/17 5/18 6/2 6/7 7/12 7/20 8/9 8/24 9/21 10/13 11/13 12/15 13/18 14/18
**West [1]**  1/18
**what's [1]**  9/16
**whatever [3]**  10/22 13/25 14/23
**where [1]**  12/21
**whether [3]**  10/23 15/6 15/8
**White [14]**  2/14 2/17 3/20 4/3 4/5 4/11 4/24 6/3 6/8 7/6 7/10 11/18 12/9 13/14
**who's [6]**  3/9 3/13 4/1 4/3 4/25 8/18
**why [3]**  6/5 14/21 14/21
**willing [1]**  12/13
**withdraw [6]**  3/21 4/11 13/1 13/3 13/22 13/23
**withdrawal [4]**  4/13 12/17 12/18 13/12
**without [2]**  7/15 13/19
**words [1]**  13/7
**written [1]**  11/22

## Y

**y'all [1]**  12/6
**Yeah [5]**  7/17 9/4 12/19 12/22 15/12
**Yes [4]**  5/22 8/3 8/5 11/5
**York [1]**  2/18
**you'd [1]**  12/14
**you're [12]**  4/25 5/2 5/2 5/3 5/7 5/9 8/1 8/2 9/6 13/10 13/11 13/22
**you've [3]**  7/24 7/25 10/1

{DATE}