UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 16-23535-CIV-MORENO/O'SULLIVAN

BLACKBERRY LIMITED,
    Plaintiff,

vs.

BLU PRODUCTS, INC.,
    Defendant
_____/

## ORDER

THIS CAUSE came before the Court on White & Case LLP's Unopposed Emergency Motion to Withdraw as Counsel for Defendant BLU Products, Inc. (DE# 83, 1/6/17). Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that White & Case LLP's Unopposed Emergency Motion to Withdraw as Counsel for Defendant BLU Products, Inc. (DE# 83, 1/6/17) is **GRANTED**. White & Case LLP is hereby discharged from any and all further obligations of representation for BLU Products, Inc. in this matter. It is further

ORDERED AND ADJUDGED that new counsel for BLU Products, Inc. shall enter an appearance on or before **Tuesday, January 17, 2017**. In the event that BLU Products, Inc. fails to retain new counsel, or new counsel fails to enter a formal appearance with this Court on or before Tuesday, January 17, 2017 on behalf of BLU Products, Inc., the undersigned may, based on a motion by the plaintiff, or sua sponte, issue a Report and Recommendation recommending that a default be entered in favor of the plaintiff and against defendant BLU Products, Inc. because BLU Products, Inc. is a corporation and cannot proceed pro se. See Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385 (11th Cir. 1985) ("The rule is well established that a corporation is an artificial entity that can act only through its agents, cannot appear pro se, and must be represented by counsel."). It is further

ORDERED AND ADJUDGED that White & Case LLP shall **promptly** provide a copy of this Order to BLU Products, Inc. and file a notice of compliance with the Court.

DONE AND ORDERED in Chambers at Miami, Florida this **9th** day of January, 2017.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
United States District Judge Moreno
All counsel of record