UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:16-23535-CIV-Moreno/O'Sullivan

BLACKBERRY LIMITED,

    Plaintiff,

v.

BLU PRODUCTS, INC.

    Defendant.

_____/

## NOTICE OF LIMITED APPEARANCE OF ATTORNEY

PLEASE TAKE NOTICE that Bernard L. Egozi, of the law firm Egozi & Bennett P.A., hereby gives notice of his **limited** appearance as counsel for Blu Products, Inc. ("Blu"), in the above-styled cause, for the sole purpose of representing Blu in this proceeding on the following issues:

1. Blu's Objection and Appeal of Magistrate Judge O'Sullivan's January 3, 2017 Order (Dkt. No. 73); and

2. Blu's Motion for Continuance of Pretrial Deadlines to Allow New Counsel to Undertake this Representation.

All parties are requested to forward copies of all pleadings and correspondence to the undersigned counsel.

Blu has conferred with Plaintiff regarding this limited appearance, and Plaintiff has indicated that it does not object to Mr. Egozi's appearance, but is not aware whether a limited appearance that is permitted in civil actions.

                                                                      Respectfully submitted,

Dated:   January 10, 2017                By: */s/ Bernard L. Egozi*
                                                                     Bernard L. Egozi (Florida Bar No. 152544)
                                                                     Egozi & Bennett, P.A.
                                                                     2999 NE 191st Street, Suite 407
                                                                     Aventura, FL  33180
                                                                     Telephone: (305) 931-9342
                                                                     Facsimile:  (305) 931-9343
                                                                     Email:  begozi@egozilaw.com

                                                                 *Counsel for BLU Products, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by electronic mail through the CM/ECF system on this 10th day of January, 2017, on all counsel of record on the service list below.

| | |
|---|---|
| Ching-Lee Fukuda (admitted *pro hac vice*) <br> Sidley Austin LLP <br> 787 Seventh Avenue <br> New York, NY  10019 <br> Telephone:  (212) 839-5300 <br> Facsimile:  (212) 839-5599 <br> Email:  clfukuda@sidley.com <br><br> *Counsel for Plaintiff* | David T. Pritikin (admitted *pro hac vice*) <br> Douglas I. Lewis (admitted *pro hac vice*) <br> Scott R. Lassar (admitted *pro hac vice*) <br> Sidley Austin LLP <br> One S. Dearborn <br> Chicago, IL  60603 <br> Telephone:  (312) 853-7000 <br> Facsimile:  (312) 853-7036 <br> Email:  dpritikin@sidley.com <br> Email:  dilewis@sidley.com <br> Email:  slassar@sidley.com <br><br> *Counsel for Plaintiff* |
| Thomas N. Tarnay (admitted *pro hac vice*) <br> Sidley Austin LLP <br> 2021 McKinney Avenue, Suite 2000 <br> Dallas, TX  75201 <br> Telephone:  (214) 981-3300 <br> Facsimile:  (214) 981-3400 <br> Email:  ttarnay@sidley.com <br><br> *Counsel for Plaintiff* | Marcos Daniel Jiminez <br> Audrey M. Pumariega <br> McDermott Will & Emery LLP <br> 333 Avenue of the Americas, Suite 4500 <br> Miami, FL  33131 <br> Telephone:  (305) 358-3500 <br> Facsimile:  (305) 347-6500 <br> Email:  mjimenez@mwe.com <br> Email:  apumariega@mwe.com <br><br> *Counsel for Plaintiff* |

　　　　　　　　　　　　　　　　　　　　*/s/* Bernard L. Egozi
　　　　　　　　　　　　　　　　　　　　Bernard L. Egozi