UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 16-23535-CIV-MORENO

BLACKBERRY LIMITED.,

    Plaintiff,

v.

BLU PRODUCTS, INC.,

    Defendant.

### PLAINTIFF BLACKBERRY LIMITED'S NOTICE OF DISCOVERY ISSUES FOR DISCUSSION DURING JANUARY 12, 2017 HEARING

BlackBerry Limited ("BlackBerry") submits the following list of discovery issues to be addressed at the hearing scheduled for 3:00 PM Eastern Time on January 12, 2017. BlackBerry met and conferred with counsel for BLU Products, Inc. ("BLU") on Wednesday, January 11, 2017, and these outstanding issues remain for resolution:

- BLU's Objections to the Setting and Modification of Pretrial Deadlines for Expert Reports (DE 88) and BlackBerry's Opposition thereto (DE 89).
- BLU will not agree to the entry of a permanent Protective Order, which has impeded BlackBerry's efforts to obtain third party discovery from subpoenaed entities.
- BlackBerry requested supplementation of BLU's Responses to BlackBerry's Interrogatories and Requests for Production on December 29, 2016, but BLU has not responded or provided a timeline to supplement its responses to BlackBerry's written discovery requests.
- During the parties' meet and confer, BLU represented that it will:
  - Supplement its production as requested by the end of this week and
  - Provide Responses to BlackBerry's Second Set of Requests for Production served on December 9, 2016, by Monday, January 16, 2017.

2

Dated: January 12, 2017

Respectfully submitted,

By: *Marcos Daniel Jiménez*
Marcos Daniel Jiménez (FBN 441503)
mjimenez@mwe.com
Audrey M. Pumariega (FBN 85206)
apumariega@mwe.com
MCDERMOTT WILL & EMERY LLP
333 SE 2nd Avenue, Suite 4500
Miami, Florida 33131
Telephone: 305 358 3500
Facsimile: 305 347 6500

Ching-Lee Fukuda (*pro hac vice*)
clfukuda@sidley.com
Todd M. Simpson (*pro hac vice*)
tsimpson@sidley.com
Caroline Bercier (*pro hac vice*)
cbercier@sidley.com
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: 1 212 839 5300
Facsimile: 1 212 839 5599

Scott R. Lassar (*pro hac vice*)
slassar@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Telephone: 1 312 853 7000
Facsimile: 1 312 853 7036

Thomas N. Tarnay (*pro hac vice*)
ttarnay@sidley.com
R. Seth Reich Jr. (*pro hac vice*)
seth.reich@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone: 1 214 981 3300
Facsimile: 1 214 981 3400

*Counsel of Record
for Plaintiff BlackBerry Limited*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct of the foregoing was served via CM/ECF and email on January 12, 2017 on the following counsel or parties of record:

Bernard L. Egozi
(Florida Bar No. 152544)
Egozi & Bennett, P.A.
2999 NE 191st Street, Suite 407
Aventura, FL  33180
Telephone: (305) 931-9342
Facsimile:  (305) 931-9343
Email:  begozi@egozilaw.com

*Counsel of Record and Outside General Counsel*
*for BLU Products, Inc.*

                                           _/s/ Marcos Daniel Jiménez_

DM_US 78996650-1.092211.0028