UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:16-23535-CIV-Moreno/O'Sullivan

BLACKBERRY LIMITED,

      Plaintiff,

v.

BLU PRODUCTS, INC.

      Defendant.

_____/

**BLU PRODUCTS, INC.'S OBJECTIONS TO THE REQUIREMENT OF OBTAINING NEW COUNSEL BY JANUARY 17, 2017**

BLU Products, Inc. ("BLU') respectfully objects to Magistrate Judge O'Sullivan's Order ("Withdrawal Report Order") (DE No. 85), requiring BLU to retain new patent litigation counsel by January 17, 2017 or face default, and states as follows:

As set forth in BLU's motion to continue pretrial deadlines [DE. No. 93], BLU was forced to ask its counsel, White and Case ("W&C") to withdraw as counsel due to a clear conflict of interest.  W&C could not continue as BLU's counsel as it became undeniable that W&C was seeking to protect the interest of a third party, and not BLU in this litigation. Consequently, W&C filed an "Unopposed Emergency Motion to Withdraw as Counsel for Defendant BLU Products, Inc." [DE No.  83]   That motion was granted on January 9, 2017. However, in the order granting the withdrawal, Magistrate O'Sullivan required BLU to retain new counsel by January 17, 2017 or face a default in favor of the plaintiff.

When BLU realized the conflict with its counsel, W&C, it began its search for replacement counsel.  BLU has not been successful in securing such counsel because of the Court's current schedule, which requires *inter alia* the filing of expert reports on behalf of BLU

on January 20, 2017, which requires expert responses to 1,000 pages of claim charts asserting infringement of 184 of the 500 claims in its 15 patents, first identified on December 23, 2016 by Plaintiff in response to BLU's interrogatories (despite BLU's attempts in this litigation to obtain this critical information from the outset of this case). Although BLU has conditionally secured new counsel, James A. Gale of Cozen O'Connor ("Cozen"), who is willing and capable of representing BLU's interests in this matter, Cozen has advised that it cannot undertake this litigation under the current schedule. In order to come in as trial counsel in this matter, Cozen must (1) review everything that White & Case has done; (2) get up to speed on the technology and claims made in this matter – a process that it has begun; and (3) hire additional experts to prepare expert reports on issues that W&C has not addressed. BLU has not found any other competent counsel that believes that it can meet the schedule presently set for this matter and therefore would be willing to appear as trial counsel for BLU.[1]

As Magistrate O'Sullivan points out, BLU must appear through counsel and requires competent counsel to represent its interests in this complex patent infringement suit. It simply has been unable to secure such counsel in the time permitted by the Withdrawal Report Order given the current schedule. Indeed, it is impossible to do so. That impossibility within the time provided by the Withdrawal Order will likely result in a default, despite BLU's good faith efforts to comply with the Court's Order. *Florida Physicians Ins. Co. v. Ehlers,* 8 F.3d 780, 783 (11th Cir.1993) (defaults are disfavored based on the strong policy in favor of determining cases on their merits).

---

[1] The undersigned counsel is not qualified and does not have the experience to handle this patent infringement case and therefore has entered a limited appearance on behalf of BLU only to handle the issues dealing with the current schedule. [DE No. 87]

For the foregoing reasons, BLU respectfully requests that the Court sustain this Objection to the Withdrawal Order and provide BLU with sufficient time to secure competent trial counsel to handle this matter.

Respectfully submitted,

Dated:  January 17, 2017

By: */s/ Bernard L. Egozi*
Bernard L. Egozi (Florida Bar No. 152544)
Egozi & Bennett, P.A.
2999 NE 191st Street, Suite 407
Aventura, FL  33180
Telephone: (305) 931-9342
Facsimile:  (305) 931-9343
Email:  begozi@egozilaw.com

*Counsel for BLU Products, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic mail through the CM/ECF system on this 17th day of January, 2017, on all counsel of record on the service list below.

Ching-Lee Fukuda (admitted *pro hac vice*)
Sidley Austin LLP
787 Seventh Avenue
New York, NY  10019
Telephone:  (212) 839-5300
Facsimile:  (212) 839-5599
Email:  clfukuda@sidley.com

*Counsel for Plaintiff*

David T. Pritikin (admitted *pro hac vice*)
Douglas I. Lewis (admitted *pro hac vice*)
Scott R. Lassar (admitted *pro hac vice*)
Sidley Austin LLP
One S. Dearborn
Chicago, IL  60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036
Email:  dpritikin@sidley.com
Email:  dilewis@sidley.com
Email:  slassar@sidley.com

*Counsel for Plaintiff*

|  |  |
|---|---|
| Thomas N. Tarnay (admitted *pro hac vice*)<br>Sidley Austin LLP<br>2021 McKinney Avenue, Suite 2000<br>Dallas, TX  75201<br>Telephone:  (214) 981-3300<br>Facsimile:  (214) 981-3400<br>Email:  ttarnay@sidley.com<br><br>*Counsel for Plaintiff* | Marcos Daniel Jiminez<br>Audrey M. Pumariega<br>McDermott Will & Emery LLP<br>333 Avenue of the Americas, Suite 4500<br>Miami, FL  33131<br>Telephone:  (305) 358-3500<br>Facsimile:  (305) 347-6500<br>Email:  mjimenez@mwe.com<br>Email:  apumariega@mwe.com<br><br>*Counsel for Plaintiff*<br><br><br>*/s/* Bernard L. Egozi<br>Bernard L. Egozi |