UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 16-23535-CIV-MORENO/O'SULLIVAN

BLACKBERRY LIMITED,
    Plaintiff,

vs.

BLU PRODUCTS, INC.,
    Defendant
_____/

## ORDER

THIS CAUSE is before the Court on Blackberry's Urgent Motion for Entry of Unopposed Order Regarding Electronic Discovery and Partially Disputed Protective Order (DE # 96, 1/18/17). In an Order (DE # 81) dated January 6, 2017, on the Plaintiff Blackberry Limited's Emergency Motion to Modify the Deadline for Expert Damages Reports and for Entry of Protective Order and Electronic Discovery Order (DE # 79, 1/5/17), the undersigned ruled that any documents exchanged during discovery in this matter may not be used and/or disclosed outside this litigation. Accordingly, it is

ORDERED AND ADJUDGED that Blackberry's Urgent Motion for Entry of Unopposed Order Regarding Electronic Discovery and Partially Disputed Protective Order (DE # 96, 1/18/17) is GRANTED.

DONE AND ORDERED in Chambers at Miami, Florida this 19th day of January, 2017.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
United States District Judge Moreno
All counsel of record