UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 16-23535-CIV-MORENO

BLACKBERRY LIMITED,

    Plaintiff,

vs.

BLU PRODUCTS, INC.,

    Defendant.

_____/

## ORDER DENYING MOTION FOR 6-MONTH CONTINUANCE OF PRETRIAL DEADLINES

THIS CAUSE came before the Court upon Defendant's Motion to Continue Pretrial Deadlines, Expedited Consideration, and Hearing Requested **(D.E. 93)**, filed on **January 13, 2017**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion to continue pretrial deadlines for 6 months is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 2nd of February 2017.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record