Exhibit J-4

# In The Matter Of:

*Blackberry Limited v.*
*Blu Products, Inc.*

---

*Samuel Ohev-Zion*
*January 24, 2017*

---

**NEXTGEN|REPORTING**

Making Litigation Easier.                          www.nextgenreporting.com

WORLDWIDE COVERAGE | (888) 267-1200

*Min-U-Script® with Word Index*

Page 1

```
 1              UNITED STATES DISTRICT COURT

 2            SOUTHERN DISTRICT OF FLORIDA

 3                   MIAMI DIVISION

 4              CASE NO. 16-23535-CIV-MORENO

 5

 6   BLACKBERRY LIMITED,

 7          Plaintiff,

 8   -vs-

 9   BLU PRODUCTS, INC.,

10          Defendant.

11

12   * * * * * * * * * * * * * * * * * *

13   VIDEO RECORDED DEPOSITION OF SAMUEL OHEV-ZION

14   DATE TAKEN: January 24, 2017

15   TIME: 10:01 - 1:02 p.m.

16   PLACE: 333 S.E. 2nd Avenue

17   Suite 4500

18   Miami, Florida 33131

19
     TAKEN BEFORE: RICK E. LEVY, RPR, FPR
20                AND NOTARY PUBLIC

21

22   * * * * * * * * * * * * * * * * * *

23

24

25
```

Page 2

```
 1   APPEARANCES:

 2   On behalf of the Plaintiff:

 3        SCOTT LASSAR, ESQUIRE
          SIDLEY AUSTIN LLP
 4        One South Dearborn
          Chicago, IL 60603
 5

 6        THOM TARNAY, ESQUIRE
          SIDLEY AUSTIN
 7        2001 Ross Avenue
          Suite 3600
 8        Dallas, Texas 75201

 9
     On behalf of the Defendant:
10

11        BERNARD L. EGOZI, ESQUIRE
          EGOZI & BENNETT
12        2999 NE 191st Street
          Suite 407
13        Aventura, Florida 33180

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 3

```
 1

 2                    - - -
                    I N D E X
 3                    - - -

 4   WITNESS:      DIRECT   CROSS   REDIRECT   RECROSS
     MR. OHEV-ZION
 5   BY MR. LASSAR    4                --

 6                    - - -
                  E X H I B I T S
 7                    - - -

 8
     NUMBER          DESCRIPTION              PAGE
 9   EXHIBIT 1    Motion filed on behalf of BLUE

10   EXHIBIT 2         LinkedIn Profile

11   EXHIBIT 3         Bill of Materials

12   EXHIBIT 4         Bill of Materials

13   EXHIBIT 5      BLU Product Spec Compliance

14   EXHIBIT 6         Sales of Phones

15   EXHIBIT 7       PR Newswire Press Release

16

17

18

19

20

21

22

23

24

25
```

Page 4

```
 1   P R O C E E D I N G S

 2       THE VIDEOGRAPHER: We are now on the record.

 3   My name is Doug Frey, I'm the videographer retained

 4   by NextGen Reporting.  This is a video deposition

 5   for the United States District Court Southern

 6   District of Florida Miami Division.

 7       Today's date is January 24th 2017.  The time

 8   is 10:01 a.m.  This deposition is being held at 333

 9   Southeast 2nd Avenue, Suite 4500, Miami, Florida,

10   33131.  It is being taken in the matter of

11   BlackBerry Limited vs. BLU Products, Inc.  The

12   deponent is Samuel Ohev-Zion.  Would counsel please

13   introduce themselves for the record?

14       MR. LASSAR: Scott Lassar from Sidley Austin

15   for Blackberry.

16       MR. TARNAY: Thom Tarnay with Sidley Austin

17   also for Blackberry.

18       MR. EGOZI: Bernard E. Egozi, Egozi & Bennett

19   on behalf of the deponent.

20       THE VIDEOGRAPHER: The court reporter is Rick

21   Levy and will now swear in the witness.

22       THE WITNESS: I do.

23

24

25
```

Page 5

1  Thereupon,
2     (SAMUEL OHEV-ZION)
3     having been first duly sworn or
4  affirmed, was examined and testified as follows:
5     DIRECT EXAMINATION
6     BY MR. LASSAR:
7  Q.   Would you state your name and spell it,
8  please, for the record?
9  A.   Samuel Ohev-Zion, S-A-M-U-E-L O-H-E-V hyphen
10  Z-I-O-N.
11  Q.   And have you been deposed before?
12  A.   Yes, I have.
13  Q.   Approximately how many times?
14  A.   Three to four times.
15  Q.   And most recently how long ago?
16  A.   Most recently about a year ago.
17  Q.   Then you know that I'll be asking you
18  questions and you should answer audibly so the court
19  reporter can take them down.  Do you understand that?
20  A.   I do.
21  Q.   And if you don't understand any questions that
22  I ask please let me know that you don't understand it.
23  A.   Sure.
24  Q.   And is there any reason that you can't give
25  truthful testimony today?

Page 6

1  A.   No.
2  Q.   Could you tell us how it came about that you
3  hired White & Case to represent you in this matter?
4     MR. EGOZI: Objection to the extent it calls
5  for attorney-client communications or any
6  confidential communications I would instruct the
7  witness not to answer.  Other than the fact of
8  hiring White & Case.
9     THE WITNESS: We entered into hiring agreement
10  or whatever you call it.
11     BY MR. LASSAR:
12  Q.   An engagement letter.  Was there an engagement
13  letter?
14  A.   Yes, there was.
15  Q.   Do you have an engagement letter with
16  White & Case?
17  A.   Yes, we do.
18  Q.   Why did you hire White & Case?
19     MR. EGOZI: Objection, attorney-client
20  privilege.  Instruct you not to answer.  Also work
21  product.
22     BY MR. LASSAR:
23  Q.   Are you going to take your attorney's advice
24  and not answer?
25  A.   Yes, I am.

Page 7

1  Q.   When did you hire White & Case?
2  A.   When we got served with the lawsuits, around
3  that time.
4  Q.   Had White & Case ever represented BLU before?
5  A.   No.
6  Q.   Was -- who was to pay White & Case for
7  representing you?
8     MR. EGOZI: Objection, attorney-client
9  privilege, common interest privilege.
10  Confidential.  Instruct you not to answer.
11     BY MR. LASSAR:
12  Q.   And you're not going to answer?
13  A.   No.
14  Q.   In your engagement of White & Case were they
15  to represent you in all aspects of the lawsuit?
16     MR. EGOZI: Objection, attorney-client
17  privilege, instruct the witness not to answer.  And
18  confidentiality.
19     MR. LASSAR: Is your position that the
20  engagement letter is covered by attorney-client
21  privilege or confidentiality?
22     MR. EGOZI: Yes.
23     MR. LASSAR: Both?
24     MR. EGOZI: Both.
25

Page 8

1     BY MR. LASSAR:
2  Q.   White & Case has withdrawn as your attorney on
3  this matter?
4  A.   Correct.
5  Q.   Do you have an understanding of why that
6  happened?
7  A.   We were not --
8     MR. EGOZI: That's a yes or no.  Do you have
9  an understanding of why that happened?
10     THE WITNESS: Yes.
11     BY MR. LASSAR:
12  Q.   What is your understanding?
13     MR. EGOZI: To the extent you can answer that
14  question without divulging attorney-client
15  privilege you can answer.  Otherwise do not answer
16  the question.
17     THE WITNESS: We simply weren't satisfied with
18  their performance and in representing our best
19  interests.
20     BY MR. LASSAR:
21  Q.   Why were you not satisfied?
22     MR. EGOZI: Same instruction.  If you can
23  answer that without divulging attorney-client
24  privilege you can answer.
25     THE WITNESS: I cannot answer that without

Page 9

1  divulging confidential attorney-client privilege.
2       MR. EGOZI: I instruct you not to answer.
3       BY MR. LASSAR:
4  Q.  Did White & Case ask to withdraw from the
5  case?
6  A.  Can I answer that?
7       MR. EGOZI: Yes.  Objection to form, ask who?
8       MR. LASSAR: Ask you.
9       THE WITNESS: Did they ask me if they can
10  withdraw?
11       MR. LASSAR: Yes.
12       THE WITNESS: No.
13       BY MR. LASSAR:
14  Q.  Did they ask anyone, to your knowledge, if
15  they could withdraw from the case?
16       MR. EGOZI: Objection.
17       THE WITNESS: No.
18       BY MR. LASSAR:
19  Q.  Did you tell White & Case that you wanted them
20  to withdraw?
21  A.  Yes.
22  Q.  Did White & Case in your view have a conflict
23  of interest in representing you?
24  A.  No.
25       MR. EGOZI: Objection to form on that last

Page 10

1  one.
2       BY MR. LASSAR:
3  Q.  Over the course of the litigation did the role
4  of White & Case change?
5  A.  No.
6  Q.  Was it your understanding that they were to
7  represent you regarding all the patents that were
8  asserted in the lawsuit?
9       MR. EGOZI: I would instruct the witness not
10  to answer unless you can answer without divulging
11  attorney-client or confidential communications.
12       THE WITNESS: If it's under attorney-client
13  privilege then --
14       MR. EGOZI: Don't answer the question.
15       THE WITNESS: I'll take my attorney's advice
16  not to answer.
17       MR. TARNAY: Ask the reporter to mark this as
18  1.
19       (Plaintiff's Exhibit No. 1 was
20       marked for identification.)
21       MR. EGOZI: Are we marking this as 1?
22       MR. LASSAR: Yes.  Showing you what's marked
23  as Exhibit S Ohev-Zion 1.  Do you recognize that
24  document?
25       THE WITNESS: Yes.

Page 11

1       BY MR. LASSAR:
2  Q.  This is a motion that was filed on behalf of
3  BLU Products?
4  A.  Yes.
5  Q.  If I can direct your attention to page four.
6  In the beginning of the third paragraph you see it says
7  "upon being served with complaint BLU contacted a third
8  party that BLU believed owed a duty to defend this
9  matter."  Do you see that?
10  A.  I do.
11  Q.  Is that accurate?
12  A.  That is accurate.
13  Q.  Who was the third party?
14       MR. EGOZI: Instruct the witness not to
15  answer, confidential.
16       THE WITNESS: I am going to take my attorney's
17  advice not to answer.
18       MR. LASSAR: Why is it confidential?
19       MR. EGOZI: Pursuant to a confidentiality
20  agreement.
21       MR. LASSAR: With the third party?
22       MR. EGOZI: Correct.
23       BY MR. LASSAR:
24  Q.  If you look at page five, the next page at the
25  top of the page it says because "W&C was not protecting

Page 12

1  BLU's interest on 11 of the 15 patents at issue in this
2  case BLU began searching for its own counsel to develop
3  a non-infringement and invalidity positions with respect
4  to the remaining 11 patents at issue in this
5  litigation."  Is that accurate?
6  A.  Yes.
7  Q.  How did you become aware that White & Case was
8  not protecting BLU's interest on 11 of the 15 patents?
9       MR. EGOZI: Instruct the witness not to
10  answer.  Objection, attorney-client privilege,
11  confidentiality.
12       BY MR. LASSAR:
13  Q.  And you will not answer?
14  A.  No.
15  Q.  In footnote two at the bottom of that page it
16  says "by early December it had become clear to BLU that
17  W&C had no interest in representing BLU as to 11 of the
18  15 patents at issue and that BLU would need to find its
19  own counsel."  Is that accurate?
20  A.  Yes.
21  Q.  And what happened in early December that made
22  it clear that White & Case had no interest in
23  representing BLU as to 11 of the 15 patents at issue?
24       MR. EGOZI: Objection, confidentiality,
25  attorney-client privilege.

Page 13

1    MR. LASSAR: You're instructing him not to
2  answer?
3    MR. EGOZI: Yes I am.
4    BY MR. LASSAR:
5  Q.  And you will not answer?
6  A.  No.
7  Q.  Did you take steps to find another law firm to
8   represent you?
9  A.  Yes, we did.
10  Q.  What law firm was that?
11  A.  Cozen, C-O-Z-E-N.
12  Q.  When did you take steps to hire Cozen?
13    MR. EGOZI: Objection to form.
14    THE WITNESS: On or around December I believe.
15    BY MR. LASSAR:
16  Q.  Did you retain the Cozen law firm at that
17   time?
18  A.  Yes, they have been retained.
19  Q.  In December?
20  A.  On around December, yes.
21  Q.  What were they retained to do?
22  A.  To represent BLU as far as patent attorney.
23  Q.  In this matter?
24  A.  Correct.
25  Q.  To represent BLU within all aspects of this

Page 14

1  case?
2  A.  Correct, all aspects.
3  Q.  Is Cozen now working to represent you in this
4   matter?
5  A.  Yes.
6  Q.  Has the Cozen firm been provided with any
7   documents that have been produced by Blackberry in this
8   matter?
9  A.  Yes, they have.
10  Q.  Have they been provided with the expert
11   reports that Blackberry produced in this matter?
12  A.  I believe so.
13  Q.  If you look at page six of that document.  At
14   the top -- beginning footnote three at the bottom it
15   says "as a result of its conflict of interest W&C
16   refused to file a motion to continue or limit
17   Blackberry's claim to those identified in the amended
18   complaint during the week of December 26th 2016."  Is
19   that accurate?
20  A.  Yes.
21  Q.  Do you have any personal knowledge of that
22   other than what you've heard from your attorney?
23  A.  I was involved in those -- that communication
24   with White & Case and my attorney.
25  Q.  Could you tell us what those communications

Page 15

1  were?
2  A.  Attorney-client privilege so --
3    MR. EGOZI: Objection.
4    THE WITNESS: Not going to answer based on my
5  attorney's recommendation.
6    MR. LASSAR: You're instructing him not to
7  answer?
8    MR. TARNAY: He already answered that he gave
9  the directive and that's a truthful statement but
10  anything else I'm not going to allow him to answer.
11    BY MR. LASSAR:
12  Q.  On page seven, the next page, the second
13  sentence from the top it says "Robert Seidman, president
14  of Seidman Consulting has attested that it would require
15  at least four experts from its group, 90 to 120 days
16  from the completion of the prior art searches currently
17  underway."  Do you know if that's accurate?
18  A.  I believe it to be accurate but I didn't speak
19  to Robert Seidman directly, my attorney did so if
20  it's -- if it's here then I assume it's accurate.
21  Q.  Two sentences below that it says John Li, L-I,
22  director of operations at Patent Advantage which was
23  immediately provided with a list of claims identified by
24  Blackberry on December 23rd, 2016 has also attested and
25  then it quotes from his declaration.  Is that accurate

Page 16

1  as far as you know?
2    MR. EGOZI: Objection to form.
3    THE WITNESS: I did not speak to John Li but
4  again if it's there my attorney spoke to him then
5  it has to be accurate.
6    BY MR. LASSAR:
7  Q.  At the bottom of page seven in the footnote in
8  the last paragraph of the footnote first sentence it
9  says "after the January 3rd 2017 hearing it became
10  irrefutable that W&C was putting the interest of the
11  third party who was paying its bills over the interest
12  of BLU, the party to this lawsuit."  Is that accurate?
13  A.  Yes.
14  Q.  Do you know what happened on January 3rd that
15  made it irrefutable that they were putting their
16  interest of the third party ahead of BLU?
17    MR. EGOZI: The question is yes or no do you
18  know.
19    THE WITNESS: Do I know why White & Case was
20  putting interests of a third party?
21    MR. EGOZI: Do you know what happened on
22  January 3rd, 2017?
23    THE WITNESS: Yes.
24    BY MR. LASSAR:
25  Q.  What happened?

Blackberry Limited v.
Blu Products, Inc.

Samuel Ohev-Zion
January 24, 2017

Page 17

1    MR. EGOZI: Just -- you can answer what
2  happened on January 3rd.
3    THE WITNESS: It became clear they weren't
4  representing our best interests so we decided to
5  ask them to withdraw from the case.
6    BY MR. LASSAR:
7  Q.  What happened on January 3rd that made it
8  clear?
9    MR. EGOZI: I'll instruct the witness not to
10  divulge any attorney-client privilege.  You can
11  divulge what happened in open court and what you
12  learned about in open court but you cannot disclose
13  any attorney-client communications.
14    THE WITNESS: We asked White & Case to
15  withdraw.  They filed an emergency motion to
16  withdraw and we know that Judge O'Sullivan accepted
17  and allowed them to withdraw.
18    BY MR. LASSAR:
19  Q.  It says here that after the January 3rd
20  hearing it became irrefutable that White & Case was
21  putting the interest of the third party ahead of you.
22  What happened at or after the hearing on January 3rd
23  that made it irrefutable?
24    MR. EGOZI: I would instruct the witness if
25  your knowledge comes from attorney-client

Page 18

1  privilege -- from attorney-client communications do
2  not divulge those communications.  If you have
3  independent knowledge you can answer.
4    THE WITNESS: We read the hearing transcript
5  and we weren't there and we were just not satisfied
6  with how they represented us in that hearing.
7    BY MR. LASSAR:
8  Q.  Why were you not satisfied?
9  A.  That's attorney-client privilege.  I would
10  take my attorney's advice not to answer.
11    MR. LASSAR: I'm finished with that document.
12    THE WITNESS: Where does it go?
13    MR. TARNAY: Give it to the court reporter,
14  please.  Thank you.
15    BY MR. LASSAR:
16  Q.  What did you do to prepare for your deposition
17  today?
18  A.  I briefly met with my attorney before --
19  Q.  Mr. Egozi?
20  A.  Yes, with Mr. Egozi.  We met for about a half
21  hour before the deposition.
22  Q.  Did you review any documents?
23  A.  No.
24  Q.  Anything else to prepare?
25  A.  No.

Page 19

1  Q.  Could you tell us what your educational
2  background is?
3  A.  Sure.  I graduated from the 11th grade at Mast
4  Academy High School in Key Biscayne, Florida and then I
5  dropped out after -- I didn't graduate.  I finished 11th
6  grade and then I dropped out of high school after I
7  finished 11th grade so I did not graduate.  That's it.
8  Q.  Have you taken any classes since then?
9  A.  No, I have not.
10  Q.  Could you take us through the jobs you've held
11  since you dropped out of high school?
12  A.  Sure.  When I dropped out of high school I
13  went to work at my father's retail store in downtown
14  Miami.
15  Q.  What was the name of it?
16  A.  It was called Brazil Shopping.  I worked --
17  Q.  What was the date?
18  A.  About 1994.  1994, 1995, around that.
19  Q.  Then your next job?  I'm sorry, what did you
20  do there?
21  A.  I was the manager of that retail store.
22  Q.  What did it sell?
23  A.  All types of electronics, consumer
24  electronics.
25  Q.  What did you do next?

Page 20

1  A.  After that I maybe around 1996 to 1997 I went
2  to work for my father's wholesale distribution company
3  and that was called Brasusa, B-R-A-S-U-S-A, and I worked
4  as a vice president in that company up until around '98,
5  '99 and that's when I opened my own company which was
6  called Telecel Latin America and I ran that company as
7  president and CEO until 2006.
8  Q.  What did that company do?
9  A.  We wholesaled distribution of cellular phones.
10  Then in 2006 we did a -- we joined -- I don't want to
11  say the word merger because it wasn't exactly a merger
12  but it was very similar to a merger.  What we did was
13  created a company called CT Miami in 2006.  And that
14  company was jointly owned by Telecel Latin America which
15  was my previous company and another company called
16  CWWUSA so we started working together and created CT
17  Miami which was also in the business of wholesale
18  distribution of cellular phones.  So 2006 we joined
19  forces to create CT Miami.
20  Q.  Did you run Telecel by yourself, sole owner?
21  A.  Yes, I'm the sole owner of Telecel.
22  Q.  Who owns CWW?
23  A.  At the time it was two gentlemen one by the
24  name of Luis Sosa and the other by the name of Gabriel
25  Faillace.  They were the two owners.

**Page 21**

1  Q.  How do you spell it?
2  A.  F-A-I-L-L-A-C-E.
3  Q.  What did CWW do?
4  A.  They did wholesale distribution of accessories
5  and cellular phones.
6  Q.  What did -- this is 2006?
7  A.  2006.
8  Q.  What did CT Miami do?
9  A.  So CT Miami basically did the same thing that
10  the previous two companies were doing but now it was
11  joint forces so we had more customers, more employees.
12  We basically joined the two companies and we continued
13  doing the same thing, wholesale distribution of cellular
14  phones and accessories.
15  Q.  And who were the owners of the CT Miami?
16  A.  Today it is just myself and my father.
17  Q.  Are you an owner personally?
18  A.  No, Telecel Latin America is the one who owns
19  the shares in CT Miami.
20  Q.  Does your father have a personal -- is he
21  personally --
22  A.  Yes, he does personally own.
23  Q.  Is that 50/50?
24  A.  No.  It's approximately 62 for -- 63 that I
25  own and then the rest would be his.

**Page 22**

1  Q.  In 2006 when you had Telecel and CWW formed CT
2  Miami what was the ownership split between the two?
3  A.  It was 33 percent Telecel and 66 percent
4  CWWUSA.
5  Q.  How did it come about that CWW left CT Miami?
6  Let me finish the question.
7      MR. EGOZI: You may want to repeat that.
8      BY MR. LASSAR:
9  Q.  I'll ask the question again.  How did it come
10  about that CWW left CT Miami?
11  A.  So the company -- the company purchased both
12  Gabriel and Luis's shares.  We had a purchase agreements
13  with both of them.  So the company purchased their
14  shares and then my father entered into the company.
15  Q.  So your father purchased some of the shares
16  from you or from Telecel?
17  A.  He didn't purchase.  It was a form of
18  compensation for him joining the company but the company
19  was the one that purchased both Gabriel and Luis'
20  shares.
21  Q.  The company being Telecel Latin America?
22  A.  No, the company being CT Miami.
23  Q.  Then were you the CEO then of CT Miami?
24  A.  Yes, I was.
25  Q.  Then what happened?  Then what did you do

**Page 23**

1  next?
2  A.  I'm still there presently as CEO and president
3  of CT Miami.
4  Q.  When did BLU Products start?
5  A.  In 2010 approximately.
6  Q.  Who owns BLU Products?
7  A.  Myself and my father.
8  Q.  And again when you say yourself is that in
9  your personal capacity or is it through a company?
10  A.  That would be personal capacity I believe,
11  yes.  Not through a company.
12  Q.  Same with your father?
13  A.  Correct.
14  Q.  What is the split between you and your father?
15  A.  I own approximately two thirds and he owns the
16  other one third.
17      MR. LASSAR: Showing you what's marked as
18  Exhibit S Ohev-Zion 2 and is that your LinkedIn
19  profile?
20      THE WITNESS: That is.
21      (Plaintiff's Exhibit No. 2 was
22      marked for identification.)
23      BY MR. LASSAR:
24  Q.  Is that your current LinkedIn profile?
25  A.  Yes, it is.

**Page 24**

1  Q.  Is that accurate?
2  A.  Yes, it seems to be accurate.
3  Q.  That's all I have.  Showing you what's already
4  marked as Echtey Exhibit 7.
5      MR. EGOZI: Just so the record is clear this
6  is actually from the 30(b)6 deposition.  The last
7  name of the witness is Echtey but it's the 30(b)6.
8      BY MR. LASSAR:
9  Q.  Do you recognize this document?
10  A.  Yes.
11  Q.  What is this?
12  A.  This is a letter that Blackberry had sent to
13  BLU Products.
14  Q.  Did you receive it on or about November 21st
15  2015?
16      MR. EGOZI: Objection to form.
17      THE WITNESS: I believe so, yes.
18      BY MR. LASSAR:
19  Q.  Did you understand that Blackberry was saying
20  that BLU Products was infringing some of its patents?
21  A.  Yes.
22  Q.  Did you discuss those with anyone except for
23  your attorney?
24  A.  At the time I only discussed it with our
25  in-house counsel at the time very briefly.

Page 25

1     MR. EGOZI: I would instruct you not to
2  divulge any of those communications with your
3  in-house counsel.
4     THE WITNESS: That's it.
5     BY MR. LASSAR:
6  Q.  Did you take any steps to determine whether
7  BLU Products was infringing on any Blackberry patents?
8  A.  I left that up to our in-house counsel to
9  manage.
10 Q.  Do you know if he was taking steps to
11 investigate to see if --
12 A.  I'm not certain.
13 Q.  Do you know of any investigation that was done
14 to see if BLU Products was infringing any Blackberry
15 patents?
16 A.  I'm not specifically aware of one.
17 Q.  When you received this letter did you believe
18 that BLU Products was infringing some Blackberry
19 patents?
20 A.  Until this day I do not believe we are
21 infringing any Blackberry patents.
22 Q.  And why is that?
23 A.  Because the partners that we work with that
24 manufacture the phones we rely on them to let us know or
25 tell us and they've never shown any concern over it so

Page 26

1  based on that trusting our vendors and also just basic
2  information.
3     We haven't seen Blackberry report any license
4  agreements with any manufacturer of cellular phones so
5  that leads me to believe that if they did have any
6  patents that were valid that they would have already had
7  license agreements with bigger, more relevant
8  manufacturers other than BLU Products.
9     So that's just my belief but again I'm not
10 aware of any investigation, deep investigation.  We
11 don't have any patent attorneys or legal teams that --
12 so that's my extent.
13 Q.  Do you know if the companies that manufacture
14 phones for BLU Products have any license agreements with
15 Blackberry?
16 A.  I am not aware.
17 Q.  Have the manufacturers of phones for BLU
18 Products ever told you that you might be infringing
19 anyone's patents?
20 A.  No.
21 Q.  Did you respond to this letter at the time?
22 A.  I don't remember.  I don't believe so.
23 Q.  Why didn't you respond?
24 A.  It wasn't my job to respond.  I left it up to
25 our in-house counsel.  He manages everything that has to

Page 27

1  do with legal.  I manage sales and other things.
2  Q.  What was the name of your in-house counsel?
3  A.  Antonio Contarini.
4  Q.  And you don't know whether or not he responded
5  to this letter?
6  A.  I do not know.
7  Q.  I'm done with that.  I'm showing you now
8  what's marked as Echtey Exhibit 8 and ask if you
9  recognize that document?
10    MR. EGOZI: Just so the record is clear it's
11 Echtey, T-E-Y, from the 30(b)6 deposition.
12    THE WITNESS: Yes.
13    BY MR. LASSAR:
14 Q.  What is this document?
15 A.  This is a follow up letter from the previous
16 November 2015 letter two weeks after, more or less,
17 saying that he did not hear back.
18 Q.  So at least at this time you knew your
19 in-house counsel had not responded to Blackberry?
20    MR. EGOZI: Object to form.
21    THE WITNESS: I don't remember specifically
22 discussing this internally.  Again it seems by this
23 letter that there was no response; that he had not
24 sent a response.
25

Page 28

1     BY MR. LASSAR:
2  Q.  Did you take any action after receiving this
3  letter?
4  A.  Again it was up to our in-house counsel to
5  decide what was the best course of action.  I did not
6  have any direct involvement in that.
7  Q.  What, if anything, happened after this
8  regarding communications with Blackberry?
9  A.  I remember that Blackberry sent a letter to
10 one of our customers that had been purchasing.
11 Q.  Who was that?
12 A.  I believe it was Best Buy and Best Buy
13 forwarded the letter to us asking us to follow up and so
14 then we started talking to Blackberry.  I personally
15 did.
16 Q.  Who did you talk to?
17 A.  I forgot his name but it was an attorney
18 that --
19 Q.  Was it the gentleman whose name is on that
20 Mr. Lawrence?
21 A.  I know Robert was copied in the communication
22 but my back and forth was with another gentleman in
23 Blackberry's legal team.
24 Q.  Was it in writing or on the phone?
25 A.  No, it was in e-mails.

Page 29

1  Q.   E-mail.  Essentially what happened in those
2  e-mails?
3  A.   From my recollection the Blackberry
4  gentleman -- well, first I said I'm in receipt of your
5  letter, we'll review and get back to you.  And then the
6  gentleman was pressuring me to accept this in-face
7  meeting which I told him I wasn't ready to do at the
8  time.
9  Q.   When was this as best you can recall?
10 A.   I can't remember.  CT Miami in 2016.  And then
11 we had some back and forth where, you know, I mentioned
12 that a lot of our sales aren't in the U.S., a lot of our
13 sales are feature phone products that aren't smart
14 phones basically which Blackberry was known for smart
15 phones so I didn't think a feature phone had much to do
16 with any relevance.
17     I also explained that our volume is very small
18 and suggested maybe they -- Blackberry was interested in
19 licensing they should go after larger companies who
20 might be more worthwhile for them.  And then I believe
21 that was the end of the communication.
22 Q.   At some point did Blackberry send a draft
23 non-disclosure agreement to you?
24 A.   Yes, I believe they did.
25 Q.   Was that so that you could have negotiations

Page 30

1  with Blackberry?
2  A.   Not really.  A non-disclosure is mostly so you
3  can speak to begin with.  Whenever we are going to speak
4  to any large corporation they ask us to do a
5  non-disclosure.  Not particularly for negotiation
6  purposes.
7  Q.   Did you ever sign the non-disclosure
8  agreement?
9  A.   I don't believe we did.
10 Q.   Why not?
11 A.   I don't know why.  Around that time our
12 in-house counsel Antonio Contarini had left and then
13 legal was -- there wasn't really anyone managing the
14 legal department until which time recently we decided
15 that my brother Michael would be in charge but at that
16 time we were just in the process of adjusting,
17 restructuring how we would manage legal inside the
18 company.  So maybe it fell through the cracks and that's
19 what I'm assuming happened.
20 Q.   Why did Mr. Contarini leave?
21     MR. EGOZI: Objection to form.
22     THE WITNESS: He resigned.
23     BY MR. LASSAR:
24 Q.   Do you know why?
25     MR. EGOZI: Objection to form.

Page 31

1      THE WITNESS: I believe he was unhappy with
2  his compensation and he was maybe unhappy with the
3  work environment.  Those are my beliefs but he
4  never said why exactly.
5      MR. EGOZI: Can we take a quick bathroom
6  break?
7      THE VIDEOGRAPHER: Going off the record.  The
8  time is 10:46 a.m.
9      (Thereupon, a brief recess was taken.)
10     THE VIDEOGRAPHER: We are back on the record.
11 The time is 10:55.
12     BY MR. LASSAR:
13 Q.   What is the relationship between BLU Products
14 and Google?
15     MR. EGOZI: Objection to form.
16     THE WITNESS: We have a non-confidentiality
17 agreement with Google so I don't know what I'm
18 allowed to answer and not answer.
19     BY MR. LASSAR:
20 Q.   Well, without getting into specifics are there
21 other agreements with Google besides the
22 non-confidentiality agreement?
23     MR. EGOZI: I would instruct you if you know
24 you can answer yes or no to that question but don't
25 disclose the nature of any agreements.

Page 32

1      THE WITNESS: Yes, I believe there are other
2  agreements other than the non-disclosure
3  agreements.
4      BY MR. LASSAR:
5  Q.   Based on the non-disclosure agreement you're
6  not willing to discuss what those other agreements are?
7  A.   That is correct.
8  Q.   Are the phones that you sell, the Android
9  phones that you sell, certified by Google?
10 A.   Yes, they are.
11 Q.   What does that mean?
12 A.   So that means that in order to use a certain
13 suite of Google applications which are called GMS,
14 Google Mobile Services, and those are Google's
15 proprietary applications which include well known apps
16 such as You Tube, Chrome, G-mail and other proprietary
17 Google applications.
18     In order to use those you have to make sure
19 that your device passes what's called a CTS which means
20 Compatibility Testing Suite so there is a CTS test and
21 basically what happens is you run your device on this
22 CTS verification tool which was created by Google.  You
23 take the results of those tests and it tells you if the
24 phone passes and is compatible with Google's
25 requirements on what a device should be as far as the

Blackberry Limited v.
Blu Products, Inc.

Samuel Ohev-Zion
January 24, 2017

Page 33

1 Android user experience.
2     They want to make sure if you're using their
3 software that the customer is having a good experience;
4 that you're not jeopardizing their brand.  And then if
5 your device passes that Google compatibility test then
6 they authorize you to use their applications.
7     So that means that the test results are run
8 and then Google gets them, verifies them and they give
9 you the certification to go ahead and use their
10 proprietary applications.
11 Q.  Who performs the CTS test?
12 A.  Right now we have FoxCon in Taiwan do those
13 tests for us.
14 Q.  Are part of those tests to make sure that your
15 phones operate appropriately with the Android operating
16 system?
17 A.  Correct.
18 Q.  In addition to certain apps like you mentioned
19 You Tube and others?
20 A.  As I mentioned before the nature of the
21 testing is to verify operability and user experience and
22 performance in line with Google's requirements for an
23 appropriate and pleasant user experience.  So that's --
24 Google's concern is basically to ensure that the phone
25 complies with those requirements.

Page 34

1 Q.  Do you have to have every model tested that's
2 an Android phone?
3 A.  The requirement is not only that every model
4 but every subsequent software version for that model
5 needs to be certified each and every time.
6 Q.  Is there a -- does Fox Con produce test
7 results that you see?
8 A.  I'm not sure if our team actually sees those
9 results.  I believe that the way it works is that Fox
10 Con sends those results over to Google.  If they give us
11 a copy I'm not certain.  I don't know really if they
12 give us a copy of those results.  I do know that if
13 there is a certain failure -- if one of the tests don't
14 pass then they share that information.  They say this
15 certain step in the testing did not pass.  So fix it and
16 then we'll retest it for you once this specific item is
17 fixed.
18 Q.  How often does that happen?
19 A.  I'm not privy.  I'm not involved in that
20 process so I wouldn't know but my assumption that our
21 ODMs who we manufacture with are pretty well versed in
22 compatibility testing so it shouldn't be often because
23 they already have experience in doing that.
24 Q.  Who at BLU Products would know about the
25 compatibility testing?

Page 35

1 A.  Juse Echtey, our technical director.
2 Q.  Are you licensed by Google to use the Android
3 operating system?
4 A.  I don't believe that you need to be licensed
5 to use Android.  Again I'm no expert but my belief is
6 that the Android operating system, the AOSP version
7 which is Android open source anybody is free to use.
8 What you need to get a license for however are those
9 Google Mobile Services applications which is called the
10 GMS.  So as I mentioned once we pass the CTS testing the
11 agreement is that we're allowed to use those
12 applications.
13 Q.  Have you discussed this lawsuit with anyone at
14 Google?
15     MR. EGOZI: I would instruct you not to answer
16 the question.
17     MR. LASSAR: He can answer yes or no.
18     MR. EGOZI: You can answer yes or no but don't
19 divulge any communications to the extent the answer
20 is yes.
21     THE WITNESS: Yes.
22     BY MR. LASSAR:
23 Q.  But you will not discuss the conversations
24 based on the advice of your attorney?
25 A.  Correct.

Page 36

1 Q.  How are you compensated for your work with BLU
2 Products?
3 A.  I receive a management fee, salary, bonuses.
4 Q.  Who pays those?
5 A.  I believe the way it's structured right now is
6 that CT Miami pays those.  I don't -- I'm not sure if
7 any of my salary comes from BLU Products but I don't
8 believe so.
9 Q.  Do you get a check written from CT Miami?
10 A.  I believe so.  I'm not -- Michael would
11 probably know better since he is the one -- Michael my
12 brother who you met yesterday.  He is the one that
13 manages that.  I just get the money deposited into the
14 account.  I don't see where the check came from.
15 Q.  Was there a change you said now you think you
16 get your income from CT Miami.  Was that different
17 before?
18     MR. EGOZI: Objection to form.
19     THE WITNESS: How and where it's coming from
20 might have changed recently.  I don't know exactly.
21 As far as I'm concerned, you know, as far as I have
22 the income every month that's supposed to be coming
23 in.  As far as what makes better sense for
24 accounting wise and things like that I'm not privy
25 to -- I have never bothered to find out exactly

Page 37

1  where it's coming from.
2     BY MR. LASSAR:
3  Q.  What is your current salary per month?
4     MR. EGOZI: Objection to form.
5     THE WITNESS: I believe it's close to $200,000
6  per month.
7     BY MR. LASSAR:
8  Q.  You said there's also bonuses?
9  A.  Correct.
10 Q.  Did you receive a bonus for 2016?
11    MR. EGOZI: Objection to form.
12    THE WITNESS: Being an owner you're basically
13 whenever you need you take as you need.  So that's
14 basically been for the past couple of years how
15 it's been.  If I need a certain payment I'll just
16 ask for it.
17    BY MR. LASSAR:
18 Q.  Do you basically -- do you and your father
19 basically take the profits out of the business each year
20 if there are profits?
21    MR. EGOZI: Objection to form.
22    THE WITNESS: We do leave some profits in the
23 company.
24    BY MR. LASSAR:
25 Q.  How do you determine how much to leave in the

Page 38

1  company?
2  A.  Two things.  Number one, we look at what we
3  need for our living expenses and if there are any
4  acquisitions that we're interested in making.  I
5  recently purchased a home.
6     So in that case number one would be based on
7  need and then number two would be on the health of the
8  company's finances and if by taking such a payment or
9  distribution or bonus the company might be adversely
10 affected based on cash flow and in case that there's a
11 concern that the company might not be able to operate
12 and be as profitable as it was if you have -- if you
13 take out that money then we usually decide not to take
14 out the money.  So it's a balance between need and the
15 company's cash flow and ability to continue as needed.
16 Q.  There is a marketing function at BLU Products?
17 A.  Would you like me to confirm if that is
18 correct?
19 Q.  Yes.
20 A.  Yes, there is a marketing function at BLU
21 Products.
22 Q.  Is the marketing in the Miami headquarters, is
23 that for worldwide or are there other marketing
24 functions elsewhere?
25 A.  So that marketing function is -- I believe

Page 39

1  they're paid out of CT Miami so I don't know, you know,
2  CT Miami acts as BLU Products' distributor.  I believe
3  they're paid out of CT Miami not BLU Products.  As far
4  as any marketing design, graphic, public relations that
5  all comes out of our Miami office.  So we do not have
6  any -- we don't have any marketing functions outside of
7  our Miami office.
8  Q.  Is that the same for software testing, is that
9  all done in the Miami office?
10 A.  For testing software we have it in Shanshan,
11 China and in Miami.  We have people testing in both
12 places.
13 Q.  What's the facility that you have in Shanshan?
14 A.  We rent an office that and that's the
15 facility.  We have people who work there.
16 Q.  What do they do there?
17 A.  Different functions.  Mostly -- so we have
18 logistics is part of the office, making sure that
19 shipments are coming in and out.  We have software
20 testing team which basically they make sure that the
21 phone makes call properly.  Basic functions testing and
22 then we have product management which is basically
23 following up with our ODMs and factories to make sure
24 that once we decide to launch a device that it's going
25 as per schedule.  Just basic follow up.  Those are the

Page 40

1  three main functions of the Shanshan office.
2  Q.  How does the software testing in China differ
3  from the software testing in Miami?
4  A.  So certain testing you're not able to do in
5  China.  First of all, network testing because there are
6  certain bands that are different in China than in the
7  U.S. So you know, when we manufacture a phone it's made
8  usually to be used in the United States or in Latin
9  America and to make a phone call or to use data that is
10 not available in China so you have to bring the phone
11 here to do that.
12    Also certain applications are blacklisted in
13 China.  So Facebook for example is blocked.  So you
14 can't test Facebook application in China.  You have to
15 test it in Miami.
16 Q.  Except for what you've described was done in
17 the China office are all other activities of the company
18 performed in the Miami office for worldwide purposes?
19 A.  As relates to BLU Products?
20 Q.  Yes.
21 A.  That is correct, yes.
22 Q.  Could you take us through that process by
23 which you order a phone from the manufacturer?
24 A.  Sure.  So the manufacturer has R&D teams and
25 those include both hardware and software.  So they're

Page 41

1 investing in developing new products all the time. We
2 have regular meetings with them where those products
3 that they have been working on they present them to us.
4   So that meeting used to happen in China but
5 more recently they've been coming here and presenting it
6 to us. So the manufacturer basically sits down with us
7 and shows us the actual devices. So we can see how they
8 look and feel and then they tell us what are the
9 features on the devices. For example what kind of --
10 what size memory it has, what the display resolution is,
11 what are the cameras and then they give us a price.
12   Then we make a determination based on, you
13 know, how the device looks, if it's an attractive
14 device. If the pricing is attractive and then we make
15 the decision to launch that specific device. So there
16 are times we'll tell them okay, we're interested in this
17 one and then there are times this one doesn't fit our
18 needs and then we reject that device.
19 Q.  Do you have a device in mind that you tell
20 them that you're thinking of coming out with or do they
21 present to you and you decide whether you want to market
22 that device?
23 A.  99 percent of the time they present the device
24 to us and then we decide if we want to market the device
25 or not. I'm sure there's been maybe one occasion where

Page 42

1 we might specifically tell them we're looking for a
2 device with these features, at this price point, with
3 this type of design but that's a very rare occurrence.
4 Because they're investing so much in developing their
5 own product. For them to just drop what they've been
6 doing and then do something based on our needs it would
7 set them back because months it would take to develop
8 the software and hardware on a specifically designed
9 device for us. So most of the time we use what they
10 have. It's not -- wouldn't make much sense to design
11 something else.
12 Q.  Is there any designing done in Miami?
13 A.  As far as product design?
14 Q.  Yes.
15 A.  On the industrial design you mean? Like how
16 it looks? How it looks like esthetically?
17 Q.  What design, if any, is done in Miami?
18 A.  The only design that would be done in Miami is
19 some exterior appearance. So for example decorative,
20 external, you know, a pattern on the back of the device
21 or something like that but it's always external
22 appearance that we might influence and ask them to
23 modify. So that would be the only actual design would
24 be industrial design.
25 Q.  Do you get presentations from multiple

Page 43

1 manufacturers?
2 A.  Yes, we do.
3 Q.  You just decide with each presentation whether
4 the price and the product is attractive to you?
5 A.  The presentation we can definitely decide if
6 the price and features are attractive but typically
7 until we actually see the device working we don't rely
8 on the presentation to make our decision.
9 Q.  Do the manufacturers have written material
10 that they give you as part of their presentations?
11 A.  A presentation usually includes a picture of
12 what the device is going to look like and the features
13 that it's going to have. Like I said before what kind
14 of memory, what kind of camera. That's usually what
15 it's limited to.
16 Q.  Do you know if BLU Products keeps copies of
17 those written documents?
18 A.  Whenever they're e-mailed to us they're still
19 on our server. They're all there. We don't delete or
20 destroy anything. So we would have all those
21 presentations there that we received via e-mail. There
22 might be some presentations that they came in projected
23 conference room that they never sent us but anything
24 that was e-mailed we should still have.
25 Q.  In this litigation you've produced to us

Page 44

1 technical specifications sheets for phones. Are those
2 documents that are produced by BLU or are those from the
3 manufacturers?
4 A.  I'm not certain because I don't know which --
5 if you have one I can verify.
6 Q.  How is it when you decide you want a phone to
7 be manufactured how do you order it?
8 A.  So we send them a purchase order which has the
9 quantity and the agreed price, agreed specifications.
10   (Plaintiff's Exhibit No. 3 was
11   marked for identification.)
12   MR. LASSAR: Showing you what's marked as S
13 Ohev-Zion 4.
14   COURT REPORTER: Three.
15   MR. LASSAR: Three, sorry.
16   BY MR. LASSAR:
17 Q.  Do you recognize this type of document?
18 A.  No, I do not.
19 Q.  Are you familiar with a bill of materials?
20 A.  Yes, I am.
21 Q.  Is this a bill of materials?
22 A.  A lot of it is in Chinese but it could be a
23 bill of materials. Usually on a bill of materials
24 though there's a total at the bottom which shows the
25 total cost. On this one I don't see that. It does look

---

Page 45

1  like it's detailing so if you see the part name and then
2  it goes through all the parts of the device and then it
3  shows the cost. I don't know if that's in dollars or
4  Chinese. Then I don't know why there's quantity.
5  That's strange because the quantity is different.
6      So if you look at back camera for example why
7  would it say 150 and then on a TP which is touch panel
8  it would say 300. So that's why I question it being a
9  bill of materials because there are different
10  quantities.
11      So what it might be is a spare parts order.
12  That's what -- if I had to guess I would believe that
13  this is a spare parts order for aftersales being able to
14  repair devices. We usually purchase spare parts and
15  send it to aftersales service centers. Then there's a
16  P.O. number so that's a purchase order number so there
17  must be a purchase order issued for that quantity of
18  each of these parts. That's what I believe this is.
19  Q.  Can you estimate what percent of your sales
20      are spare parts as opposed to phones?
21  A.  Very tiny. I would say one percent or less.
22  Q.  Do you ever see documents that show costs for
23      parts of the phone like chip sets?
24  A.  You mean like a bill of materials detail?
25  Q.  Yes.

Page 46

1  A.  I have seen in the past, yes. Not regularly.
2  Q.  Down to what detail do those go?
3  A.  The times that I have seen them it's
4  because -- the only reason why I would see one is when
5  I'm asking for an analysis to compare products from
6  different manufacturers. So example, if one
7  manufacturer gives me a similar product for $50 another
8  one gives it to me for $40 we don't understand why
9  there's a 10 dollar price difference. If it basically
10  has the same feature set then we like to dive in a
11  little bit deeper and understand why is this phone more
12  expensive than the other one.
13      That's rare but at times I have asked for one
14  of those and then it does detail out -- as far as chip
15  set cost we don't know what chip sets cost exactly but
16  we do have an idea. So yes, that's in the bill of
17  materials you would detail the chip set cost on there.
18  Q.  Thank you, that's all I have. What is BLU
19  Products' relationship with MediaTek, M-E-D-I-A, capital
20  T-E-K?
21  A.  The majority of our devices are powered with a
22  MediaTek processor. So our relationship with them is as
23  far as they have a sales department that we regularly
24  speak to. So this sales department is in charge of
25  making sure that, you know, their chip sets are

Page 47

1  represented in our products and also once in a while
2  they'll give us some marketing support and they'll
3  present new chip sets when they're coming out.
4  Q.  What do you mean by marketing support?
5  A.  If we're launching a device that has a
6  MediaTek chip set inside they might allocate marketing
7  funds to promote that product.
8  Q.  Do you request MediaTek processors with the
9  manufacturers?
10  A.  We don't specifically request but the majority
11  of our manufacturers for the most part are using
12  MediaTek so when they present the product that they've
13  worked on it usually tends to be a MediaTek device. Not
14  always. We do have other chip sets in our portfolio of
15  product right now but the majority is MediaTek.
16  Q.  So why does MediaTek need to sell you if the
17  manufacturers are using their products already?
18      MR. EGOZI: Objection to form.
19      THE WITNESS: That's a good question.
20  Basically they want to -- from my understanding
21  they want to make sure their brand is well
22  represented and that we have confidence in their
23  brand, that we don't question their reputation or
24  their performance. So I would guess that would be
25  the function.

Page 48

1      BY MR. LASSAR:
2  Q.  Do you request any modifications with the
3  manufacturers?
4  A.  Modifications is a very general term. Like I
5  said before we sometimes might request a certain
6  exterior decorative design modification. If you want to
7  be more specific?
8  Q.  Any other modifications besides exterior
9  design?
10  A.  Again it's a very general question.
11  Modification can mean so many things. Modification can
12  be they bring you the phone in a black color and you
13  tell them no, I want it in a gold color.
14  Q.  How about processing?
15  A.  You cannot modify a processor because it takes
16  a few months to design the product with the certain
17  processor and once it's designed with that processor you
18  can't just remove or change or make any modifications.
19  It's fixed. In order to do that it would take them many
20  months and resources and engineering to do that. So we
21  don't ask for processor modifications.
22  Q.  What about the operating system?
23  A.  Operating system it's all our smart phones now
24  are Android. We used to have Windows. We stopped
25  working with Microsoft so there's really no choice as

Blackberry Limited v.
Blu Products, Inc.

Samuel Ohev-Zion
January 24, 2017

Page 49

1  far as what operating system you're going to use. It's
2  Android by default. And then you're asking if we ask
3  them to modify the Android?
4  Q. Yes.
5  A. The actual software features and functions not
6  really because those are sort of standard. We might ask
7  them to include certain settings. So for example
8  carrier settings. We'll ask them make sure that AT&T
9  and T-Mobile settings are on there so that when the
10  customer puts in the SIM card it's able to detect that
11  carrier setting.
12      There might be certain appearance as far as
13  like the wallpaper. When you turn to the phone what's
14  the wallpaper that comes out on the background of the
15  device. We definitely ask them to include our power
16  animations so when you turn on the phone it says BLU
17  Products.
18      Once in a while if we have any agreement with
19  a third party application we'll ask them to pre-install
20  that application on the device. It could be for a web
21  browser or something similar to that, any third party
22  non-standard applications to pre-install. I would say
23  those are the modifications that we usually ask for.
24  Q. When Android comes out there's a new Android
25  operating system upgrade would that cause you to want to

Page 50

1  order new phones to take advantage of that?
2  A. So once a year Android -- Google will launch a
3  new version of Android. Usually it has certain
4  modifications and upgrades to the previous version.
5  It's not a reason for us to order phones because there's
6  a new version.
7      In fact whenever they release a new version it
8  does take several months for us to catch up and be able
9  to launch a product with the new version. We're still
10  shipping the older version of Android for the most part.
11  But it's not a feature that would encourage us to go out
12  and make an order specifically for software because of a
13  new software release from Android, no.
14  Q. So when you order a phone you just get
15  whatever is the latest Android version that's coming out
16  at that time?
17  A. We get whatever the ODM had been working on
18  because to get that device to work with the Google --
19  with Android software it usually takes a very big team
20  of engineers. There's a lot of development that you
21  have to do and it takes several months.
22      So you would never go back and not accept
23  months of work and resources that the ODM and the
24  manufacturer had put into that device and tell them no,
25  we want it to come out the latest one because basically

Page 51

1  it would delay the launch for several months and so then
2  no, we usually take it with whatever software version
3  their engineers had worked on.
4  Q. After you order a phone which entity pays the
5  manufacturer, is it BLU Products?
6  A. It is BLU Products, yes.
7  Q. Do I understand correctly that before
8  April 1st 2016 BLU Products used to sell the phones to
9  CT Miami and then CT Miami would sell them to resellers?
10      MR. EGOZI: Objection to form.
11      THE WITNESS: Correct.
12      BY MR. LASSAR:
13  Q. And now since April 1st 2016 now BLU Products
14  directly sells to resellers?
15  A. Correct.
16  Q. I've seen in some documents that the
17  manufacturer is shipping to CT Asia. Is that common?
18  A. So all of our purchase orders are sent with
19  delivery in Hong Kong as the inco term basically as the
20  shipment destination. Every time we send a purchase
21  order the delivery of shipment has to be in Hong Kong.
22  In Hong Kong we have a warehouse, logistics hub
23  basically that processes the receipts and the shipment
24  of those devices.
25      So CT Asia is the name of our -- subsidiary --

Page 52

1  Miami subsidiary in Hong Kong and their function is
2  mainly to receive every shipment coming in from China
3  and then they ship it to Miami.
4  Q. Are the phones owned by BLU Products however?
5  A. Yes.
6  Q. Why are they sent to the Hong Kong warehouse
7  first?
8  A. Because that's where we store the products and
9  from there we make a decision what to ship to Miami, how
10  to ship to Miami. If it's air shipment or if it's a sea
11  container shipment. If we're shipping direct to one of
12  our customers or shipping it to the Miami warehouse. So
13  there are certain logistics management that goes on in
14  Hong Kong.
15  Q. Some phones might be shipped directly to Latin
16  America?
17  A. Correct.
18  Q. How do you determine how much you're going to
19  sell a phone for?
20  A. Based on what the market is willing to pay and
21  usually we have a markup we add as far as profit margin.
22  If it sells well we'll usually keep that price. If not
23  we have to drop the price so that it could sell.
24  Q. Do you have a profit margin that you aim for?
25  A. We would like -- we target a gross margin of

Blackberry Limited v.
Blu Products, Inc.

Samuel Ohev-Zion
January 24, 2017

Page 53

1  12 percent. That would be ideal and very good scenario.
2  Unfortunately sometimes we're not able to reach that.
3  Q. By gross margin the difference between what
4  you're paying for the phone and what you're selling it
5  for?
6  A. Correct.
7  Q. What you're paying the manufacturer?
8  A. Correct.
9  Q. In determining price do you have to take
10  account of any licensing fees that you pay anybody?
11  A. We do not currently pay licensing fees. So
12  basically we know that the ODMs pay the licensing fees
13  and then they add that cost to the cost of the device.
14  So what we pay the manufacturer or the ODM usually
15  includes all those licensing fees already. Then we just
16  mark up the price of the phone.
17  Q. How do you know that the ODMs pay licensing
18  fees?
19  A. Because they tell us they do. We don't know
20  for a fact. We've never asked to see proof.
21  Q. Did you ever pay licensing fees?
22  A. No.
23  Q. You said that BLU Products sends a purchase
24  order to the manufacturer when it wants the phone to be
25  manufactured?

Page 54

1  A. Correct.
2  Q. In one case we saw an invoice from CT Miami.
3  Do you know why that would be?
4  A. An invoice would be something that we're
5  selling to somebody. Are you talking about phones that
6  we order or phones that we sell?
7  MR. EGOZI: Number one from yesterday?
8  MR. TARNAY: It is. We're missing the
9  official version from yesterday. Any chance --
10  MR. EGOZI: Not mine. Mine has the blue pen
11  on it.
12  MR. TARNAY: We have an extra copy. We can
13  just remark it.
14  MR. EGOZI: I can show him mine from
15  yesterday.
16  MR. LASSAR: Okay.
17  BY MR. LASSAR:
18  Q. Showing you what was Exhibit 1 for M.
19  Ohev-Zion. What is this then?
20  A. This is a purchase order. So basically CT
21  Miami is sending a purchase order where we are ordering
22  100,000 devices from a company called Hong Kong Raging
23  Tech Communication.
24  Q. Why is CT Miami sending a purchase order
25  instead of BLU Products?

Page 55

1  A. Because I believe in 2014 it wasn't BLU
2  Products that was sending the purchase order. I believe
3  it was still CT Miami and then that has changed.
4  Q. Well, back in 2014 was CT Miami paying the
5  manufacturers for the phones?
6  A. Yes, it was.
7  Q. Did CT Miami own the phones?
8  MR. EGOZI: Objection to form, timeframe? I'm
9  saying along the line.
10  THE WITNESS: As far as the inventory?
11  BY MR. LASSAR:
12  Q. Well, these phones that CT Miami is ordering.
13  A. Correct.
14  Q. It says they're shipped to BLU Products in
15  Hong Kong.
16  A. Okay.
17  Q. Did BLU Products own the phones or did CT
18  Miami?
19  MR. EGOZI: Objection to form, when?
20  THE WITNESS: In 2014 at one time of course CT
21  Miami was owning the phones because CT Miami had to
22  purchase them, warehouse them and resell them. BLU
23  Products was not reselling the devices. This is an
24  accounting and administrative issue but as far as,
25  you know, BLU Products and CT Miami how -- who paid

Page 56

1  who and how the transactions were occurring I don't
2  remember exactly but I do know that at some time CT
3  Miami had to own the phone because they were the
4  ones reselling them so they had to purchase them
5  from someone. Either they purchased it from BLU or
6  they purchased it from the ODM but they had to own
7  the phones at some point.
8  MR. EGOZI: Rick, when you send us the
9  transcripts they will have the originals or an
10  electronic version of that?
11  MR. TARNAY: We have a couple documents being
12  printed. Maybe we should take a short break.
13  THE WITNESS: Five minutes, ten minutes?
14  MR. LASSAR: Take five minutes.
15  THE VIDEOGRAPHER: We are going off the
16  record. The time is 11:45.
17  (Thereupon, a brief recess was taken.)
18  THE VIDEOGRAPHER: This is beginning of media
19  unit two in the deposition of Samuel Ohev-Zion. We
20  are back on the record. The time is 11:55.
21  (Plaintiff's Exhibit No. 4 was
22  marked for identification.)
23  BY MR. LASSAR:
24  Q. Going to show you what's marked as Exhibit 4
25  and is this a Bill of Materials?

Page 57

1  A.  That's what it seems to be, yes.
2  Q.  Looking at the first item in this Bill of
3    Materials what is this?
4  A.  This is the main PCBA which stands for printed
5    circuit board assembled.
6  Q.  Do you ever see documents that break down the
7    costs within this PCBA?
8  A.  Very rarely.  I personally would never ask for
9    one.  I don't have any use for it but it's possible that
10   we've had it or we've seen one.
11  Q.  But you don't recall?
12  A.  No.
13  Q.  That's all I have on this one.  How is BLU
14    Products financed, if it is?  Do you borrow money from
15    banks?
16  A.  We do not have any bank loans.  We do not have
17    any investors.  The only credit facility that we do have
18    is from the vendors.  So a manufacturer might extend
19    credit to BLU Products and then we have to pay them
20    after 30, 60 or 90 days, whatever the agreement is.
21  Q.  Do they pay them interest?
22  A.  Yes, there is an interest expense.
23  Q.  Do you calculate a weighted average cost of
24    capital?
25  A.  No.

Page 58

1  Q.  Have any valuations of BLU Products been
2    performed?
3  A.  No.
4  Q.  Your Web site says that BLU Products has sold
5    about 50 million products.  Is that accurate?
6  A.  More or less, yes, it's pretty accurate.
7  Q.  About how many of those were sold in the
8    United States if you could estimate?
9    MR. EGOZI: Objection to form.
10    THE WITNESS: I would say around -- I might be
11    off, probably will be but if I had to guess best
12    estimate would be around 25 percent of those
13    devices were sold in the United States.
14    BY MR. LASSAR:
15  Q.  Of the devices sold in the United States how
16    many are -- what percentage are smart phones as opposed
17    to feature phones?
18  A.  I would say the majority are smart phones.  So
19    60.
20    MR. EGOZI: Just so we're clear you're asking
21    over the history sold in the United States or
22    today?
23    MR. LASSAR: Over the history.
24    THE WITNESS: Over the history I would say 60.
25

Page 59

1    BY MR. LASSAR:
2  Q.  And today is that the same about?
3  A.  No, today would be higher.  Today it would
4    probably be closer to 70 to 80 percent of sales being
5    smart phones versus feature phones in the United States.
6  Q.  Who are BLU's competitors in the unlocked
7    smart phone market?
8  A.  In the United States?
9  Q.  Yes.
10  A.  Our main competitor is -- probably be
11    Motorola, Huawei, Samsung.  I would say those are the
12    top three.
13  Q.  Could you estimate BLU's market share?
14  A.  In the overall unlocked business?
15  Q.  In the United States.
16  A.  So from our estimates the unlocked business is
17    global.  Every unlocked phone sold in the United States
18    is probably about eight to nine million units a year.
19    Last year in the United States I would say BLU Products
20    sold maybe about three million so figure.  Now, again
21    these are U.S. sales so I don't know exactly how many
22    stayed in the U.S.  Obviously a lot of those are
23    exported.  So I would say around 33 percent being
24    3 million out of 9 million phones total sold.
25  Q.  Is that the largest market share among your

Page 60

1    competitors?  Is that larger than your competitor's
2    market share?
3  A.  The only -- I didn't name Apple as a
4    competitor because they're not in the same price tier,
5    they're much higher price point, $600 or $700 so I don't
6    view them as a competitor because BLU is usually at a
7    lower priced.  Our average retail price for one of the
8    phones that we sell in the United States is probably
9    around $99 or below.
10    So that's why I didn't name them as a
11    competitor however unit wise I would say that they might
12    be number one.  They maybe sold around 4 million
13    unlocked devices I would say and BLU is right behind
14    them.
15  Q.  You're talking about Apple?
16  A.  Yes.  As far as units sold unlocked in the
17    United States.  I don't have the data but I'm guessing
18    that Apple they're probably about the same as us or
19    slightly more as far as unit sales in the United States.
20  Q.  Among your competitors --
21  A.  In the price tier in our price tier if you're
22    looking at Motorola, Samsung and Huawei I know that we
23    sell more devices in the United States than they do as
24    far as unlocked.
25  Q.  Is that market growing?

Page 61

1  A.  It hasn't grown for the past two years.  It's
2  been pretty steady.  We've sold about the same amount of
3  units that we did in 2015, 2016 and 2014 in the U.S.  It
4  hasn't changed much.  Now, there's increased
5  competition.  Before we were one of the only brands in
6  unlocked.  Now there's a lot more.  So it's possible
7  that the market did grow but our sales more or less
8  stayed the same.
9      (Plaintiff's Exhibit No. 5 was
10     marked for identification.)
11     BY MR. LASSAR:
12  Q.  Showing you what's marked as S Ohev-Zion 5.
13  Is that the largest copy that you've ever seen of a spec
14  sheet?
15  A.  It is, sir.
16  Q.  What is this document?
17  A.  So this is a detailed specification document
18  for a BLU Vivo 6 device.
19  Q.  Is this a BLU Products document?
20  A.  So this is something that we ask the ODM to
21  fill out for us to have it in record.
22  Q.  So the ODM creates this document?
23  A.  Well, we created the -- it's basically a
24  questionnaire that we ask the ODM to fill out.  So we
25  created the document with the questions and then we send

Page 62

1  it to the ODM and they fill out all the answers.
2  Q.  To your knowledge do the products conform to
3  the specifications that are listed by the manufacturers?
4  A.  Yes, they do.
5  Q.  That's all I have.
6      (Plaintiff's Exhibit No. 6 was
7      marked for identification.)
8      BY MR. LASSAR:
9  Q.  Showing you now what's marked as S Ohev-Zion
10  6. I'll represent this is a document that your company
11  produced to us in this litigation.  Have you seen this
12  document before?
13  A.  No, I haven't.
14  Q.  It purports to be sales of phones that we
15  accused in the complaint in this case of infringement by
16  BLU and turn to the page that where I put a tab on
17  there.  You see it says top U.S. domestic sales?
18  A.  Okay, I see that.
19  Q.  Have you seen documents like this or not in
20  this format?
21  A.  No, I haven't.  I'm familiar with the data
22  that's here though.
23  Q.  On the far right at the top it says GP U.S.
24  dollars?
25  A.  Yes.

Page 63

1  Q.  Do you know what that means?
2  A.  That means that in the history of that product
3  what was the gross profit in U.S. dollars over the life
4  in all sales of that product.
5  Q.  And gross profit means the sale price minus
6  the unit cost that you pay the manufacturer?
7  A.  Correct.
8  Q.  Could you take a minute and look through the
9  models of phones here for the domestic U.S. sales that's
10  two pages and there see if this includes all Android
11  phones that BLU Products has sold?
12  A.  Yes, these are all Android phones.
13  Q.  Are there others -- other Android phones that
14  BLU Products sold in the United States that are not
15  listed here?
16  A.  I would doubt it.  It's possible that there
17  was a mistake in this document but I highly -- I can't
18  think of one right now but might have been a mistake but
19  I highly doubt it.  I do not see one that comes to mind
20  that is not on here.
21  Q.  Are there any other costs that BLU Products
22  tracks per phone other than the unit cost that you paid
23  the manufacturer?
24  A.  So there is per device you're saying, cost per
25  device?

Page 64

1  Q.  Yes.
2  A.  We track shipping.  So there's shipping costs
3  involved.  We have never tied our warehouse,
4  fulfillment, employee, salaries, all those other
5  expenses that we have we've never done an analysis to
6  see what's the cost associated for all that per device.
7  So if you're asking do we track per unit, no.
8  Q.  What about sales commissions, do you pay sales
9  commissions?
10  A.  No.
11  Q.  In the column that says gross profit there
12  are -- looks like there are some that are in read that
13  are negative?
14  A.  Correct.
15  Q.  Why is it that some of those phones don't have
16  a profit?
17  A.  It wasn't a successful device.  People didn't
18  want to buy it so we had to heavily discount the sales
19  price and we sold them below cost.
20  Q.  If you look at the next two pages the title is
21  U.S. exports.
22  A.  Okay.
23  Q.  What are U.S. exports?
24  A.  Those are companies that we believe shipped
25  the product out of the United States.  So we have a set

Blackberry Limited v.
Blu Products, Inc.

Samuel Ohev-Zion
January 24, 2017

Page 65

1  of customers that our understanding is that they buy the
2  phones to ship them to other customers in Latin America.
3  So we divide what we know are domestic sales versus
4  export sales.
5  Q.   For the year 2016 can you estimate what the
6  amount of sales were in the United States in the last
7  quarter of 2016?
8      MR. EGOZI: For Android operating system
9  devices?
10     MR. LASSAR: Yes.
11     THE WITNESS: Can I use my calculator?
12     MR. LASSAR: Sure.
13     THE WITNESS: I estimate the sales -- you want
14  dollars or units?
15     MR. LASSAR: Dollars.
16     THE WITNESS: To be around 35 to 40 million.
17     BY MR. LASSAR:
18 Q.   How about in units?
19 A.   Under -- slightly under a million, so maybe
20  around 900,000.
21 Q.   With regard to the units how did you calculate
22  what the amount of units was for the fourth quarter?
23 A.   I estimated -- divided it by $45 which is more
24  or less what I believe to be the average selling price.
25 Q.   For the fourth quarter?

Page 66

1 A.   Correct.
2 Q.   Do you know what the profit margin is for your
3  accessory sales?
4      MR. EGOZI: Object to the form.
5      THE WITNESS: I believe we lose money on
6  accessories but accessories are less than one
7  percent of sales.  I don't even track it.
8      BY MR. LASSAR:
9 Q.   Is BLU Products a successful company?
10     MR. EGOZI: Objection to form.
11     THE WITNESS: It depends on what your
12  definition of success is.
13     MR. EGOZI: That's the objection.
14     THE WITNESS: If you ask my dad we'll tell you
15  we're far and away below what we should be.  We
16  should have been selling a lot more.  What do I
17  think, I think we're a successful company.  I think
18  it's not easy to succeed much less survive in this
19  industry where 100 percent of the profits are
20  controlled by Apple and Samsung.
21     So as long as you're alive and you're still
22  fighting I think that that's -- that's pretty
23  successful.  Especially coming from limited
24  resources and where we came from.
25

Page 67

1      BY MR. LASSAR:
2 Q.   Has there ever been a year where BLU Products
3  lost money?
4 A.   Sure.  Yes, there has been.
5 Q.   When was that?
6 A.   2015 we lost money.
7 Q.   Why was that?
8      MR. EGOZI: Objection to form.
9      THE WITNESS: You lose money when your
10  expenses are higher than your profits.  So it was
11  a -- what contributed to that market conditions,
12  not making enough profit on devices, having higher
13  expenses.  So all those things contributed to a
14  loss in 2015.
15     BY MR. LASSAR:
16 Q.   Were your management fees approximately the
17  same in 2015 as in 2016?
18 A.   So we don't calculate mine and my father's
19  compensation as expense.  For the most part it's
20  interrelated so you still have to pay taxes and all
21  of that.  Again, I'm not an accounting or expert or
22  anything like that.  I don't know what our finance and
23  accounting teams really do so -- but were the management
24  fees the same.  I believe they were the same.  I don't
25  think there was -- but again shouldn't have much bearing

Page 68

1  on company results.
2      (Plaintiff's Exhibit No. 7 was
3      marked for identification.)
4      BY MR. LASSAR:
5 Q.   Showing you now what's marked as S Ohev-Zion
6  7.  Do you recognize this document?
7 A.   Yes.
8 Q.   What is this?
9 A.   This is a press release that we issued back in
10  May of 2015.
11 Q.   In the second paragraph here it says "BLU is
12  thrilled about the new features in Android L.  Looking
13  forward to sharing them with customers.  Some of the new
14  features include a fresh new UI design, battery saver
15  feature, better notifications and new quick settings."
16  Do you see that?
17 A.   Yes.
18 Q.   What is a UI design?
19 A.   UI is user interface so basically what the
20  software looks like, the design of the icons.  So
21  basically your user interface.
22 Q.   Why is that important?
23 A.   It's nice to have a pleasantly looking user
24  interface icons, positioning of notifications and all
25  that on the device.  So to make it friendlier, easier to

Page 69

1  use.
2  Q.  Is that important to customers?
3      MR. EGOZI: Objection to form.
4      THE WITNESS: I don't think their purchase
5  decisions are based on that but it's nice to have
6  after you purchase the device to have a good
7  experience.
8      BY MR. LASSAR:
9  Q.  What do you think purchasing decisions are
10  based on?
11  A.  Pricing, style and functionality.
12  Q.  Style, what do you mean?
13  A.  The design of the product, if it's
14  esthetically appealing. Also brand recognition I think
15  is another important thing.
16  Q.  By functionality what do you mean?
17  A.  So a purchasing decision would be based on the
18  user's needs and requirements for the device. So for
19  example if you need a high resolution camera that takes
20  very good pictures or if that's not important to you
21  compared to the cost for that feature.
22      If you need more memory space or you don't
23  need that much memory space so those are basically
24  things that consumers think about. How big is the
25  display, is it a five inch display, six inch display.

Page 70

1  So preferences. Preferences on the phone's features and
2  specifications.
3  Q.  It mentions here battery saver feature. What
4  does that mean?
5  A.  I believe that at that time Google had
6  improved the battery consumption of the Android software
7  in their latest release. So -- you know, they probably
8  also added a battery saver mode where you can activate
9  the battery -- less battery consumption.
10  Q.  Is that important?
11      MR. EGOZI: Objection to form.
12      THE WITNESS: Battery -- how long your battery
13  lasts is pretty important thing to consumers.
14      BY MR. LASSAR:
15  Q.  Why is that?
16      MR. EGOZI: Objection to form.
17      THE WITNESS: You want your phone to last a
18  long time throughout the day.
19      BY MR. LASSAR:
20  Q.  Says better notifications, what does that
21  mean?
22  A.  That probably means whenever you get a message
23  how it notifies you or any type of notification. Your
24  phone notifies you all the time of things if you get a
25  social media post, if you have an e-mail, text message.

Page 71

1  If your battery is low, if you use too much data, all
2  those things are notifications. So an improved way of
3  getting those notifications.
4  Q.  Is that something the customers like?
5  A.  That should be something that a customer would
6  like to have, yes.
7  Q.  And new quick settings, do you know what that
8  refers to?
9  A.  That means enabling and disabling certain
10  functionalities like Wi-Fi, blue tooth, GPS, airplane
11  mode. So a faster way to turn those things on and off.
12  Q.  Do you know what project VOLTA is, V-O-L-T-A?
13  A.  V-O-L-T-A, VOLTA, no, I have never heard of
14  that.
15  Q.  Do you know what fast dormancy is?
16  A.  No.
17  Q.  When you buy phones from the manufacturer are
18  the batteries already partly charged?
19  A.  Usually yes. You plug the battery in and it
20  should have some power to be able to turn on the phone.
21  Q.  Do you have to -- do you have to charge it
22  again before you sell it?
23  A.  We don't touch the box before we sell it.
24  Q.  So is it important to you that the phone is
25  partially charged when it is sold to a consumer?

Page 72

1  A.  It's nice to have so if the consumer wants to
2  start using his phone right away.
3  Q.  Do you know what a dynamic display card is?
4  A.  No.
5  Q.  Do your phones indicate how long ago a message
6  is received like 12 minutes?
7  A.  I mean that's part of the Android user
8  interface in settings. I don't think that's something
9  that we have any control over but I believe that they
10  do. So if you do get a text -- you're asking about text
11  messages specifically?
12  Q.  Yes.
13  A.  Yes, it should tell you when it was received.
14  I mean minutes, hours.
15  Q.  Is that an important feature for customers?
16      MR. EGOZI: Objection to form.
17      THE WITNESS: It's nice to have. I don't
18  think it's critical but it's pretty nice to have.
19      BY MR. LASSAR:
20  Q.  Do your phones merge the call list so it shows
21  all the calls from particular number together?
22  A.  When you go into a call log?
23  Q.  Right.
24  A.  When you go into the call log it shows the
25  recent calls. So it lists the last calls either

Page 73

1  outgoing or incoming or missed all in one line.
2  Q.  Also lists them by all the ones from a
3  particular number?
4  A.  I mean if you click on that specific contact
5  it might show you the history, yes, I believe so.
6  Q.  Is that also a feature that's nice to have?
7       MR. EGOZI: Objection to form.
8       THE WITNESS: Again depends.  I never use it
9  so -- depends on the person's usage habits.
10      BY MR. LASSAR:
11 Q.  Is that the security of the phone important?
12 A.  I would say yes, the security -- the security
13 is important.
14 Q.  Do the phones prompt the user to -- for
15 permission to allow an application to assess their
16 location?
17 A.  Yes.
18 Q.  Is that important -- important security
19 matter?
20      MR. EGOZI: Objection to form.
21      THE WITNESS: Is it important to be notified
22 that an application is going to use your location?
23      BY MR. LASSAR:
24 Q.  Is it important that you have the ability to
25 decide whether it will use your location?

Page 74

1  A.  Again it depends on what your preferences are.
2  Me personally I couldn't care less but everyone has a
3  different opinion.
4  Q.  Is it important to customers to keep out apps
5  that might do damage to them?
6  A.  Yes.
7  Q.  Is it important that the customer have the
8  ability to make 911 calls?
9       MR. EGOZI: Objection to form.
10      THE WITNESS: Yes.
11      BY MR. LASSAR:
12 Q.  Do you know what VAMOS is, V-A-M-O-S, in all
13 caps, not the Spanish word?
14 A.  No, I do not.
15 Q.  Do you know that there are industry standards
16 for phones like 3G and LTE, you're aware of that?
17 A.  I'm aware.
18 Q.  And you advertise that your phones are able to
19 operate according to certain standards like those;
20 correct?
21 A.  Correct.
22 Q.  And do your phones operate on the standards
23 that you indicate?
24 A.  That I indicate on our advertising?
25 Q.  Yes.

Page 75

1  A.  Yes, they do.
2  Q.  How do you know that?
3  A.  We test them to make sure that they work with
4  the networks like AT&T, T-Mobile for example.
5  Q.  And that's testing you do in Miami?
6  A.  Correct.
7  Q.  And you do that by actually using the phones
8  and making sure they operate on those networks?
9  A.  Yes, we make phone calls and consume data on
10 them.
11 Q.  You've mentioned the carriers AT&T and
12 T-Mobile, are those the two carriers that your phones
13 operate on?
14 A.  In the United States, yes.
15 Q.  There aren't others?
16 A.  No.
17 Q.  Do your phones operate on any wireless like
18 Wi-Fi networks?
19 A.  Yes, they do.
20 Q.  All Wi-Fi networks or certain ones?
21 A.  Certain ones.
22 Q.  Which ones?
23 A.  So there's different types of Wi-Fi.  For
24 example 2.4 gigahertz, five gigahertz usually are the --
25 operate on 2.4 not on five.  It's a newer standard.

Page 76

1  Five gigahertz is a newer standard which is -- adds
2  costs to a device so we usually don't have that on
3  there.
4  Q.  I believe that you had an issue with the
5  phones that the Chinese government might be getting some
6  data from the phones.  Do you recall that?
7       MR. EGOZI: Objection to form.
8       THE WITNESS: That's a very incorrect
9  assessment of the problem.
10      BY MR. LASSAR:
11 Q.  What is the correct assessment?
12 A.  So it was a private Chinese company that has
13 absolutely no relation to the Chinese government where
14 an application that we were preloading on our devices
15 had some code in it that we were not aware of.  The
16 behavior and functionality of that code allowed text
17 messages, call logs and certain phone book data to be
18 sent back to their servers.
19      That data was encrypted and we believe that no
20 one had access to it, no one saw it and it was deleted.
21 As far as anyone having access to that data that didn't
22 happen.
23      The issue was we didn't have a privacy notice
24 to our customers to inform them that data collection was
25 going on.  Other manufacturers collect that data as well

Page 77

1  but they have privacy notices notifying that behavior
2  occurs on their devices.
3      So the fact that we didn't alert our customers
4  was deemed to be possibly infringing on their privacy.
5  Again we didn't have access to that data. We didn't
6  know that code existed but that is the -- that's
7  more or less what happened.
8  Q.  Did you take steps to make sure that that
9  couldn't happen in the future?
10 A.  Well, we corrected it by sending an update to
11 all the devices that had that previous code and
12 disabling that function. So immediately that stopped
13 from happening. So that data wasn't being collected.
14 We also created a new privacy policy so it notifies
15 customers and it gives them an option to turn a
16 collection on and off which is what other manufacturers
17 do and the Chinese company that we were using which was
18 called ADUPS --
19 Q.  How do you spell that?
20 A.  A-D-U-P-S we decided to roll back our
21 cooperation in future devices from having their
22 application on the device and instead we're going to use
23 Google's similar application instead. So that Google
24 gets to collect the data instead of the Chinese company.
25 It's much safer.

Page 78

1  Q.  BLU has been sued before for patent
2  infringement; is that correct?
3  A.  Correct.
4  Q.  And -- but you haven't settled any of those
5  cases by taking a license with the plaintiff; is that
6  right?
7  A.  Correct.
8  Q.  Were those cases settled by -- just by a
9  payment of money?
10 A.  Correct.
11     MR. EGOZI: Objection to form on that last
12 question.
13     BY MR. LASSAR:
14 Q.  If you don't take a license with the
15 plaintiffs how do you avoid infringing on their patents
16 in the future?
17     MR. EGOZI: Objection to form.
18     THE WITNESS: Their patents weren't valid to
19 begin with.
20     BY MR. LASSAR:
21 Q.  How do you prevent them from claiming that
22 you're infringing on their patents in the future?
23     MR. EGOZI: Objection to form.
24     THE WITNESS: Hopefully there is some law
25 against patent trolls. Until then you really can't

Page 79

1  do anything about it.
2      BY MR. LASSAR:
3  Q.  In the settlement agreements do they promise
4  they're not going to sue you again on those patents I
5  take it?
6      MR. EGOZI: Objection to form.
7      THE WITNESS: I would hope so but I haven't
8  seen any. I hope my attorney did a good job.
9      BY MR. LASSAR:
10 Q.  You didn't see the settlement agreements
11 yourself?
12 A.  No.
13 Q.  Does BLU own any patents?
14 A.  No.
15 Q.  Do you have any reason to believe that the
16 patents that Blackberry is asserting in this lawsuit are
17 not valid?
18     MR. EGOZI: Objection to form.
19     THE WITNESS: Do I have any reason to believe?
20 I can only -- I can take a guess logically
21 but I don't have any data right now on that. We're
22 investigating but, you know, I haven't seen any --
23 anyone license the Blackberry patents that they're
24 alleging. I haven't heard of it so it's very
25 strange that Blackberry would try to assert the

Page 80

1  validity of these patents against such a small
2  company as ours instead of -- if they actually were
3  valid why not go and get licensing agreements with
4  larger companies that sell a lot more volume.
5      That would make more sense to me. So I do
6  question the validity as far as the pattern of
7  behavior from Blackberry but again I don't have
8  technical data right now to assert that but we're
9  in the process of collecting it.
10     BY MR. LASSAR:
11 Q.  Has BLU Products ever taken any steps to avoid
12 infringing on someone else's patents?
13 A.  We have our -- we have counsel and we hope
14 that they would tell us what we need to do but as far as
15 us taking steps I mean it's -- it's very hard to -- I
16 don't know how we would begin by doing something like
17 that. I mean we would have to invest a large sum of
18 money I would assume to hire engineers and patent
19 attorneys to study and -- I don't even know where to
20 begin.
21 Q.  Do you know if there are any plans to
22 challenge the validity of the patents that Blackberry is
23 asserting with the United States Patent Office?
24     MR. EGOZI: Objection, attorney-client
25 privilege and I would caution the witness that to

Page 81

1  the extent you have any knowledge of such a
2  challenge and it came from communications with
3  counsel then don't answer the question.  If you
4  have independent knowledge then you can answer.
5      THE WITNESS: I will take my attorney's advice
6  not to answer that question.
7      BY MR. LASSAR:
8  Q.  Has BLU Products done any customer surveys?
9  A.  No.
10 Q.  Does BLU Products have product road maps?
11 A.  Yes.
12 Q.  What are those?
13 A.  We send our customers basically a road map of
14  which devices we're currently selling.  So it would show
15  the models and their specifications so that they know
16  what our current portfolio is of devices.
17 Q.  Do you also have road maps that show what
18  you're planning in the future?
19 A.  Internal not that we share.
20 Q.  What are those called?  Are those also called
21  product road maps?
22 A.  They're called internal product road map, yes.
23 Q.  Do you know what ETSI is, E-T-S-I?
24 A.  No.
25 Q.  Has BLU ever searched for -- do you know what

Page 83

1  at 1:02.
2      MR. LASSAR: I have no further questions.
3  Thank you very much.  Do you have any questions?
4      MR. EGOZI: No questions.  We'll read, please.
5      THE VIDEOGRAPHER: This concludes the
6  deposition.  We are going off the record at 1:02.
7      COURT REPORTER: Do you want a copy,
8  Mr. Egozi?
9      MR. EGOZI: Yes, please, just electronic.
10  Nothing paper.
11      (Witness excused.)
12      (Deposition was concluded.)
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 82

1  FRAND is?
2  A.  Yes.
3  Q.  Has BLU ever searched for FRAND declarations
4  made by companies with regulatory bodies -- excuse me,
5  with standard setting bodies?
6  A.  I don't know what that means.
7  Q.  Has BLU ever tried to find out from any
8  standard setting bodies what patents have been declared
9  with the standard setting body?
10 A.  No.
11 Q.  Does BLU keep documents which show the product
12  inventory?
13 A.  Yes.
14 Q.  What are those called?
15 A.  So our internal system has the inventory and
16  then once in a while we'll generate reports, inventory
17  reports.  There's a daily inventory report.
18 Q.  Does BLU Products have marketing reports?
19 A.  No.
20      MR. LASSAR: Why don't we take five minutes
21  and see if I have any more questions.
22      THE VIDEOGRAPHER: We are going off the
23  record.  The time is 12:55.
24      (Thereupon, a brief recess was taken.)
25      THE VIDEOGRAPHER: We are back on the record

Page 84

1          CERTIFICATE OF REPORTER
2          THE STATE OF FLORIDA
3          COUNTY OF DADE
4
5      I, Rick Levy, Registered Professional Reporter
   and Notary Public in and for the State of Florida at
6  large, do hereby certify that I was authorized to
   and did report said deposition in stenotype of
7  SAMUEL OHEV-ZION; and that the foregoing pages,
   numbered from 1 to 85, inclusive, are a true and
8  correct transcription of my shorthand notes of said
   deposition.
9
10     I further certify that said deposition was
   taken at the time and place hereinabove set forth
11 and that the taking of said deposition was commenced
   and completed as hereinabove set out.
12
13     I further certify that I am not attorney or
   counsel of any of the parties, nor am I a relative
   or employee of any attorney or counsel of party
14 connected with the action, nor am I financially
   interested in the action.
15     The foregoing certification of this transcript
16 does not apply to any reproduction of the same by
   any means unless under the direct control and/or
17 direction of the certifying reporter.
18     IN WITNESS WHEREOF, I have hereunto set my hand
   this 24th day of January, 2017.
19
20
21
22 Rick Levy, RPR, FPR, Notary Public
   in and for the State of Florida
23 My Commission Expires: 12/7/19
   My Commission No.:  FF 939483
24
25

Blackberry Limited v.
Blu Products, Inc.

Samuel Ohev-Zion
January 24, 2017

Page 85

```
 1                      CERTIFICATE OF OATH

 2   THE STATE OF FLORIDA

 3   COUNTY OF DADE

 4

 5        I, Rick Levy, REGISTERED PROFESSIONAL REPORTER,

 6   Notary Public, State of Florida, certify that SAMUEL

 7   OHEV-ZION personally appeared before me on 24th day

 8   of January, 2017 and was duly sworn.

 9

10             Signed this 24th day of January, 2017.

11

12

13

14

15

16             Rick Levy, RPR, FPR
               Notary Public - State of Florida
17             My Commission Expires:  12/7/19
               My Commission No.:  FF 939483

18

19

20

21

22

23

24

25
```

Page 86

```
 1        E R R A T A   S H E E T

 2   IN RE:  BLACKBERRY LIMITED VS BLU PRODUCTS

 3   DEPOSITION OF:  SAMUEL OHEV-ZION

 4   TAKEN: 1/24/2017

 5        DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES HERE

 6   PAGE #  LINE #   CHANGE               REASON

 7        _____

 8        _____

 9        _____

10        _____

11        _____

12        _____

13        _____

14        _____

15        _____

16        _____

17   Please forward the original signed errata sheet to
     this office so that copies may be distributed to all
18   parties.

19   Under penalty of perjury, I declare that I have read
     my deposition and that it is true and correct
20   subject to   any changes in form or substance
     entered here.

21

22   DATE: _____

23

24   SIGNATURE OF
25   DEPONENT:_____
```

Blackberry Limited v.
Blu Products, Inc.

Samuel Ohev-Zion
January 24, 2017

**$**

**$200,000 (1)**
37:5

**$40 (1)**
46:8

**$45 (1)**
65:23

**$50 (1)**
46:7

**$600 (1)**
60:5

**$700 (1)**
60:5

**$99 (1)**
60:9

**A**

**ability (3)**
38:15;73:24;74:8

**able (8)**
38:11;40:4;45:13;49:10;
50:8;53:2;71:20;74:18

**about (26)**
5:16;6:2;17:12;18:20;
19:18;22:5,10;24:14;34:24;
48:14,22;54:5;58:5,7;59:2,18,
20;60:15,18;61:2;64:8;65:18;
68:12;69:24;72:10;79:1

**absolutely (1)**
76:13

**Academy (1)**
19:4

**accept (2)**
29:6;50:22

**accepted (1)**
17:16

**access (3)**

76:20,21;77:5

**accessories (4)**
21:4,14;66:6,6

**accessory (1)**
66:3

**according (1)**
74:19

**account (2)**
36:14;53:10

**accounting (4)**
36:24;55:24;67:21,23

**accurate (15)**
11:11,12;12:5,19;14:19;
15:17,18,20,25;16:5,12;24:1,
2;58:5,6

**accused (1)**
62:15

**acquisitions (1)**
38:4

**action (2)**
28:2,5

**activate (1)**
70:8

**activities (1)**
40:17

**acts (1)**
39:2

**actual (3)**
41:7;42:23;49:5

**actually (5)**
24:6;34:8;43:7;75:7;80:2

**add (2)**
52:21;53:13

**added (1)**
70:8

**addition (1)**
33:18

**adds (1)**
76:1

**adjusting (1)**

30:16

**administrative (1)**
55:24

**ADUPS (1)**
77:18

**A-D-U-P-S (1)**
77:20

**Advantage (2)**
15:22;50:1

**adversely (1)**
38:9

**advertise (1)**
74:18

**advertising (1)**
74:24

**advice (6)**
6:23;10:15;11:17;18:10;
35:24;81:5

**affected (1)**
38:10

**affirmed (1)**
5:4

**after (13)**
16:9;17:19,22;19:5,6;20:1;
27:16;28:2,7;29:19;51:4;
57:20;69:6

**aftersales (2)**
45:13,15

**again (17)**
16:4;22:9;23:8;26:9;27:22;
28:4;35:5;48:10;59:20;67:21,
25;71:22;73:8;74:1;77:5;
79:4;80:7

**against (2)**
78:25;80:1

**ago (3)**
5:15,16;72:5

**agreed (2)**
44:9,9

**agreement (10)**

6:9;11:20;29:23;30:8;
31:17,22;32:5;35:11;49:18;
57:20

**agreements (12)**
22:12;26:4,7,14;31:21,25;
32:2,3,6;79:3,10;80:3

**ahead (3)**
16:16;17:21;33:9

**aim (1)**
52:24

**air (1)**
52:10

**airplane (1)**
71:10

**alert (1)**
77:3

**alive (1)**
66:21

**alleging (1)**
79:24

**allocate (1)**
47:6

**allow (2)**
15:10;73:15

**allowed (4)**
17:17;31:18;35:11;76:16

**along (1)**
55:9

**already (7)**
15:8;24:3;26:6;34:23;
47:17;53:15;71:18

**also (16)**
4:17;6:20;15:24;20:17;
26:1;29:17;37:8;40:12;47:1;
69:14;70:8;73:2,6;77:14;
81:17,20

**always (2)**
42:21;47:14

**amended (1)**
14:17

Blackberry Limited v.
Blu Products, Inc.

Samuel Ohev-Zion
January 24, 2017

**America (7)**
  20:6,14;21:18;22:21;40:9;
  52:16;65:2

**among (2)**
  59:25;60:20

**amount (3)**
  61:2;65:6,22

**analysis (2)**
  46:5;64:5

**Android (26)**
  32:8;33:1,15;34:2;35:2,5,6,
  7;48:24;49:2,3,24,24;50:2,3,
  10,13,15,19;63:10,12,13;65:8;
  68:12;70:6;72:7

**animations (1)**
  49:16

**another (5)**
  13:7;20:15;28:22;46:7;
  69:15

**answer (41)**
  5:18;6:7,20,24;7:10,12,17;
  8:13,15,15,23,24,25;9:2,6;
  10:10,10,14,16;11:15,17;
  12:10,13;13:2,5;15:4,7,10;
  17:1;18:3,10;31:18,18,24;
  35:15,17,18,19;81:3,4,6

**answered (1)**
  15:8

**answers (1)**
  62:1

**Antonio (2)**
  27:3;30:12

**anybody (2)**
  35:7;53:10

**anyone (6)**
  9:14;24:22;30:13;35:13;
  76:21;79:23

**anyone's (1)**
  26:19

**anything (7)**

**15**:10;18:24;28:7;43:20,23;
  67:22;79:1

**AOSP (1)**
  35:6

**appealing (1)**
  69:14

**appearance (3)**
  42:19,22;49:12

**Apple (4)**
  60:3,15,18;66:20

**application (8)**
  40:14;49:19,20;73:15,22;
  76:14;77:22,23

**applications (9)**
  32:13,15,17;33:6,10;35:9,
  12;40:12;49:22

**appropriate (1)**
  33:23

**appropriately (1)**
  33:15

**Approximately (5)**
  5:13;21:24;23:5,15;67:16

**apps (3)**
  32:15;33:18;74:4

**April (2)**
  51:8,13

**aren't (3)**
  29:12,13;75:15

**around (14)**
  7:2;13:14,20;19:18;20:1,4;
  30:11;58:10,12;59:23;60:9,
  12;65:16,20

**art (1)**
  15:16

**Asia (2)**
  51:17,25

**asked (3)**
  17:14;46:13;53:20

**asking (7)**
  5:17;28:13;46:5;49:2;

**58**:20;64:7;72:10

**aspects (3)**
  7:15;13:25;14:2

**assembled (1)**
  57:5

**assert (2)**
  79:25;80:8

**asserted (1)**
  10:8

**asserting (2)**
  79:16;80:23

**assess (1)**
  73:15

**assessment (2)**
  76:9,11

**associated (1)**
  64:6

**assume (2)**
  15:20;80:18

**assuming (1)**
  30:19

**assumption (1)**
  34:20

**AT&T (3)**
  49:8;75:4,11

**attention (1)**
  11:5

**attested (2)**
  15:14,24

**attorney (11)**
  8:2;13:22;14:22,24;15:19;
  16:4;18:18;24:23;28:17;
  35:24;79:8

**attorney-client (19)**
  6:5,19;7:8,16,20;8:14,23;
  9:1;10:11,12;12:10,25;15:2;
  17:10,13,25;18:1,9;80:24

**attorneys (2)**
  26:11;80:19

**attorney's (6)**

**6**:23;10:15;11:16;15:5;
  18:10;81:5

**attractive (4)**
  41:13,14;43:4,6

**audibly (1)**
  5:18

**Austin (2)**
  4:14,16

**authorize (1)**
  33:6

**available (1)**
  40:10

**Avenue (1)**
  4:9

**average (3)**
  57:23;60:7;65:24

**avoid (2)**
  78:15;80:11

**aware (4)**
  12:7;25:16;26:10,16;74:16,
  17;76:15

**away (2)**
  66:15;72:2

**B**

**back (15)**
  27:17;28:22;29:5,11;31:10;
  42:7,20;45:6;50:22;55:4;
  56:20;68:9;76:18;77:20;
  82:25

**background (2)**
  19:2;49:14

**balance (1)**
  38:14

**bands (1)**
  40:6

**bank (1)**
  57:16

**banks (1)**

57:15

**based (12)**
15:4;26:1;32:5;35:24;38:6,
10;41:12;42:6;52:20;69:5,10,
17

**basic (3)**
26:1;39:21,25

**basically (24)**
21:9,12;29:14;32:21;33:24;
37:12,14,18,19;39:20,22;
41:6;46:9;47:20;50:25;51:19,
23;53:12;54:20;61:23;68:19,
21;69:23;81:13

**bathroom (1)**
31:5

**batteries (1)**
71:18

**battery (10)**
68:14;70:3,6,8,9,9,12,12;
71:1,19

**bearing (1)**
67:25

**became (3)**
16:9;17:3,20

**because (24)**
11:25;20:11;25:23;34:22;
40:5;42:4,7;44:4;45:5,9;46:4;
48:15;49:6;50:5,12,18,25;
52:8;53:19;55:1,21;56:3;60:4,
6

**become (2)**
12:7,16

**been (22)**
5:3,11;13:18;14:6,7,10;
28:10;37:14,15;41:3,5,25;
42:5;50:17;58:1;61:2;63:18;
66:16;67:2,4;78:1;82:8

**before (14)**
5:11;7:4;18:18,21;33:20;
36:17;43:13;48:5;51:7;61:5;

**began (1)**
12:2

**begin (4)**
30:3;78:19;80:16,20

**beginning (3)**
11:6;14:14;56:18

**behalf (2)**
4:19;11:2

**behavior (3)**
76:16;77:1;80:7

**behind (1)**
60:13

**being (12)**
4:8,10;11:7;22:21,22;
37:12;45:8,13;56:11;59:4,23;
77:13

**belief (2)**
26:9;35:5

**beliefs (1)**
31:3

**believe (38)**
13:14;14:12;15:18;23:10;
24:17;25:17,20;26:5,22;
28:12;29:20,24;30:9;31:1;
32:1;34:9;35:4;36:5,8,10;
37:5;38:25;39:2;45:12,18;
55:1,2;64:24;65:24;66:5;
67:24;70:5;72:9;73:5;76:4,
19;79:15,19

**believed (1)**
11:8

**below (4)**
15:21;60:9;64:19;66:15

**Bennett (1)**
4:18

**Bernard (1)**
4:18

**besides (2)**
31:21;48:8

**best (7)**
8:18;17:4;28:5,12,12;29:9;
58:11

**better (4)**
36:11,23;68:15;70:20

**between (5)**
22:2;23:14;31:13;38:14;
53:3

**big (2)**
50:19;69:24

**bigger (1)**
26:7

**bill (9)**
44:19,21,23,23;45:9,24;
46:16;56:25;57:2

**bills (1)**
16:11

**Biscayne (1)**
19:4

**bit (1)**
46:11

**black (1)**
48:12

**BlackBerry (28)**
4:11,15,17;14:7,11;15:24;
24:12,19;25:7,14,18,21;26:3,
15;27:19;28:8,9,14;29:3,14,
18,22;30:1;79:16,23,25;80:7,
22

**Blackberry's (2)**
14:17;28:23

**blacklisted (1)**
40:12

**blocked (1)**
40:13

**BLU (76)**
4:11;7:4;11:3,7,8;12:2,16,
17,18,23;13:22,25;16:12,16;
23:4,6;24:13,20;25:7,14,18;
26:8,14,17;31:13;34:24;36:1,

**best (7)**
7;38:16,20;39:2,3;40:19;
43:16;44:2;46:18;49:16;51:5,
6,8,13;52:4;53:23;54:25;55:1,
14,17,22,25;56:5;57:13,19;
58:1,4;59:19;60:6,13;61:18,
19;62:16;63:1,11,14,21;66:9;
67:2;68:11;78:1;79:13;80:11;
81:8,10,25;82:3,7,11,18

**blue (2)**
54:10;71:10

**BLU's (4)**
12:1,8;59:6,13

**board (1)**
57:5

**bodies (3)**
82:4,5,8

**body (1)**
82:9

**bonus (2)**
37:10;38:9

**bonuses (2)**
36:3;37:8

**book (1)**
76:17

**borrow (1)**
57:14

**Both (7)**
7:23,24;22:11,13,19;39:11;
40:25

**bothered (1)**
36:25

**bottom (4)**
12:15;14:14;16:7;44:24

**box (1)**
71:23

**brand (4)**
33:4;47:21,23;69:14

**brands (1)**
61:5

**Brasusa (1)**

20:3

**B-R-A-S-U-S-A (1)**
20:3

**Brazil (1)**
19:16

**break (3)**
31:6;56:12;57:6

**brief (3)**
31:9;56:17;82:24

**briefly (2)**
18:18;24:25

**bring (2)**
40:10;48:12

**brother (2)**
30:15;36:12

**browser (1)**
49:21

**business (4)**
20:17;37:19;59:14,16

**Buy (5)**
28:12,12;64:18;65:1;71:17

# C

**calculate (3)**
57:23;65:21;67:18

**calculator (1)**
65:11

**call (7)**
6:10;39:21;40:9;72:20,22,
24;76:17

**called (14)**
19:16;20:3,6,13,15;32:13,
19;35:9;54:22;77:18;81:20,
20,22;82:14

**calls (6)**
6:4;72:21,25,25;74:8;75:9

**came (5)**
6:2;36:14;43:22;66:24;81:2

**camera (3)**

43:14;45:6;69:19

**cameras (1)**
41:11

**can (32)**
5:19;8:13,15,22,24;9:6,9;
10:10;11:5;17:1,10;18:3;
29:9;30:3;31:5,24;35:17,18;
41:7;43:5;44:5;45:19;48:11,
11;54:12,14;65:5,11;70:8;
79:20,20;81:4

**cannot (3)**
8:25;17:12;48:15

**can't (6)**
5:24;29:10;40:14;48:18;
63:17;78:25

**capacity (2)**
23:9,10

**capital (2)**
46:19;57:24

**caps (1)**
74:13

**card (2)**
49:10;72:3

**care (1)**
74:2

**carrier (2)**
49:8,11

**carriers (2)**
75:11,12

**Case (28)**
6:3,8,16,18;7:1,4,6,14;8:2;
9:4,5,15,19,22;10:4;12:2,7,22;
14:1,24;16:19;17:5,14,20;
38:6,10;54:2;62:15

**cases (2)**
78:5,8

**cash (2)**
38:10,15

**catch (1)**
50:8

**cause (1)**
49:25

**caution (1)**
80:25

**cellular (5)**
20:9,18;21:5,13;26:4

**centers (1)**
45:15

**CEO (3)**
20:7;22:23;23:2

**certain (22)**
25:12;32:12;33:18;34:11,
13,15;37:15;40:4,6,12;44:4;
48:5,16;49:7,12;50:3;52:13;
71:9;74:19;75:20,21;76:17

**certification (1)**
33:9

**certified (2)**
32:9;34:5

**challenge (2)**
80:22;81:2

**chance (1)**
54:9

**change (3)**
10:4;36:15;48:18

**changed (3)**
36:20;55:3;61:4

**charge (3)**
30:15;46:24;71:21

**charged (2)**
71:18,25

**check (2)**
36:9,14

**China (10)**
39:11;40:2,5,6,10,13,14,17;
41:4;52:2

**Chinese (7)**
44:22;45:4;76:5,12,13;
77:17,24

**chip (8)**

45:23;46:14,15,17,25;47:3,
6,14

**choice (1)**
48:25

**Chrome (1)**
32:16

**circuit (1)**
57:5

**claim (1)**
14:17

**claiming (1)**
78:21

**claims (1)**
15:23

**classes (1)**
19:8

**clear (7)**
12:16,22;17:3,8;24:5;
27:10;58:20

**click (1)**
73:4

**close (1)**
37:5

**closer (1)**
59:4

**code (4)**
76:15,16;77:6,11

**collect (2)**
76:25;77:24

**collected (1)**
77:13

**collecting (1)**
80:9

**collection (2)**
76:24;77:16

**color (2)**
48:12,13

**column (1)**
64:11

**come (3)**

**Blackberry Limited v.**
**Blu Products, Inc.**

**Samuel Ohev-Zion**
**January 24, 2017**

22:5,9;50:25

**comes (6)**
17:25;36:7;39:5;49:14,24;
63:19

**coming (10)**
36:19,22;37:1;39:19;41:5,
20;47:3;50:15;52:2;66:23

**commissions (2)**
64:8,9

**common (2)**
7:9;51:17

**communication (4)**
14:23;28:21;29:21;54:23

**communications (11)**
6:5,6;10:11;14:25;17:13;
18:1,2;25:2;28:8;35:19;81:2

**companies (7)**
21:10,12;26:13;29:19;
64:24;80:4;82:4

**company (34)**
20:2,4,5,6,8,13,14,15,15;
22:11,11,13,14,18,18,21,22;
23:9,11;30:18;37:23;38:1,9,
11;40:17;54:22;62:10;66:9,
17;68:1;76:12;77:17,24;80:2

**company's (2)**
38:8,15

**compare (1)**
46:5

**compared (1)**
69:21

**Compatibility (4)**
32:20;33:5;34:22,25

**compatible (1)**
32:24

**compensated (1)**
36:1

**compensation (3)**
22:18;31:2;67:19

**competition (1)**

61:5

**competitor (4)**
59:10;60:4,6,11

**competitors (3)**
59:6;60:1,20

**competitor's (1)**
60:1

**complaint (3)**
11:7;14:18;62:15

**completion (1)**
15:16

**complies (1)**
33:25

**Con (2)**
34:6,10

**concern (3)**
25:25;33:24;38:11

**concerned (1)**
36:21

**concluded (1)**
83:12

**concludes (1)**
83:5

**conditions (1)**
67:11

**conference (1)**
43:23

**confidence (1)**
47:22

**confidential (6)**
6:6;7:10;9:1;10:11;11:15,
18

**confidentiality (5)**
7:18,21;11:19;12:11,24

**confirm (1)**
38:17

**conflict (2)**
9:22;14:15

**conform (1)**
62:2

**Consulting (1)**
15:14

**consume (1)**
75:9

**consumer (3)**
19:23;71:25;72:1

**consumers (2)**
69:24;70:13

**consumption (2)**
70:6,9

**contact (1)**
73:4

**contacted (1)**
11:7

**container (1)**
52:11

**Contarini (3)**
27:3;30:12,20

**continue (2)**
14:16;38:15

**continued (1)**
21:12

**contributed (2)**
67:11,13

**control (1)**
72:9

**controlled (1)**
66:20

**conversations (1)**
35:23

**cooperation (1)**
77:21

**copied (1)**
28:21

**copies (1)**
43:16

**copy (5)**
34:11,12;54:12;61:13;83:7

**corporation (1)**
30:4

**Correct (29)**
8:4;11:22;13:24;14:2;
23:13;32:7;33:17;35:25;37:9;
38:18;40:21;51:11,15;52:17;
53:6,8;54:1;55:13;63:7;
64:14;66:1;74:20,21;75:6;
76:11;78:2,3,7,10

**corrected (1)**
77:10

**correctly (1)**
51:7

**cost (14)**
44:25;45:3;46:15,15,17;
53:13,13;57:23;63:6,22,24;
64:6,19;69:21

**costs (5)**
45:22;57:7;63:21;64:2;76:2

**Could (13)**
6:2;9:15;14:25;19:1,10;
29:25;40:22;44:22;49:20;
52:23;58:8;59:13;63:8

**couldn't (2)**
74:2;77:9

**counsel (13)**
4:12;12:2,19;24:25;25:3,8;
26:25;27:2,19;28:4;30:12;
80:13;81:3

**couple (2)**
37:14;56:11

**course (3)**
10:3;28:5;55:20

**Court (8)**
4:5,20;5:18;17:11,12;
18:13;44:14;83:7

**covered (1)**
7:20

**Cozen (5)**
13:11,12,16;14:3,6

**C-O-Z-E-N (1)**
13:11

**cracks (1)**
    30:18
**create (1)**
    20:19
**created (6)**
    20:13,16;32:22;61:23,25;
    77:14
**creates (1)**
    61:22
**credit (2)**
    57:17,19
**critical (1)**
    72:18
**CT (36)**
    20:13,16,19;21:8,9,15,19;
    22:1,5,10,22,23;23:3;29:10;
    36:6,9,16;39:1,2,3;51:9,9,17,
    25;54:2,20,24;55:3,4,7,12,17,
    20,21,25;56:2
**CTS (5)**
    32:19,20,22;33:11;35:10
**current (3)**
    23:24;37:3;81:16
**currently (3)**
    15:16;53:11;81:14
**customer (5)**
    33:3;49:10;71:5;74:7;81:8
**customers (14)**
    21:11;28:10;52:12;65:1,2;
    68:13;69:2;71:4;72:15;74:4;
    76:24;77:3,15;81:13
**CWW (5)**
    20:22;21:3;22:1,5,10
**CWWUSA (2)**
    20:16;22:4

# D

**dad (1)**
    66:14

**daily (1)**
    82:17
**damage (1)**
    74:5
**data (16)**
    40:9;60:17;62:21;71:1;
    75:9;76:6,17,19,21,24,25;
    77:5,13,24;79:21;80:8
**date (2)**
    4:7;19:17
**day (2)**
    25:20;70:18
**days (2)**
    15:15;57:20
**December (7)**
    12:16,21;13:14,19,20;
    14:18;15:24
**decide (9)**
    28:5;38:13;39:24;41:21,24;
    43:3,5;44:6;73:25
**decided (3)**
    17:4;30:14;77:20
**decision (4)**
    41:15;43:8;52:9;69:17
**decisions (2)**
    69:5,9
**declaration (1)**
    15:25
**declarations (1)**
    82:3
**declared (1)**
    82:8
**decorative (2)**
    42:19;48:6
**deemed (1)**
    77:4
**deep (1)**
    26:10
**deeper (1)**
    46:11

**default (1)**
    49:2
**defend (1)**
    11:8
**definitely (2)**
    43:5;49:15
**definition (1)**
    66:12
**delay (1)**
    51:1
**delete (1)**
    43:19
**deleted (1)**
    76:20
**delivery (2)**
    51:19,21
**department (3)**
    30:14;46:23,24
**depends (4)**
    66:11;73:8,9;74:1
**deponent (2)**
    4:12,19
**deposed (1)**
    5:11
**deposited (1)**
    36:13
**deposition (9)**
    4:4,8;18:16,21;24:6;27:11;
    56:19;83:6,12
**described (1)**
    40:16
**design (16)**
    39:4;42:3,10,13,15,17,18,
    23,24;48:6,9,16;68:14,18,20;
    69:13
**designed (2)**
    42:8;48:17
**designing (1)**
    42:12
**destination (1)**

**51:20**
**destroy (1)**
    43:20
**detail (4)**
    45:24;46:2,14,17
**detailed (1)**
    61:17
**detailing (1)**
    45:1
**detect (1)**
    49:10
**determination (1)**
    41:12
**determine (3)**
    25:6;37:25;52:18
**determining (1)**
    53:9
**develop (2)**
    12:2;42:7
**developing (2)**
    41:1;42:4
**development (1)**
    50:20
**device (36)**
    32:19,21,25;33:5;39:24;
    41:13,14,15,18,19,22,23,24;
    42:2,9,20;43:7,12;45:2;47:5,
    13;49:15,20;50:18,24;53:13;
    61:18;63:24,25;64:6,17;
    68:25;69:6,18;76:2;77:22
**devices (19)**
    41:7,9;45:14;46:21;51:24;
    54:22;55:23;58:13,15;60:13,
    23;65:9;67:12;76:14;77:2,11,
    21;81:14,16
**didn't (14)**
    15:18;19:5;22:17;26:23;
    29:15;60:3,10;64:17;76:21,
    23;77:3,5,5;79:10
**differ (1)**

40:2

**difference (2)**
46:9;53:3

**different (8)**
36:16;39:17;40:6;45:5,9;
46:6;74:3;75:23

**DIRECT (4)**
5:5;11:5;28:6;52:11

**directive (1)**
15:9

**directly (3)**
15:19;51:14;52:15

**director (2)**
15:22;35:1

**disabling (2)**
71:9;77:12

**disclose (2)**
17:12;31:25

**discount (1)**
64:18

**discuss (3)**
24:22;32:6;35:23

**discussed (2)**
24:24;35:13

**discussing (1)**
27:22

**display (5)**
41:10;69:25,25,25;72:3

**distribution (6)**
20:2,9,18;21:4,13;38:9

**distributor (1)**
39:2

**District (2)**
4:5,6

**dive (1)**
46:10

**divide (1)**
65:3

**divided (1)**
65:23

**Division (1)**
4:6

**divulge (5)**
17:10,11;18:2;25:2;35:19

**divulging (4)**
8:14,23;9:1;10:10

**document (16)**
10:24;14:13;18:11;24:9;
27:9,14;44:17;61:16,17,19,22,
25;62:10,12;63:17;68:6

**documents (10)**
14:7;18:22;43:17;44:2;
45:22;51:16;56:11;57:6;
62:19;82:11

**doesn't (1)**
41:17

**doing (5)**
21:10,13;34:23;42:6;80:16

**dollar (1)**
46:9

**dollars (5)**
45:3;62:24;63:3;65:14,15

**domestic (3)**
62:17;63:9;65:3

**done (9)**
25:13;27:7;39:9;40:16;
42:12,17,18;64:5;81:8

**don't (60)**
5:21,22;10:14;20:10;26:11,
22,22;27:4,21;30:9,11;31:17,
24;34:11,13;35:4,18;36:6,7,
14,20;39:1,6;43:7,19;44:4,25;
45:3,4;46:8,15;47:10,23;
48:21;53:19;56:1;57:9,11;
59:21;60:5,17;64:15;66:7;
67:18,22,24;69:4,22;71:23;
72:8,17;76:2;78:14;79:21;
80:7,16,19;81:3;82:6,20

**dormancy (1)**
71:15

**doubt (2)**
63:16,19

**Doug (1)**
4:3

**down (4)**
5:19;41:6;46:2;57:6

**downtown (1)**
19:13

**draft (1)**
29:22

**drop (2)**
42:5;52:23

**dropped (4)**
19:5,6,11,12

**duly (1)**
5:3

**during (1)**
14:18

**duty (1)**
11:8

**dynamic (1)**
72:3

**E**

**each (4)**
34:5;37:19;43:3;45:18

**early (2)**
12:16,21

**easier (1)**
68:25

**easy (1)**
66:18

**Echtey (5)**
24:4,7;27:8,11;35:1

**educational (1)**
19:1

**Egozi (84)**
4:18,18,18;6:4,19;7:8,16,
22,24;8:8,13,22;9:2,7,16,25;

10:9,14,21;11:14,19,22;12:9,
24;13:3,13;15:3;16:2,17,21;
17:1,9,24;18:19,20;22:7;24:5,
16;25:1;27:10,20;30:21,25;
31:5,15,23;35:15,18;36:18;
37:4,11,21;47:18;51:10;54:7,
10,14;55:8,19;56:8;58:9,20;
65:8;66:4,10,13;67:8;69:3;
70:11,16;72:16;73:7,20;74:9;
76:7;78:11,17,23;79:6,18;
80:24;83:4,8,9

**eight (1)**
59:18

**Either (2)**
56:5;72:25

**electronic (2)**
56:10;83:9

**electronics (2)**
19:23,24

**else (3)**
15:10;18:24;42:11

**else's (1)**
80:12

**elsewhere (1)**
38:24

**E-mail (3)**
29:1;43:21;70:25

**e-mailed (2)**
43:18,24

**e-mails (2)**
28:25;29:2

**emergency (1)**
17:15

**employee (1)**
64:4

**employees (1)**
21:11

**enabling (1)**
71:9

**encourage (1)**

50:11

**encrypted (1)**
76:19

**end (1)**
29:21

**engagement (5)**
6:12,12,15;7:14,20

**engineering (1)**
48:20

**engineers (3)**
50:20;51:3;80:18

**enough (1)**
67:12

**ensure (1)**
33:24

**entered (2)**
6:9;22:14

**entity (1)**
51:4

**environment (1)**
31:3

**Especially (1)**
66:23

**Essentially (1)**
29:1

**esthetically (2)**
42:16;69:14

**estimate (6)**
45:19;58:8,12;59:13;65:5,
13

**estimated (1)**
65:23

**estimates (1)**
59:16

**ETSI (1)**
81:23

**E-T-S-I (1)**
81:23

**even (2)**
66:7;80:19

**ever (12)**
7:4;26:18;30:7;45:22;
53:21;57:6;61:13;67:2;80:11;
81:25;82:3,7

**every (8)**
34:1,3,4,5;36:22;51:20;
52:2;59:17

**everyone (1)**
74:2

**everything (1)**
26:25

**exactly (7)**
20:11;31:4;36:20,25;46:15;
56:2;59:21

**EXAMINATION (1)**
5:5

**examined (1)**
5:4

**example (9)**
40:13;41:9;42:19;45:6;
46:6;49:7;69:19;75:4,24

**except (2)**
24:22;40:16

**excuse (1)**
82:4

**excused (1)**
83:11

**Exhibit (13)**
10:19,23;23:18,21;24:4;
27:8;44:10;54:18;56:21,24;
61:9;62:6;68:2

**existed (1)**
77:6

**expense (2)**
57:22;67:19

**expenses (4)**
38:3;64:5;67:10,13

**expensive (1)**
46:12

**experience (6)**

33:1,3,21,23;34:23;69:7

**expert (3)**
14:10;35:5;67:21

**experts (1)**
15:15

**explained (1)**
29:17

**export (1)**
65:4

**exported (1)**
59:23

**exports (2)**
64:21,23

**extend (1)**
57:18

**extent (5)**
6:4;8:13;26:12;35:19;81:1

**exterior (3)**
42:19;48:6,8

**external (2)**
42:20,21

**extra (1)**
54:12

**F**

**Facebook (2)**
40:13,14

**facility (3)**
39:13,15;57:17

**fact (4)**
6:7;50:7;53:20;77:3

**factories (1)**
39:23

**Faillace (1)**
20:25

**F-A-I-L-L-A-C-E (1)**
21:2

**failure (1)**
34:13

**familiar (2)**
44:19;62:21

**far (23)**
13:22;16:1;32:25;36:21,21,
23;39:3;42:13;46:14,23;49:1,
12;52:21;55:10,24;60:16,19,
24;62:23;66:15;76:21;80:6,14

**fast (1)**
71:15

**faster (1)**
71:11

**father (8)**
21:16,20;22:14,15;23:7,12,
14;37:18

**father's (3)**
19:13;20:2;67:18

**feature (11)**
29:13,15;46:10;50:11;
58:17;59:5;68:15;69:21;70:3;
72:15;73:6

**features (8)**
41:9;42:2;43:6,12;49:5;
68:12,14;70:1

**fee (1)**
36:3

**feel (1)**
41:8

**fees (8)**
53:10,11,12,15,18,21;67:16,
24

**fell (1)**
30:18

**few (1)**
48:16

**fighting (1)**
66:22

**figure (1)**
59:20

**file (1)**
14:16

**filed (2)**
11:2;17:15

**fill (3)**
61:21,24;62:1

**finance (1)**
67:22

**financed (1)**
57:14

**finances (1)**
38:8

**find (4)**
12:18;13:7;36:25;82:7

**finish (1)**
22:6

**finished (3)**
18:11;19:5,7

**firm (4)**
13:7,10,16;14:6

**first (6)**
5:3;16:8;29:4;40:5;52:7;
57:2

**fit (1)**
41:17

**five (8)**
11:24;56:13,14;69:25;
75:24,25;76:1;82:20

**fix (1)**
34:15

**fixed (2)**
34:17;48:19

**Florida (3)**
4:6,9;19:4

**flow (2)**
38:10,15

**follow (3)**
27:15;28:13;39:25

**following (1)**
39:23

**follows (1)**
5:4

**footnote (4)**
12:15;14:14;16:7,8

**forces (2)**
20:19;21:11

**forgot (1)**
28:17

**form (35)**
9:7,25;13:13;16:2;22:17;
24:16;27:20;30:21,25;31:15;
36:18;37:4,11,21;47:18;
51:10;55:8,19;58:9;66:4,10;
67:8;69:3;70:11,16;72:16;
73:7,20;74:9;76:7;78:11,17,
23;79:6,18

**format (1)**
62:20

**formed (1)**
22:1

**forth (2)**
28:22;29:11

**forward (1)**
68:13

**forwarded (1)**
28:13

**four (3)**
5:14;11:5;15:15

**fourth (2)**
65:22,25

**Fox (2)**
34:6,9

**FoxCon (1)**
33:12

**FRAND (2)**
82:1,3

**free (1)**
35:7

**fresh (1)**
68:14

**Frey (1)**
4:3

**friendlier (1)**
68:25

**from (56)**
4:14;9:4,15;14:22;15:13,15,
16,25;17:5,25;18:1;19:3;
22:16,16;24:6;27:11,15;29:3;
36:7,9,14,16,19;37:1;40:3,23;
42:25;44:2;46:5;47:20;50:13;
52:2,9;54:2,7,9,14,22;56:5,5,
6;57:14,18;59:16;66:23,24;
71:17;72:21;73:2;76:6;77:13,
21;78:21;80:7;81:2;82:7

**fulfillment (1)**
64:4

**function (6)**
38:16,20,25;47:25;52:1;
77:12

**functionalities (1)**
71:10

**functionality (3)**
69:11,16;76:16

**functions (6)**
38:24;39:6,17,21;40:1;49:5

**funds (1)**
47:7

**further (1)**
83:2

**future (5)**
77:9,21;78:16,22;81:18

# G

**Gabriel (3)**
20:24;22:12,19

**gave (1)**
15:8

**general (2)**
48:4,10

**generate (1)**
82:16

**gentleman (1)**
28:19,22;29:4,6

**gentlemen (1)**
20:23

**gets (2)**
33:8;77:24

**getting (3)**
31:20;71:3;76:5

**gigahertz (3)**
75:24,24;76:1

**give (8)**
5:24;18:13;33:8;34:10,12;
41:11;43:10;47:2

**gives (3)**
46:7,8;77:15

**global (1)**
59:17

**G-mail (1)**
32:16

**GMS (2)**
32:13;35:10

**goes (2)**
45:2;52:13

**going (20)**
6:23;7:12;11:16;15:4,10;
30:3;31:7;39:24;43:12,13;
49:1;52:18;56:15,24;73:22;
76:25;77:22;79:4;82:22;83:6

**gold (1)**
48:13

**good (6)**
33:3;47:19;53:1;69:6,20;
79:8

**Google (18)**
31:14,17,21;32:9,13,14,17,
22;33:5,8;34:10;35:2,9,14;
50:2,18;70:5;77:23

**Google's (5)**
32:14,24;33:22,24;77:23

**government (2)**

Blackberry Limited v.
Blu Products, Inc.

Samuel Ohev-Zion
January 24, 2017

76:5,13

**GP (1)**
62:23

**GPS (1)**
71:10

**grade (3)**
19:3,6,7

**graduate (2)**
19:5,7

**graduated (1)**
19:3

**graphic (1)**
39:4

**gross (5)**
52:25;53:3;63:3,5;64:11

**group (1)**
15:15

**grow (1)**
61:7

**growing (1)**
60:25

**grown (1)**
61:1

**guess (4)**
45:12;47:24;58:11;79:20

**guessing (1)**
60:17

### H

**habits (1)**
73:9

**half (1)**
18:20

**happen (4)**
34:18;41:4;76:22;77:9

**happened (15)**
8:6,9;12:21;16:14,21,25;
17:2,7,11,22;22:25;28:7;29:1;
30:19;77:7

**happening (1)**
77:13

**happens (1)**
32:21

**hard (1)**
80:15

**hardware (2)**
40:25;42:8

**having (5)**
5:3;33:3;67:12;76:21;77:21

**headquarters (1)**
38:22

**health (1)**
38:7

**hear (1)**
27:17

**heard (3)**
14:22;71:13;79:24

**hearing (5)**
16:9;17:20,22;18:4,6

**heavily (1)**
64:18

**held (2)**
4:8;19:10

**High (5)**
19:4,6,11,12;69:19

**higher (4)**
59:3;60:5;67:10,12

**highly (2)**
63:17,19

**hire (4)**
6:18;7:1;13:12;80:18

**hired (1)**
6:3

**hiring (2)**
6:8,9

**history (5)**
58:21,23,24;63:2;73:5

**home (1)**
38:5

**Hong (8)**
51:19,21,22;52:1,6,14;
54:22;55:15

**hope (3)**
79:7,8;80:13

**Hopefully (1)**
78:24

**hour (1)**
18:21

**hours (1)**
72:14

**however (3)**
35:8;52:4;60:11

**Huawei (2)**
59:11;60:22

**hub (1)**
51:22

**hyphen (1)**
5:9

### I

**icons (2)**
68:20,24

**idea (1)**
46:16

**ideal (1)**
53:1

**identification (7)**
10:20;23:22;44:11;56:22;
61:10;62:7;68:3

**identified (2)**
14:17;15:23

**immediately (2)**
15:23;77:12

**important (16)**
68:22;69:2,15,20;70:10,13;
71:24;72:15;73:11,13,18,18,
21,24;74:4,7

**improved (2)**

70:6;71:2

**Inc (1)**
4:11

**inch (2)**
69:25,25

**include (5)**
32:15;40:25;49:7,15;68:14

**includes (3)**
43:11;53:15;63:10

**inco (1)**
51:19

**income (2)**
36:16,22

**incoming (1)**
73:1

**incorrect (1)**
76:8

**increased (1)**
61:4

**independent (2)**
18:3;81:4

**indicate (3)**
72:5;74:23,24

**industrial (2)**
42:15,24

**industry (2)**
66:19;74:15

**in-face (1)**
29:6

**influence (1)**
42:22

**inform (1)**
76:24

**information (2)**
26:2;34:14

**infringement (2)**
62:15;78:2

**infringing (10)**
24:20;25:7,14,18,21;26:18;
77:4;78:15,22;80:12

**in-house (8)**
24:25;25:3,8;26:25;27:2,
19;28:4;30:12

**inside (2)**
30:17;47:6

**instead (5)**
54:25;77:22,23,24;80:2

**instruct (13)**
6:6,20;7:10,17;9:2;10:9;
11:14;12:9;17:9,24;25:1;
31:23;35:15

**instructing (2)**
13:1;15:6

**instruction (1)**
8:22

**interest (13)**
7:9;9:23;12:1,8,17,22;
14:15;16:10,11,16;17:21;
57:21,22

**interested (3)**
29:18;38:4;41:16

**interests (3)**
8:19;16:20;17:4

**interface (4)**
68:19,21,24;72:8

**Internal (3)**
81:19,22;82:15

**internally (1)**
27:22

**interrelated (1)**
67:20

**into (7)**
6:9;22:14;31:20;36:13;
50:24;72:22,24

**introduce (1)**
4:13

**invalidity (1)**
12:3

**inventory (5)**
55:10;82:12,15,16,17

**invest (1)**
80:17

**investigate (1)**
25:11

**investigating (1)**
79:22

**investigation (3)**
25:13;26:10,10

**investing (2)**
41:1;42:4

**investors (1)**
57:17

**invoice (2)**
54:2,4

**involved (3)**
14:23;34:19;64:3

**involvement (1)**
28:6

**irrefutable (4)**
16:10,15;17:20,23

**issue (7)**
12:1,4,18,23;55:24;76:4,23

**issued (2)**
45:17;68:9

**item (2)**
34:16;57:2

## J

**January (8)**
4:7;16:9,14,22;17:2,7,19,22

**jeopardizing (1)**
33:4

**job (3)**
19:19;26:24;79:8

**jobs (1)**
19:10

**John (2)**
15:21;16:3

**joined (3)**

20:10,18;21:12

**joining (1)**
22:18

**joint (1)**
21:11

**jointly (1)**
20:14

**Judge (1)**
17:16

**Juse (1)**
35:1

**Just (20)**
17:1;18:5;21:16;24:5;26:1,
9;27:10;30:16;36:13;37:15;
39:25;42:5;43:3;48:18;50:14;
53:15;54:13;58:20;78:8;83:9

## K

**keep (3)**
52:22;74:4;82:11

**keeps (1)**
43:16

**Key (1)**
19:4

**kind (3)**
41:9;43:13,14

**knew (1)**
27:18

**know (68)**
5:17,22;15:17;16:1,14,18,
19,21;17:16;25:10,13,24;
26:13;27:4,6;28:21;29:11;
30:11,24;31:17,23;34:11,12,
20,24;36:11,20,21;39:1,1;
40:7;41:13;42:20;43:16;44:4;
45:3,4;46:15,25;53:12,17,19;
54:3;55:25;56:2;59:21;60:22;
63:1;65:3;66:2;67:22;70:7;
71:7,12,15;72:3;74:12,15;

75:2;77:6;79:22;80:16,19,21;
81:15,23,25;82:6

**knowledge (7)**
9:14;14:21;17:25;18:3;
62:2;81:1,4

**known (2)**
29:14;32:15

**Kong (8)**
51:19,21,22;52:1,6,14;
54:22;55:15

## L

**large (2)**
30:4;80:17

**larger (3)**
29:19;60:1;80:4

**largest (1)**
59:25;61:13

**Lassar (92)**
4:14,14;5:6;6:11,22;7:11,
19,23;8:1,11,20;9:3,8,11,13,
18;10:2,22;11:1,18,21,23;
12:12;13:1,4,15;15:6,11;16:6,
24;17:6,18;18:7,11,15;22:8;
23:17,23;24:8,18;25:5;27:13;
28:1;30:23;31:12,19;32:4;
35:17,22;37:2,7,17,24;44:12,
15,16;48:1;51:12;54:16,17;
55:11;56:14,23;58:14,23;
59:1;61:11;62:8;65:10,12,15,
17;66:8;67:1,15;68:4;69:8;
70:14,19;72:19;73:10,23;
74:11;76:10;78:13,20;79:2,9;
80:10;81:7;82:20;83:2

**last (8)**
9:25;16:8;24:6;59:19;65:6;
70:17;72:25;78:11

**lasts (1)**
70:13

**latest (3)**
50:15,25;70:7

**Latin (7)**
20:6,14;21:18;22:21;40:8;
52:15;65:2

**launch (5)**
39:24;41:15;50:2,9;51:1

**launching (1)**
47:5

**law (4)**
13:7,10,16;78:24

**Lawrence (1)**
28:20

**lawsuit (5)**
7:15;10:8;16:12;35:13;
79:16

**lawsuits (1)**
7:2

**leads (1)**
26:5

**learned (1)**
17:12

**least (2)**
15:15;27:18

**leave (3)**
30:20;37:22,25

**left (5)**
22:5,10;25:8;26:24;30:12

**legal (6)**
26:11;27:1;28:23;30:13,14,
17

**less (10)**
27:16;45:21;58:6;61:7;
65:24;66:6,18;70:9;74:2;77:7

**letter (15)**
6:12,13,15;7:20;24:12;
25:17;26:21;27:5,15,16,23;
28:3,9,13;29:5

**Levy (1)**
4:21

**Li (2)**
15:21;16:3

**L-I (1)**
15:21

**license (7)**
26:3,7,14;35:8;78:5,14;
79:23

**licensed (2)**
35:2,4

**licensing (8)**
29:19;53:10,11,12,15,17,
21;80:3

**life (1)**
63:3

**limit (1)**
14:16

**Limited (3)**
4:11;43:15;66:23

**line (3)**
33:22;55:9;73:1

**LinkedIn (2)**
23:18,24

**list (2)**
15:23;72:20

**listed (2)**
62:3;63:15

**lists (2)**
72:25;73:2

**litigation (4)**
10:3;12:5;43:25;62:11

**little (1)**
46:11

**living (1)**
38:3

**loans (1)**
57:16

**location (3)**
73:16,22,25

**log (2)**
72:22,24

**logically (1)**
79:20

**logistics (3)**
39:18;51:22;52:13

**logs (1)**
76:17

**long (5)**
5:15;66:21;70:12,18;72:5

**look (9)**
11:24;14:13;38:2;41:8;
43:12;44:25;45:6;63:8;64:20

**looking (5)**
42:1;57:2;60:22;68:12,23

**looks (5)**
41:13;42:16,16;64:12;
68:20

**lose (2)**
66:5;67:9

**loss (1)**
67:14

**lost (2)**
67:3,6

**lot (8)**
29:12,12;44:22;50:20;
59:22;61:6;66:16;80:4

**low (1)**
71:1

**lower (1)**
60:7

**LTE (1)**
74:16

**Luis (1)**
20:24

**Luis' (1)**
22:19

**Luis's (1)**
22:12

**M**

**made (6)**
12:21;16:15;17:7,23;40:7;
82:4

**main (3)**
40:1;57:4;59:10

**mainly (1)**
52:2

**majority (4)**
46:21;47:10,15;58:18

**make (21)**
32:18;33:2,14;39:20,23;
40:9;41:12,14;42:10;43:8;
47:21;48:18;49:8;50:12;52:9;
68:25;74:8;75:3,9;77:8;80:5

**makes (2)**
36:23;39:21

**making (5)**
38:4;39:18;46:25;67:12;
75:8

**manage (3)**
25:9;27:1;30:17

**management (5)**
36:3;39:22;52:13;67:16,23

**manager (1)**
19:21

**manages (2)**
26:25;36:13

**managing (1)**
30:13

**manufacture (4)**
25:24;26:13;34:21;40:7

**manufactured (2)**
44:7;53:25

**manufacturer (15)**
26:4;40:23,24;41:6;46:7;
50:24;51:5,17;53:7,14,24;
57:18;63:6,23;71:17

**manufacturers (14)**
26:8,17;43:1,9;44:3;46:6;
47:9,11,17;48:3;55:5;62:3;

76:25;77:16

**many (6)**
5:13;48:11,19;58:7,16;
59:21

**map (2)**
81:13,22

**maps (3)**
81:10,17,21

**margin (5)**
52:21,24,25;53:3;66:2

**mark (2)**
10:17;53:16

**marked (16)**
10:20,22;23:17,22;24:4;
27:8;44:11,12;56:22,24;
61:10,12;62:7,9;68:3,5

**market (10)**
41:21,24;52:20;59:7,13,25;
60:2,25;61:7;67:11

**marketing (11)**
38:16,20,22,23,25;39:4,6;
47:2,4,6;82:18

**marking (1)**
10:21

**markup (1)**
52:21

**Mast (1)**
19:3

**material (1)**
43:9

**materials (9)**
44:19,21,23,23;45:9,24;
46:17;56:25;57:3

**matter (9)**
4:10;6:3;8:3;11:9;13:23;
14:4,8,11;73:19

**may (2)**
22:7;68:10

**maybe (9)**
20:1;29:18;30:18;31:2;

41:25;56:12;59:20;60:12;
65:19

**mean (15)**
32:11;42:15;45:24;47:4;
48:11;69:12,16;70:4,21;72:7,
14;73:4;79:20;80:15,17

**means (9)**
32:12,19;33:7;63:1,2,5;
70:22;71:9;82:6

**media (2)**
56:18;70:25

**M-E-D-I-A (1)**
46:19

**MediaTek (8)**
46:19,22;47:6,8,12,13,15,16

**meeting (2)**
29:7;41:4

**meetings (1)**
41:2

**memory (4)**
41:10;43:14;69:22,23

**mentioned (5)**
29:11;33:18,20;35:10;
75:11

**mentions (1)**
70:3

**merge (1)**
72:20

**merger (3)**
20:11,11,12

**message (3)**
70:22,25;72:5

**messages (2)**
72:11;76:17

**met (3)**
18:18,20;36:12

**Miami (54)**
4:6,9;19:14;20:13,17,19;
21:8,9,15,19;22:2,5,10,22,23;
23:3;29:10;36:6,9,16;38:22;

39:1,2,3,5,7,9,11;40:3,15,18;
42:12,17,18;51:9,9;52:1,3,9,
10,12;54:2,21,24;55:3,4,7,12,
18,21,21,25;56:3;75:5

**Michael (3)**
30:15;36:10,11

**Microsoft (1)**
48:25

**might (21)**
26:18;29:20;36:20;38:9,11;
42:1,22;43:22;45:11;47:6;
48:5;49:6,12;52:15;57:18;
58:10;60:11;63:18;73:5;74:5;
76:5

**million (8)**
58:5;59:18,20,24,24;60:12;
65:16,19

**mind (2)**
41:19;63:19

**Mine (1)**
54:10,10,14;67:18

**minus (1)**
63:5

**minute (1)**
63:8

**minutes (6)**
56:13,13,14;72:6,14;82:20

**missed (1)**
73:1

**missing (1)**
54:8

**mistake (2)**
63:17,18

**Mobile (2)**
32:14;35:9

**mode (2)**
70:8;71:11

**model (3)**
34:1,3,4

**models (2)**

63:9;81:15

**modification (3)**
48:6,11,11

**modifications (7)**
48:2,4,8,18,21;49:23;50:4

**modify (3)**
42:23;48:15;49:3

**money (10)**
36:13;38:13,14;57:14;66:5;
67:3,6,9;78:9;80:18

**month (3)**
36:22;37:3,6

**months (7)**
42:7;48:16,20;50:8,21,23;
51:1

**more (20)**
21:11,11;26:7;27:16;29:20;
41:5;46:11;48:7;58:6;60:19,
23;61:6,7;65:23;66:16;69:22;
77:7;80:4,5;82:21

**most (6)**
5:15,16;42:9;47:11;50:10;
67:19

**mostly (2)**
30:2;39:17

**motion (3)**
11:2;14:16;17:15

**Motorola (2)**
59:11;60:22

**much (13)**
29:15;37:25;42:4,10;52:18;
60:5;61:4;66:18;67:25;69:23;
71:1;77:25;83:3

**multiple (1)**
42:25

**must (1)**
45:17

**myself (2)**
21:16;23:7

# N

**name (13)**
4:3;5:7;19:15;20:24,24;
24:7;27:2;28:17,19;45:1;
51:25;60:3,10

**nature (2)**
31:25;33:20

**need (14)**
12:18;35:4,8;37:13,13,15;
38:3,7,14;47:16;69:19,22,23;
80:14

**needed (1)**
38:15

**needs (4)**
34:5;41:18;42:6;69:18

**negative (1)**
64:13

**negotiation (1)**
30:5

**negotiations (1)**
29:25

**network (1)**
40:5

**networks (4)**
75:4,8,18,20

**never (11)**
25:25;31:4;36:25;43:23;
50:22;53:20;57:8;64:3,5;
71:13;73:8

**new (15)**
41:1;47:3;49:24;50:1,3,6,7,
9,13;68:12,13,14,15;71:7;
77:14

**newer (2)**
75:25;76:1

**next (6)**
11:24;15:12;19:19,25;23:1;
64:20

**NextGen (1)**
4:4

**nice (6)**
68:23;69:5;72:1,17,18;73:6

**nine (1)**
59:18

**non-confidentiality (2)**
31:16,22

**non-disclosure (6)**
29:23;30:2,5,7;32:2,5

**non-infringement (1)**
12:3

**non-standard (1)**
49:22

**Nothing (1)**
83:10

**notice (1)**
76:23

**notices (1)**
77:1

**notification (1)**
70:23

**notifications (5)**
68:15,24;70:20;71:2,3

**notified (1)**
73:21

**notifies (3)**
70:23,24;77:14

**notifying (1)**
77:1

**November (2)**
24:14;27:16

**Number (9)**
38:2,6,7;45:16,16;54:7;
60:12;72:21;73:3

# O

**Object (2)**
27:20;66:4

**Objection (42)**
6:4,19;7:8,16;9:7,16,25;
12:10,24;13:13;15:3;16:2;
24:16;30:21,25;31:15;36:18;
37:4,11,21;47:18;51:10;55:8,
19;58:9;66:10,13;67:8;69:3;
70:11,16;72:16;73:7,20;74:9;
76:7;78:11,17,23;79:6,18;
80:24

**Obviously (1)**
59:22

**occasion (1)**
41:25

**occurrence (1)**
42:3

**occurring (1)**
56:1

**occurs (1)**
77:2

**ODM (8)**
50:17,23;53:14;56:6;61:20,
22,24;62:1

**ODMs (4)**
34:21;39:23;53:12,17

**off (7)**
31:7;56:15;58:11;71:11;
77:16;82:22;83:6

**office (9)**
39:5,7,9,14,18;40:1,17,18;
80:23

**official (1)**
54:9

**often (2)**
34:18,22

**O-H-E-V (1)**
5:9

**Ohev-Zion (11)**
4:12;5:2,9;10:23;23:18;
44:13;54:19;56:19;61:12;
62:9;68:5

**okay (5)**
41:16;54:16;55:16;62:18;
64:22

**older (1)**
50:10

**on (95)**
4:2,19;8:2;9:25;11:2;12:1,
8;13:14,20;15:4,12,24;16:14,
21;17:2,7,22;24:14;25:7,24;
26:1;28:19,24;31:10;32:5,21,
25;35:24;38:6,7,10;41:3,9,12;
42:6,8,15,20;43:8,19;44:23,
25;45:7;46:17;47:13;49:9,14,
16,20;50:17;51:3;52:13,20;
54:11;56:20;57:13;62:16,23;
63:20;66:5,11;67:12;68:1,25;
69:5,10,17;70:1;71:11,20;
73:4,9;74:1,22,24;75:8,9,13,
17,25,25;76:2,14,25;77:2,4,
16,22;78:11,15,22;79:4,21;
80:12;82:25

**once (8)**
34:16;35:10;39:24;47:1;
48:17;49:18;50:2;82:16

**one (40)**
10:1;20:23;21:18;22:19;
23:16;25:16;28:10;34:13;
36:11,12;38:2,6;41:17,17,25;
44:5,25;45:21;46:4,6,8,12,13;
50:25;52:11;54:2,7;55:20;
57:9,10,13;60:7,12;61:5;
63:18,19;66:6;73:1;76:20,20

**ones (5)**
56:4;73:2;75:20,21,22

**only (9)**
24:24;34:3;42:18,23;46:4;
57:17;60:3;61:5;79:20

**open (3)**
17:11,12;35:7

**opened (1)**

20:5

**operability (1)**
33:21

**operate (8)**
33:15;38:11;74:19,22;75:8,
13,17,25

**operating (8)**
33:15;35:3,6;48:22,23;49:1,
25;65:8

**operations (1)**
15:22

**opinion (1)**
74:3

**opposed (2)**
45:20;58:16

**option (1)**
77:15

**order (22)**
32:12,18;40:23;44:7,8;
45:11,13,16,17;48:19;50:1,5,
12,14;51:4,21;53:24;54:6,20,
21,24;55:2

**ordering (2)**
54:21;55:12

**orders (1)**
51:18

**originals (1)**
56:9

**O'Sullivan (1)**
17:16

**Other (23)**
6:7;14:22;20:24;23:16;
26:8;27:1;31:21;32:1,2,6,16;
38:23;40:17;46:12;47:14;
48:8;63:13,21,22;64:4;65:2;
76:25;77:16

**others (3)**
33:19;63:13;75:15

**Otherwise (1)**
8:15

**ours (1)**
80:2

**out (27)**
19:5,6,11,12;36:25;37:19;
38:13,14;39:1,3,5,19;41:20;
46:14;47:3;49:14,24;50:11,
15,25;59:24;61:21,24;62:1;
64:25;74:4;82:7

**outgoing (1)**
73:1

**outside (1)**
39:6

**Over (9)**
10:3;16:11;25:25;34:10;
58:21,23,24;63:3;72:9

**overall (1)**
59:14

**owed (1)**
11:8

**own (12)**
12:2,19;20:5;21:22,25;
23:15;42:5;55:7,17;56:3,6;
79:13

**owned (2)**
20:14;52:4

**owner (4)**
20:20,21;21:17;37:12

**owners (2)**
20:25;21:15

**ownership (1)**
22:2

**owning (1)**
55:21

**owns (4)**
20:22;21:18;23:6,15

**P**

**page (10)**
11:5,24,24,25;12:15;14:13;

15:12,12;16:7;62:16

**pages (2)**
63:10;64:20

**paid (4)**
39:1,3;55:25;63:22

**panel (1)**
45:7

**paper (1)**
83:10

**paragraph (3)**
11:6;16:8;68:11

**part (8)**
33:14;39:18;43:10;45:1;
47:11;50:10;67:19;72:7

**partially (1)**
71:25

**particular (2)**
72:21;73:3

**particularly (1)**
30:5

**partly (1)**
71:18

**partners (1)**
25:23

**parts (7)**
45:2,11,13,14,18,20,23

**party (10)**
11:8,13,21;16:11,12,16,20;
17:21;49:19,21

**pass (3)**
34:14,15;35:10

**passes (3)**
32:19,24;33:5

**past (3)**
37:14;46:1;61:1

**patent (7)**
13:22;15:22;26:11;78:1,25;
80:18,23

**patents (24)**
10:7;12:1,4,8,18,23;24:20;

25:7,15,19,21;26:6,19;78:15,
18,22;79:4,13,16,23;80:1,12,
22;82:8

**pattern (2)**
42:20;80:6

**pay (13)**
7:6;52:20;53:10,11,12,14,
17,21;57:19,21;63:6;64:8;
67:20

**paying (4)**
16:11;53:4,7;55:4

**payment (3)**
37:15;38:8;78:9

**pays (3)**
36:4,6;51:4

**PCBA (2)**
57:4,7

**pen (1)**
54:10

**people (3)**
39:11,15;64:17

**per (8)**
37:3,6;39:25;63:22,24,24;
64:6,7

**percent (11)**
22:3,3;41:23;45:19,21;
53:1;58:12;59:4,23;66:7,19

**percentage (1)**
58:16

**performance (3)**
8:18;33:22;47:24

**performed (2)**
40:18;58:2

**performs (1)**
33:11

**permission (1)**
73:15

**personal (4)**
14:21;21:20;23:9,10

**personally (6)**

21:17,21,22;28:14;57:8;
74:2

**person's (1)**
73:9

**phone (35)**
28:24;29:13,15;32:24;
33:24;34:2;39:21;40:7,9,10,
23;44:6;45:23;46:11;48:12;
49:13,16;50:14;51:4;52:19;
53:4,16,24;56:3;59:7,17;
63:22;70:17,24;71:20,24;
72:2;73:11;75:9;76:17

**phones (56)**
20:9,18;21:5,14;25:24;26:4,
14,17;29:14,15;32:8,9;33:15;
44:1;45:20;48:23;50:1,5;
51:8;52:4,15;54:5,6;55:5,7,
12,17,21;56:7;58:5,16,17,18;
59:5,5,24;60:8;62:14;63:9,11,
12,13;64:15;65:2;71:17;72:5,
20;73:14;74:16,18,22;75:7,
12,17;76:5,6

**phone's (1)**
70:1

**picture (1)**
43:11

**pictures (1)**
69:20

**places (1)**
39:12

**plaintiff (1)**
78:5

**plaintiffs (1)**
78:15

**Plaintiff's (7)**
10:19;23:21;44:10;56:21;
61:9;62:6;68:2

**planning (1)**
81:18

**plans (1)**

80:21

**pleasant (1)**
33:23

**pleasantly (1)**
68:23

**please (6)**
4:12;5:8,22;18:14;83:4,9

**plug (1)**
71:19

**PO (1)**
45:16

**point (4)**
29:22;42:2;56:7;60:5

**policy (1)**
77:14

**portfolio (2)**
47:14;81:16

**position (1)**
7:19

**positioning (1)**
68:24

**positions (1)**
12:3

**possible (3)**
57:9;61:6;63:16

**possibly (1)**
77:4

**post (1)**
70:25

**power (2)**
49:15;71:20

**powered (1)**
46:21

**Preferences (3)**
70:1,1;74:1

**pre-install (2)**
49:19,22

**preloading (1)**
76:14

**prepare (2)**

18:16,24

**present (5)**
41:3,21,23;47:3,12

**presentation (4)**
43:3,5,8,11

**presentations (4)**
42:25;43:10,21,22

**presenting (1)**
41:5

**presently (1)**
23:2

**president (4)**
15:13;20:4,7;23:2

**press (1)**
68:9

**pressuring (1)**
29:6

**pretty (6)**
34:21;58:6;61:2;66:22;
70:13;72:18

**prevent (1)**
78:21

**previous (5)**
20:15;21:10;27:15;50:4;
77:11

**price (18)**
41:11;42:2;43:4,6;44:9;
46:9;52:22,23;53:9,16;60:4,5,
7,21,21;63:5;64:19;65:24

**priced (1)**
60:7

**pricing (2)**
41:14;69:11

**printed (2)**
56:12;57:4

**prior (1)**
15:16

**privacy (4)**
76:23;77:1,4,14

**private (1)**

76:12

**privilege (16)**
6:20;7:9,9,17,21;8:15,24;
9:1;10:13;12:10,25;15:2;
17:10;18:1,9;80:25

**privy (2)**
34:19;36:24

**probably (9)**
36:11;58:11;59:4,10,18;
60:8,18;70:7,22

**problem (1)**
76:9

**process (4)**
30:16;34:20;40:22;80:9

**processes (1)**
51:23

**processing (1)**
48:14

**processor (5)**
46:22;48:15,17,17,21

**processors (1)**
47:8

**produce (1)**
34:6

**produced (5)**
14:7,11;43:25;44:2;62:11

**product (19)**
6:21;39:22;42:5,13;43:4;
46:7;47:7,12,15;48:16;50:9;
63:2,4;64:25;69:13;81:10,21,
22;82:11

**Products (57)**
4:11;11:3;23:4,6;24:13,20;
25:7,14,18;26:8,14,18;29:13;
31:13;34:24;36:2,7;38:16,21;
39:3;40:19;41:1,2;43:16;
46:5;47:1,17;49:17;51:5,6,8,
13;52:4,8;53:23;54:25;55:2,
14,17,23,25;57:14,19;58:1,4;
59:19;61:19;62:2;63:11,14,

21;66:9;67:2;80:11;81:8,10;
82:18

**Products'** (2)
39:2;46:19

**profile** (2)
23:19,24

**profit** (8)
52:21,24;63:3,5;64:11,16;
66:2;67:12

**profitable** (1)
38:12

**profits** (5)
37:19,20,22;66:19;67:10

**project** (1)
71:12

**projected** (1)
43:22

**promise** (1)
79:3

**promote** (1)
47:7

**prompt** (1)
73:14

**proof** (1)
53:20

**properly** (1)
39:21

**proprietary** (3)
32:15,16;33:10

**protecting** (2)
11:25;12:8

**provided** (3)
14:6,10;15:23

**public** (1)
39:4

**purchase** (17)
22:12,17;44:8;45:14,16,17;
51:18,20;53:23;54:20,21,24;
55:2,22;56:4;69:4,6

**purchased** (7)

22:11,13,15,19;38:5;56:5,6

**purchasing** (3)
28:10;69:9,17

**purports** (1)
62:14

**purposes** (2)
30:6;40:18

**Pursuant** (1)
11:19

**put** (2)
50:24;62:16

**puts** (1)
49:10

**putting** (4)
16:10,15,20;17:21

**Q**

**quantities** (1)
45:10

**quantity** (4)
44:9;45:4,5,17

**quarter** (3)
65:7,22,25

**question** (16)
8:14,16;10:14;16:17;22:6,
9;31:24;35:16;45:8;47:19,23;
48:10;78:12;80:6;81:3,6

**questionnaire** (1)
61:24

**questions** (7)
5:18,21;61:25;82:21;83:2,3,
4

**quick** (3)
31:5;68:15;71:7

**quotes** (1)
15:25

**R**

**R&D** (1)
40:24

**Raging** (1)
54:22

**ran** (1)
20:6

**rare** (2)
42:3;46:13

**rarely** (1)
57:8

**reach** (1)
53:2

**read** (3)
18:4;64:12;83:4

**ready** (1)
29:7

**really** (7)
30:2,13;34:11;48:25;49:6;
67:23;78:25

**reason** (5)
5:24;46:4;50:5;79:15,19

**recall** (3)
29:9;57:11;76:6

**receipt** (1)
29:4

**receipts** (1)
51:23

**receive** (4)
24:14;36:3;37:10;52:2

**received** (4)
25:17;43:21;72:6,13

**receiving** (1)
28:2

**recent** (1)
72:25

**recently** (6)
5:15,16;30:14;36:20;38:5;
41:5

**recess** (3)
31:9;56:17;82:24

**recognition** (1)
69:14

**recognize** (5)
10:23;24:9;27:9;44:17;68:6

**recollection** (1)
29:3

**recommendation** (1)
15:5

**record** (13)
4:2,13;5:8;24:5;27:10;31:7,
10;56:16,20;61:21;82:23,25;
83:6

**refers** (1)
71:8

**refused** (1)
14:16

**regard** (1)
65:21

**regarding** (2)
10:7;28:8

**regular** (1)
41:2

**regularly** (2)
46:1,23

**regulatory** (1)
82:4

**reject** (1)
41:18

**relates** (1)
40:19

**relation** (1)
76:13

**relations** (1)
39:4

**relationship** (3)
31:13;46:19,22

**release** (4)
50:7,13;68:9;70:7

**relevance** (1)
29:16

**relevant (1)**
  26:7
**rely (2)**
  25:24;43:7
**remaining (1)**
  12:4
**remark (1)**
  54:13
**remember (5)**
  26:22;27:21;28:9;29:10;
  56:2
**remove (1)**
  48:18
**rent (1)**
  39:14
**repair (1)**
  45:14
**repeat (1)**
  22:7
**report (2)**
  26:3;82:17
**reporter (6)**
  4:20;5:19;10:17;18:13;
  44:14;83:7
**Reporting (1)**
  4:4
**reports (4)**
  14:11;82:16,17,18
**represent (8)**
  6:3;7:15;10:7;13:8,22,25;
  14:3;62:10
**represented (4)**
  7:4;18:6;47:1,22
**representing (6)**
  7:7;8:18;9:23;12:17,23;
  17:4
**reputation (1)**
  47:23
**request (4)**
  47:8,10;48:2,5

**require (1)**
  15:14
**requirement (1)**
  34:3
**requirements (4)**
  32:25;33:22,25;69:18
**resell (1)**
  55:22
**resellers (2)**
  51:9,14
**reselling (2)**
  55:23;56:4
**resigned (1)**
  30:22
**resolution (2)**
  41:10;69:19
**resources (3)**
  48:20;50:23;66:24
**respect (1)**
  12:3
**respond (3)**
  26:21,23,24
**responded (2)**
  27:4,19
**response (2)**
  27:23,24
**rest (1)**
  21:25
**restructuring (1)**
  30:17
**result (1)**
  14:15
**results (7)**
  32:23;33:7;34:7,9,10,12;
  68:1
**retail (3)**
  19:13,21;60:7
**retain (1)**
  13:16
**retained (3)**

  4:3;13:18,21
**retest (1)**
  34:16
**review (2)**
  18:22;29:5
**Rick (2)**
  4:20;56:8
**Right (11)**
  33:12;36:5;47:15;60:13;
  62:23;63:18;72:2,23;78:6;
  79:21;80:8
**road (5)**
  81:10,13,17,21,22
**Robert (3)**
  15:13,19;28:21
**role (1)**
  10:3
**roll (1)**
  77:20
**room (1)**
  43:23
**run (3)**
  20:20;32:21;33:7

---

## S

**safer (1)**
  77:25
**salaries (1)**
  64:4
**salary (3)**
  36:3,7;37:3
**sale (1)**
  63:5
**sales (23)**
  27:1;29:12,13;45:19;46:23,
  24;59:4,21;60:19;61:7;62:14,
  17;63:4,9;64:8,8,18;65:3,4,6,
  13;66:3,7
**Same (14)**

  8:22;21:9,13;23:12;39:8;
  46:10;59:2;60:4,18;61:2,8;
  67:17,24,24
**Samsung (3)**
  59:11;60:22;66:20
**Samuel (4)**
  4:12;5:2,9;56:19
**S-A-M-U-E-L (1)**
  5:9
**satisfied (4)**
  8:17,21;18:5,8
**saver (3)**
  68:14;70:3,8
**saw (2)**
  54:2;76:20
**saying (4)**
  24:19;27:17;55:9;63:24
**scenario (1)**
  53:1
**schedule (1)**
  39:25
**School (4)**
  19:4,6,11,12
**Scott (1)**
  4:14
**sea (1)**
  52:10
**searched (2)**
  81:25;82:3
**searches (1)**
  15:16
**searching (1)**
  12:2
**second (2)**
  15:12;68:11
**security (4)**
  73:11,12,12,18
**seems (3)**
  24:2;27:22;57:1
**sees (1)**

34:8

**Seidman (3)**
15:13,14,19

**sell (14)**
19:22;32:8,9;47:16;51:8,9;
52:19,23;54:6;60:8,23;71:22,
23;80:4

**selling (5)**
53:4;54:5;65:24;66:16;
81:14

**sells (2)**
51:14;52:22

**send (7)**
29:22;44:8;45:15;51:20;
56:8;61:25;81:13

**sending (4)**
54:21,24;55:2;77:10

**sends (2)**
34:10;53:23

**sense (3)**
36:23;42:10;80:5

**sent (7)**
24:12;27:24;28:9;43:23;
51:18;52:6;76:18

**sentence (2)**
15:13;16:8

**sentences (1)**
15:21

**served (2)**
7:2;11:7

**server (1)**
43:19

**servers (1)**
76:18

**service (1)**
45:15

**Services (2)**
32:14;35:9

**set (6)**
42:7;46:10,15,17;47:6;

64:25

**sets (5)**
45:23;46:15,25;47:3,14

**setting (4)**
49:11;82:5,8,9

**settings (6)**
49:7,8,9;68:15;71:7;72:8

**settled (2)**
78:4,8

**settlement (2)**
79:3,10

**seven (2)**
15:12;16:7

**several (3)**
50:8,21;51:1

**Shanshan (3)**
39:10,13;40:1

**share (5)**
34:14;59:13,25;60:2;81:19

**shares (5)**
21:19;22:12,14,15,20

**sharing (1)**
68:13

**sheet (1)**
61:14

**sheets (1)**
44:1

**ship (4)**
52:3,9,10;65:2

**shipment (6)**
51:20,21,23;52:2,10,11

**shipments (1)**
39:19

**shipped (3)**
52:15;55:14;64:24

**shipping (6)**
50:10;51:17;52:11,12;64:2,
2

**Shopping (1)**
19:16

**short (1)**
56:12

**show (7)**
45:22;54:14;56:24;73:5;
81:14,17;82:11

**Showing (9)**
10:22;23:17;24:3;27:7;
44:12;54:18;61:12;62:9;68:5

**shown (1)**
25:25

**shows (5)**
41:7;44:24;45:3;72:20,24

**Sidley (2)**
4:14,16

**sign (1)**
30:7

**SIM (1)**
49:10

**similar (4)**
20:12;46:7;49:21;77:23

**simply (1)**
8:17

**site (1)**
58:4

**sits (1)**
41:6

**six (2)**
14:13;69:25

**size (1)**
41:10

**slightly (2)**
60:19;65:19

**small (2)**
29:17;80:1

**smart (7)**
29:13,14;48:23;58:16,18;
59:5,7

**social (1)**
70:25

**software (16)**

33:3;34:4;39:8,10,19;40:2,
3,25;42:8;49:5;50:12,13,19;
51:2;68:20;70:6

**sold (15)**
58:4,7,13,15,21;59:17,20,
24;60:12,16;61:2;63:11,14;
64:19;71:25

**sole (2)**
20:20,21

**somebody (1)**
54:5

**someone (2)**
56:5;80:12

**something (10)**
42:6,11,21;49:21;54:4;
61:20;71:4,5;72:8;80:16

**sometimes (2)**
48:5;53:2

**sorry (2)**
19:19;44:15

**sort (1)**
49:6

**Sosa (1)**
20:24

**source (1)**
35:7

**Southeast (1)**
4:9

**Southern (1)**
4:5

**space (2)**
69:22,23

**Spanish (1)**
74:13

**spare (4)**
45:11,13,14,20

**speak (5)**
15:18;16:3;30:3,3;46:24

**spec (1)**
61:13

**specific (4)**
34:16;41:15;48:7;73:4

**specifically (7)**
25:16;27:21;42:1,8;47:10;
50:12;72:11

**specification (1)**
61:17

**specifications (5)**
44:1,9;62:3;70:2;81:15

**specifics (1)**
31:20

**spell (3)**
5:7;21:1;77:19

**split (2)**
22:2;23:14

**spoke (1)**
16:4

**standard (6)**
49:6;75:25;76:1;82:5,8,9

**standards (3)**
74:15,19,22

**stands (1)**
57:4

**start (2)**
23:4;72:2

**started (2)**
20:16;28:14

**state (1)**
5:7

**statement (1)**
15:9

**States (20)**
4:5;40:8;58:8,13,15,21;
59:5,8,15,17,19;60:8,17,19,
23;63:14;64:25;65:6;75:14;
80:23

**stayed (2)**
59:22;61:8

**steady (1)**
61:2

**step (1)**
34:15

**steps (7)**
13:7,12;25:6,10;77:8;80:11,
15

**still (7)**
23:2;43:18,24;50:9;55:3;
66:21;67:20

**stopped (2)**
48:24;77:12

**store (3)**
19:13,21;52:8

**strange (2)**
45:5;79:25

**structured (1)**
36:5

**study (1)**
80:19

**style (2)**
69:11,12

**subsequent (1)**
34:4

**subsidiary (2)**
51:25;52:1

**succeed (1)**
66:18

**success (1)**
66:12

**successful (4)**
64:17;66:9,17,23

**sue (1)**
79:4

**sued (1)**
78:1

**suggested (1)**
29:18

**Suite (3)**
4:9;32:13,20

**sum (1)**
80:17

**support (2)**
47:2,4

**supposed (1)**
36:22

**Sure (21)**
5:23;19:3,12;32:18;33:2,
14;34:8;36:6;39:18,20,23;
40:24;41:25;46:25;47:21;
49:8;65:12;67:4;75:3,8;77:8

**surveys (1)**
81:8

**survive (1)**
66:18

**swear (1)**
4:21

**sworn (1)**
5:3

**system (9)**
33:16;35:3,6;48:22,23;49:1,
25;65:8;82:15

## T

**tab (1)**
62:16

**Taiwan (1)**
33:12

**taking (4)**
25:10;38:8;78:5;80:15

**talk (1)**
28:16

**talking (3)**
28:14;54:5;60:15

**target (1)**
52:25

**TARNAY (8)**
4:16,16;10:17;15:8;18:13;
54:8,12;56:11

**taxes (1)**
67:20

**team (4)**
28:23;34:8;39:20;50:19

**teams (3)**
26:11;40:24;67:23

**Tech (1)**
54:23

**technical (3)**
35:1;44:1;80:8

**T-E-K (1)**
46:20

**Telecel (9)**
20:6,14,20,21;21:18;22:1,3,
16,21

**tells (1)**
32:23

**ten (1)**
56:13

**tends (1)**
47:13

**term (2)**
48:4;51:19

**test (8)**
32:20;33:5,7,11;34:6;40:14,
15;75:3

**tested (1)**
34:1

**testified (1)**
5:4

**testimony (1)**
5:25

**Testing (16)**
32:20;33:21;34:15,22,25;
35:10;39:8,10,11,20,21;40:2,
3,4,5;75:5

**tests (4)**
32:23;33:13,14;34:13

**text (4)**
70:25;72:10,10;76:16

**T-E-Y (1)**
27:11

**themselves (1)**
4:13

**Thereupon (4)**
5:1;31:9;56:17;82:24

**thing (4)**
21:9,13;69:15;70:13

**things (9)**
27:1;36:24;38:2;48:11;
67:13;69:24;70:24;71:2,11

**think (14)**
29:15;36:15;63:18;66:17,
17,17,22;67:25;69:4,9,14,24;
72:8,18

**thinking (1)**
41:20

**third (11)**
11:6,7,13,21;16:11,16,20;
17:21;23:16;49:19,21

**thirds (1)**
23:15

**Thom (1)**
4:16

**those (57)**
14:17,23,25;18:2;24:22;
25:2;29:1;31:3;32:6,14,18,23;
33:12,14,25;34:8,10,12;35:8,
11;36:4,6;39:25;40:25;41:2;
43:17,20;44:1,2;46:2,14;49:6,
23;51:24;53:15;58:7,12;
59:11,22;64:4,15,24;67:13;
69:23;71:2,3,11;74:19;75:8,
12;78:4,8;79:4;81:12,20,20;
82:14

**though (2)**
44:24;62:22

**Three (7)**
5:14;14:14;40:1;44:14,15;
59:12,20

**thrilled (1)**
68:12

**through (7)**
19:10;23:9,11;30:18;40:22;
45:2;63:8

**throughout (1)**
70:18

**tied (1)**
64:3

**tier (3)**
60:4,21,21

**timeframe (1)**
55:8

**times (6)**
5:13,14;41:16,17;46:3,13

**tiny (1)**
45:21

**title (1)**
64:20

**T-Mobile (3)**
49:9;75:4,12

**today (7)**
5:25;18:17;21:16;58:22;
59:2,3,3

**Today's (1)**
4:7

**together (2)**
20:16;72:21

**told (2)**
26:18;29:7

**tool (1)**
32:22

**tooth (1)**
71:10

**top (6)**
11:25;14:14;15:13;59:12;
62:17,23

**total (3)**
44:24,25;59:24

**touch (2)**
45:7;71:23

**TP (1)**

45:7

**track (3)**
64:2,7;66:7

**tracks (1)**
63:22

**transactions (1)**
56:1

**transcript (1)**
18:4

**transcripts (1)**
56:9

**tried (1)**
82:7

**trolls (1)**
78:25

**trusting (1)**
26:1

**truthful (2)**
5:25;15:9

**try (1)**
79:25

**Tube (2)**
32:16;33:19

**turn (6)**
49:13,16;62:16;71:11,20;
77:15

**two (16)**
12:15;15:21;20:23,25;
21:10,12;22:2;23:15;27:16;
38:2,7;56:19;61:1;63:10;
64:20;75:12

**type (3)**
42:3;44:17;70:23

**types (2)**
19:23;75:23

**typically (1)**
43:6

**U**

**UI (3)**
68:14,18,19

**under (3)**
10:12;65:19,19

**understand (7)**
5:19,21,22;24:19;46:8,11;
51:7

**understanding (6)**
8:5,9,12;10:6;47:20;65:1

**underway (1)**
15:17

**Unfortunately (1)**
53:2

**unhappy (2)**
31:1,2

**unit (6)**
56:19;60:11,19;63:6,22;
64:7

**United (20)**
4:5;40:8;58:8,13,15,21;
59:5,8,15,17,19;60:8,17,19,
23;63:14;64:25;65:6;75:14;
80:23

**units (7)**
59:18;60:16;61:3;65:14,18,
21,22

**unless (1)**
10:10

**unlocked (8)**
59:6,14,16,17;60:13,16,24;
61:6

**until (6)**
20:4,7;25:20;30:14;43:7;
78:25

**up (10)**
20:4;25:8;26:24;27:15;
28:4,13;39:23,25;50:8;53:16

**update (1)**
77:10

**upgrade (1)**

49:25

**upgrades (1)**
50:4

**upon (1)**
11:7

**usage (1)**
73:9

**use (19)**
32:12,18;33:6,9;35:2,5,7,
11;40:9;42:9;49:1;57:9;
65:11;69:1;71:1;73:8,22,25;
77:22

**used (4)**
40:8;41:4;48:24;51:8

**user (8)**
33:1,21,23;68:19,21,23;
72:7;73:14

**user's (1)**
69:18

**using (6)**
33:2;47:11,17;72:2;75:7;
77:17

**usually (18)**
38:13;40:8;43:11,14;44:23;
45:14;47:13;49:23;50:3,19;
51:2;52:21,22;53:14;60:6;
71:19;75:24;76:2

---

**V**

---

**valid (4)**
26:6;78:18;79:17;80:3

**validity (3)**
80:1,6,22

**valuations (1)**
58:1

**VAMOS (1)**
74:12

**V-A-M-O-S (1)**
74:12

**vendors (2)**
26:1;57:18

**verification (1)**
32:22

**verifies (1)**
33:8

**verify (2)**
33:21;44:5

**versed (1)**
34:21

**version (12)**
34:4;35:6;50:3,4,6,7,9,10,
15;51:2;54:9;56:10

**versus (2)**
59:5;65:3

**via (1)**
43:21

**vice (1)**
20:4

**video (1)**
4:4

**VIDEOGRAPHER (10)**
4:2,3,20;31:7,10;56:15,18;
82:22,25;83:5

**view (2)**
9:22;60:6

**Vivo (1)**
61:18

**VOLTA (2)**
71:12,13

**V-O-L-T-A (2)**
71:12,13

**volume (2)**
29:17;80:4

**vs (1)**
4:11

---

**W**

---

**W&C (4)**

11:25;12:17;14:15;16:10

**wallpaper (2)**
49:13,14

**wanted (1)**
9:19

**wants (2)**
53:24;72:1

**warehouse (5)**
51:22;52:6,12;55:22;64:3

**way (4)**
34:9;36:5;71:2,11

**web (2)**
49:20;58:4

**week (1)**
14:18

**weeks (1)**
27:16

**weighted (1)**
57:23

**weren't (4)**
8:17;17:3;18:5;78:18

**whatever (5)**
6:10;50:15,17;51:2;57:20

**what's (13)**
10:22;23:17;24:3;27:8;
32:19;39:13;44:12;49:13;
56:24;61:12;62:9;64:6;68:5

**Whenever (5)**
30:3;37:13;43:18;50:7;
70:22

**whether (5)**
25:6;27:4;41:21;43:3;73:25

**White (19)**
6:3,8,16,18;7:1,4,6,14;8:2;
9:4,19,22;10:4;12:7,22;14:24;
16:19;17:14,20

**wholesale (4)**
20:2,17;21:4,13

**wholesaled (1)**
20:9

**whose (1)**
28:19

**Wi-Fi (4)**
71:10;75:18,20,23

**willing (2)**
32:6;52:20

**Windows (1)**
48:24

**wireless (1)**
75:17

**wise (2)**
36:24;60:11

**withdraw (8)**
9:4,10,15,20;17:5,15,16,17

**withdrawn (1)**
8:2

**within (2)**
13:25;57:7

**without (5)**
8:14,23,25;10:10;31:20

**witness (73)**
4:21,22;6:7,9;7:17;8:10,17,
25;9:9,12,17;10:9,12,15,25;
11:14,16;12:9;13:14;15:4;
16:3,19,23;17:3,9,14,24;18:4,
12;23:20;24:7,17;25:4;27:12,
21;30:22;31:1,16;32:1;35:21;
36:19;37:5,12,22;47:19;
51:11;55:10,20;56:13;58:10,
24;65:11,13,16;66:5,11,14;
67:9;69:4;70:12,17;72:17;
73:8,21;74:10;76:8;78:18,24;
79:7,19;80:25;81:5;83:11

**word (2)**
20:11;74:13

**work (10)**
6:20;19:13;20:2;25:23;
31:3;36:1;39:15;50:18,23;
75:3

**worked (4)**

19:16;20:3;47:13;51:3

**working (6)**
14:3;20:16;41:3;43:7;
48:25;50:17

**works (1)**
34:9

**worldwide (2)**
38:23;40:18

**worthwhile (1)**
29:20

**writing (1)**
28:24

**written (3)**
36:9;43:9,17

**Y**

**year (7)**
5:16;37:19;50:2;59:18,19;
65:5;67:2

**years (2)**
37:14;61:1

**yesterday (4)**
36:12;54:7,9,15

**yourself (3)**
20:20;23:8;79:11

**Z**

**Z-I-O-N (1)**
5:10

**1**

**1 (5)**
10:18,19,21,23;54:18

**1:02 (2)**
83:1,6

**10 (1)**
46:9

**10:01 (1)**
4:8

**10:46 (1)**
31:8

**10:55 (1)**
31:11

**100 (1)**
66:19

**100,000 (1)**
54:22

**11 (5)**
12:1,4,8,17,23

**11:45 (1)**
56:16

**11:55 (1)**
56:20

**11th (3)**
19:3,5,7

**12 (2)**
53:1;72:6

**12:55 (1)**
82:23

**120 (1)**
15:15

**15 (4)**
12:1,8,18,23

**150 (1)**
45:7

**1994 (2)**
19:18,18

**1995 (1)**
19:18

**1996 (1)**
20:1

**1997 (1)**
20:1

**1st (2)**
51:8,13

**2**

**2 (2)**
23:18,21

**2.4 (2)**
75:24,25

**2006 (7)**
20:7,10,13,18;21:6,7;22:1

**2010 (1)**
23:5

**2014 (4)**
55:1,4,20;61:3

**2015 (7)**
24:15;27:16;61:3;67:6,14,
17;68:10

**2016 (10)**
14:18;15:24;29:10;37:10;
51:8,13;61:3;65:5,7;67:17

**2017 (3)**
4:7;16:9,22

**21st (1)**
24:14

**23rd (1)**
15:24

**24th (1)**
4:7

**25 (1)**
58:12

**26th (1)**
14:18

**2nd (1)**
4:9

**3**

**3 (2)**
44:10;59:24

**30 (1)**
57:20

**300 (1)**
45:8

**30b6 (3)**
24:6,7;27:11

**33 (2)**
22:3;59:23

**33131 (1)**
4:10

**333 (1)**
4:8

**35 (1)**
65:16

**3G (1)**
74:16

**3rd (7)**
16:9,14,22;17:2,7,19,22

**4**

**4 (4)**
44:13;56:21,24;60:12

**40 (1)**
65:16

**4500 (1)**
4:9

**5**

**5 (2)**
61:9,12

**50 (1)**
58:5

**50/50 (1)**
21:23

**6**

**6 (3)**
61:18;62:6,10

**60 (3)**

Blackberry Limited v.
Blu Products, Inc.

Samuel Ohev-Zion
January 24, 2017

57:20;58:19,24

**62 (1)**
  21:24
**63 (1)**
  21:24
**66 (1)**
  22:3

## 7

**7 (3)**
  24:4;68:2,6
**70 (1)**
  59:4

## 8

**8 (1)**
  27:8
**80 (1)**
  59:4

## 9

**9 (1)**
  59:24
**90 (2)**
  15:15;57:20
**900,000 (1)**
  65:20
**911 (1)**
  74:8
**98 (1)**
  20:4
**99 (2)**
  20:5;41:23