UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:16-23535-CIV-Moreno/O'Sullivan

BLACKBERRY LIMITED,

    Plaintiff,

v.

BLU PRODUCTS, INC.

    Defendant.

_____/

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN FURTHER SUPPORT OF RENEWED MOTION TO CONTINUE

Defendant Blu Products, Inc. ("Blu"), by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1), respectfully requests the entry of an order extending the time in which it may file a reply in further support of its Renewed Motion to Continue Pretrial Deadlines [D.E. 116]. In support thereof, BLU states as follows:

1. On February 17, 2017, Blu filed its Renewed Motion to Continue Pretrial Deadlines [D.E. 116].

2. On February 24, 2017, Plaintiff filed a response in opposition [D.E. 117].

3. Pursuant to S.D. Fla. L.R. 7.1(c), the time prescribed for Blu to file a reply memorandum in support of its motion expires on March 3, 2017.

4. BLU seeks a short one business day extension of time (through March 6, 2017) within which to file its reply memorandum.

5. The undersigned certifies that as required by S.D. Fla. L.R. 7.1(a)(3), the undersigned has contacted Plaintiff's counsel and the relief requested in this motion is

unopposed.

WHEREFORE, Defendant, BLU PRODUCTS, INC., respectfully requests that the Court enter an order extending the time in which it may file a reply in support of its Renewed Motion to Continue Pretrial Deadlines through and including March 7, 2017.

Respectfully submitted,

Dated:   March 3, 2017

By: */s/ Bernard L. Egozi*
Bernard L. Egozi (Florida Bar No. 152544)
Egozi & Bennett, P.A.
2999 NE 191st Street, Suite 407
Aventura, FL  33180
Telephone: (305) 931-9342
Facsimile:  (305) 931-9343
Email:  begozi@egozilaw.com

*Counsel for BLU Products, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic mail through the CM/ECF system on this 3rd day of March, 2017, on all counsel of record on the service list below.

Ching-Lee Fukuda (admitted *pro hac vice*)
Sidley Austin LLP
787 Seventh Avenue
New York, NY  10019
Telephone:  (212) 839-5300
Facsimile:  (212) 839-5599
Email:  clfukuda@sidley.com

*Counsel for Plaintiff*

David T. Pritikin (admitted *pro hac vice*)
Douglas I. Lewis (admitted *pro hac vice*)
Scott R. Lassar (admitted *pro hac vice*)
Sidley Austin LLP
One S. Dearborn
Chicago, IL  60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036
Email:  dpritikin@sidley.com
Email:  dilewis@sidley.com
Email:  slassar@sidley.com

*Counsel for Plaintiff*

| | |
|---|---|
| Thomas N. Tarnay (admitted *pro hac vice*)<br>Sidley Austin LLP<br>2021 McKinney Avenue, Suite 2000<br>Dallas, TX  75201<br>Telephone:  (214) 981-3300<br>Facsimile:  (214) 981-3400<br>Email:  ttarnay@sidley.com<br><br>*Counsel for Plaintiff* | Marcos Daniel Jiminez<br>Audrey M. Pumariega<br>McDermott Will & Emery LLP<br>333 Avenue of the Americas, Suite 4500<br>Miami, FL  33131<br>Telephone:  (305) 358-3500<br>Facsimile:  (305) 347-6500<br>Email:  mjimenez@mwe.com<br>Email:  apumariega@mwe.com<br><br>*Counsel for Plaintiff*<br><br><br>*/s/ Bernard L. Egozi*<br>Bernard L. Egozi |