UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-23535-CIV-MORENO/O'SULLIVAN

BLACKBERRY LIMITED,
    Plaintiff,

vs.

BLU PRODUCTS, INC.,

    Defendant
_____/

## ORDER

THIS MATTER is before the Court on the Plaintiff Blackberry Limited's Motion for Clarification or Status Conference (DE# 123, 3/15/17) and the Motion to Defer Ruling on Summary Judgment Pursuant to Fed. R. CIV. P. 56(d) (DE# 124, 3/15/17) filed by the defendant. Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that the Plaintiff Blackberry Limited's Motion for Clarification or Status Conference (DE# 123, 3/15/17) and the Motion to Defer Ruling on Summary Judgment Pursuant to Fed. R. CIV. P. 56(d) (DE# 124, 3/15/17) are set for hearing before the undersigned on **Wednesday, March 22, 2017 at 3:00 p.m.**, at the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, 5th Floor, Miami, Florida 33128. Request for continuance of this cause shall not be considered unless addressed to this Court in the form of a written motion. **Any party wishing to appear by telephone shall promptly notify the undersigned's Chambers.**

DONE AND ORDERED in Chambers at Miami, Florida this **16th** day of March, 2017.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
United States District Judge Moreno
All counsel of record