UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 16-23535-CIV-MORENO/O'SULLIVAN

BLACKBERRY LIMITED,
    Plaintiff,

vs.

BLU PRODUCTS, INC.,

    Defendant
_____/

### ORDER

THIS MATTER is before the Court on the Plaintiff Blackberry Limited's Motion for Clarification or Status Conference (DE# 123, 3/15/17) and the Motion to Defer Ruling on Summary Judgment Pursuant to Fed. R. CIV. P. 56(d) (DE# 124, 3/15/17) filed by the defendant. Having reviewed the applicable filings and the law and having held a hearing on March 22, 2017, it is

ORDERED AND ADJUDGED that the Plaintiff Blackberry Limited's Motion for Clarification or Status Conference (DE# 123, 3/15/17) is **GRANTED in part and DENIED in part**. The plaintiff shall file its supplemental expert reports by **April 11, 2017**. The defendant shall serve its expert reports on both infringement and invalidity by **April 25, 2017**. The plaintiff may file expert rebuttal reports no later than **May 9, 2017**. It is further

ORDERED AND ADJUDGED that the Motion to Defer Ruling on Summary Judgment Pursuant to Fed. R. CIV. P. 56(d) (DE# 124, 3/15/17) and the Plaintiff Blackberry Limited's Motion for Summary Judgment and Incorporated Memorandum of Law (DE# 109, 2/10/17) are **DENIED as moot**. The plaintiff may re-file its summary

judgment motion by **June 6, 2017**. It is further

ORDERED AND ADJUDGED that the defendant may provide the Plaintiff's claims charts addressed in the Defendant's Motion Challenging Improper Confidentiality Designation and to Modify Protective Order (DE# 132, 3/21/17) to the defendant's experts.

DONE AND ORDERED in Chambers at Miami, Florida this **22nd** day of March, 2017.

                                                                               _____
                                                                               JOHN J. O'SULLIVAN
                                                                               UNITED STATES MAGISTRATE JUDGE

Copies to:
United States District Judge Moreno
All counsel of record