UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 16-23535-CIV-MORENO/O'SULLIVAN

BLACKBERRY LIMITED,
    Plaintiff,

vs.

BLU PRODUCTS, INC.,

    Defendant
_____/

## ORDER

THIS MATTER is before the Court on the Motion to Strike and/or in Limine to Exclude Plaintiff's Untimely, Unpleaded Patent Claims (DE# 131, 3/21/17) filed by the defendant. Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that the Motion to Strike and/or in Limine to Exclude Plaintiff's Untimely, Unpleaded Patent Claims (DE# 131, 3/21/17) is **DENIED without prejudice to renew** if necessary after Judge Moreno has issued his ruling on the Report and Recommendation on BLU Products, Inc.'s Motion and Memorandum in Support of Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (DE# 25, 11/4/16).

DONE AND ORDERED in Chambers at Miami, Florida this **27th** day of March, 2017.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
United States District Judge Moreno
All counsel of record