UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BLACKBERRY LIMITED,

    Plaintiff,

vs.

BLU PRODUCTS, INC.

    Defendant.

_____/

CASE NO. 1:16-23535-CIV-MORENO
Magistrate Judge O'Sullivan

**JOINT MOTION TO CLARIFY THE PROTECTIVE ORDER**

Plaintiff BlackBerry Limited and Defendant BLU Products, Inc. (collectively, "the parties") respectfully request that the Court enter the attached proposed Agreed Order Clarifying the Protective Order [DE 99].

Section 2(b) of the Protective Order is susceptible to multiple interpretations. While the parties are in agreement as to the appropriate interpretation of the provision, the parties nonetheless request the proposed clarification so that there will be no doubt that the parties are proceeding in compliance with the restrictions contained in the Protective Order.

Specifically, the parties propose clarifying Section 2(b) of the Protective Order by eliminating the provision in its present form, and replacing it with the following:

> B. Prosecution Activity shall mean any activity related to the competitive business decisions involving: (i) the preparation or prosecution (for any person or entity) of patent applications relating to the subject matter of the asserted patents to which the reviewed Prosecution Bar Materials are relevant; or (ii) advising or counseling clients regarding the same, including but not limited to providing any advice or counseling regarding, or participating in, the drafting of claims for any patent application or any other proceeding (other than post-grant proceedings) at the U.S. Patent and Trademark Office. Specifically, nothing in this provision shall preclude any attorney or expert from being involved in any post-grant proceeding before the U.S. Patent and Trademark Office (including, without limitation, reexaminations, reissues, *inter partes* review, and covered business method

review), and nothing in this paragraph shall preclude the experts or attorneys involved in this litigation from being involved in both such post-grant proceedings and this litigation.  Nothing in this paragraph shall prevent any attorney from sending non-confidential prior art to an attorney involved in patent prosecution for purposes of ensuring that such prior art is submitted to the U.S. Patent and Trademark Office (or any similar agency of foreign government) to assist a patent applicant in complying with its duty of candor.  Nothing in this provision shall prohibit any attorney of record in this litigation from discussing any aspect of this case that is reasonably necessary for the prosecution or defense of any claim or counterclaim in this litigation with his/her client.

WHEREFORE, the parties respectfully request that the Court clarify the Protective Order [DE 99] by entering the attached proposed Order Clarifying the Protective Order.

Dated: March 28, 2017

Respectfully submitted,

| | |
|---|---|
| s/Thomas N. Tarnay<br>By: _____<br>Marcos Dnaiel Jimenez (FBN 441503)<br>mjimenez@mwe.com<br>Audrey M. Pumariega (FBN 85206)<br>apumariega@mwe.com<br>MCDERMOTT WILL & EMERY LLP<br>333 SE 2nd Avenue, Suite 4500<br>Miami, Florida 33131<br>Telephone:  305-358-3500<br>Telefax:  305-347-6500<br><br>Scott R. Lassar (*pro hac vice*)<br>slassar@sidley.com<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, Illinois 60603<br>Telephone:  312-853-7000<br>Telefax:  312-853-7036<br><br>Ching-Lee Fukuda (*pro hac vice*)<br>clfukuda@sidley.com<br>Todd M. Simpson (*pro hac vice*)<br>tsimpson@sidley.com<br>Caroline Bercier (*pro hac vice*)<br>SIDLEY AUSTIN LLP<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone:  212-839-5300<br>Telefax:  212-839-5599<br><br>Thomas N. Tarnay (*pro hac vice*)<br>ttarnay@sidley.com<br>R. Seth Reich Jr. (*pro hac vice*)<br>Seth.reich@sidley.com<br>SIDLEY AUSTIN LLP<br>2021 McKinney Avenue, Suite 2000<br>Dallas, Texas 75201<br>Telephone:  214-981-3300<br>Telefax:  214-981-3400<br><br>***Attorneys for Plaintiff*** | s/ Samuel A. Lewis<br>By: _____<br>James A. Gale (FBN 371726)<br>JGale@Cozen.com<br>Lawrence S. Gordon (FBN 382361)<br>LGordon@Cozen.com<br>Samuel A. Lewis (FBN 55360)<br>SLewis@Cozen.com<br>Javier Sobrado (FBN 44992)<br>JSobrado@Cozen.com<br>COZEN O'CONNOR<br>One Biscayne Tower, Suite 3000<br>2 South Biscayne Boulevard<br>Miami, Florida 33131<br>Telephone:  305-358-5001<br>Telefax:  305-358-3309<br><br>Bernard L. Egozi (FBN 152544)<br>begozi@egozilaw.com<br>Egozi & Bennett, P.A.<br>2999 NE 191st Street, Suite 407<br>Aventura, FL 33180<br>Telephone:  305-931-9342<br>Telefax:  305-931-9343<br><br>***Attorneys for Defendant*** |

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues, and that the parties jointly agree to the relief requested herein.

s/ Samuel A. Lewis
_____

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the CM/ECF service on March 28, 2017 on all counsel or parties or record on the Service List below.

s/ Samuel A. Lewis
_____

## SERVICE LIST
*Blackberry Limited v. BLU Products, Inc.*
Case No. 1:16-cv-23535-FAM

Ching-Lee Fuduka
Todd M. Simpson
Caroline Bercier
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

David T. Pritikin
Douglas I. Lewis
Scott R. Lassar
Sidley Austin, LLP
One S. Dearborn
Chicago, IL 60603

Thomas N. Tarnay
R. Seth Reich Jr.
Sidley Austin, LLP
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201

Marcos D. Jimenez
Audrey M. Pumariega
McDermott Will & Emery LLP
333 Avenue of the Americas, Suite 4500
Miami, FL 33133

4