UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-23535-CIV-MORENO/O'SULLIVAN

BLACKBERRY LIMITED,

    Plaintiff,

vs.

BLU PRODUCTS, INC.,

    Defendant
_____/

## ORDER

THIS CAUSE came before the Court on Plaintiff's Urgent Renewed Motion for Discovery Hearing (DE# 147, 4/19/17). Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that Plaintiff's Urgent Renewed Motion for Discovery Hearing (DE# 147, 4/19/17) is set for a hearing before the undersigned on **Tuesday, April 25, 2017** at **3:30 PM** at the C. Clyde Atkins United States Courthouse, 301 N. Miami Avenue, 5th Floor, Miami, Florida 33128. Request for continuance shall not be considered unless submitted in the form of a written motion.

DONE AND ORDERED in Chambers at Miami, Florida this **19th** day of April, 2017.

                                                           JOHN J. O'SULLIVAN
                                                           UNITED STATES MAGISTRATE JUDGE

Copies to:
United States District Judge Moreno
All counsel of record