UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-23535-CIV-MORENO/O'SULLIVAN

BLACKBERRY LIMITED,

    Plaintiff,

vs.

BLU PRODUCTS, INC.,

    Defendant
_____/

## ORDER

THIS CAUSE came before the Court on BLU Products, Inc.'s Motion to Briefly Continue Discovery Hearing (DE# 150, 4/20/17). Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that BLU Products, Inc.'s Motion to Briefly Continue Discovery Hearing (DE# 150, 4/20/17) is **GRANTED**. The hearing on the Plaintiff's Urgent Renewed Motion for Discovery Hearing (DE# 147, 4/19/17) is re-set for **Wednesday, April 26, 2017** at **3:00 PM** before the undersigned at the C. Clyde Atkins United States Courthouse, 301 N. Miami Avenue, 5th Floor, Miami, Florida 33128. Request for continuance shall not be considered unless submitted in the form of a written motion. The hearing previously set before the undersigned for April 25, 2017 is CANCELLED.

DONE AND ORDERED in Chambers at Miami, Florida this **21st** day of April, 2017.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
United States District Judge Moreno
All counsel of record