UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 16-23535-CIV-MORENO
Hon. John J. O'Sullivan, Magistrate Judge

BLACKBERRY LIMITED,

      Plaintiff,

vs.

BLU PRODUCTS, INC.

      Defendant.

## PLAINTIFF'S *UNOPPOSED* MOTION TO SUBSTITUTE *PRO HAC VICE* SPONSOR

Plaintiff BlackBerry Limited ("BlackBerry") hereby files this *Unopposed* Motion to Substitute *Pro Hac Vice* Sponsor, and states:

1.    Marcos Daniel Jiménez is no longer with the law firm of MCDERMOTT WILL & EMERY LLP. Therefore, his email address should be removed from the service list in this case.

2.    This Court previously granted permission for the following attorneys from the law firm of Sidley Austin LLP to appear *pro hac vice* on behalf of BlackBerry, with Marcos Daniel Jiménez to serve as local counsel: David T. Pritikin, Douglas I. Lewis, Scott R. Lassar, Thomas N. Tarnay, Ching-Lee Fukuda, R. Seth Reich, Jr., Todd M. Simpson, and Caroline Bercier. (D.E.s 11, 32, 33, 76). BlackBerry therefore requests that the Court substitute Justin B. Uhlemann to serve as local counsel to the *pro hac vice* attorneys in place of Mr. Jiménez.

3.    Mr. Uhlemann is an attorney with MCDERMOTT WILL & EMERY LLP. Mr. Uhlemann is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Mr. Uhlemann consents to be designated as a member of the Bar of this Court with

whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

## **RULE 7.1(a)(3) CERTIFICATE OF GOOD FAITH CONFERENCE**

I hereby certify that counsel for BlackBerry has conferred with counsel for Defendant about the issues set forth above, and counsel for Defendant does not oppose this motion.

Dated: August 8, 2017

Respectfully submitted,

By: */s/ Justin B. Uhlemann*

Ching-Lee Fukuda (*pro hac vice*)
clfukuda@sidley.com
Todd M. Simpson (*pro hac vice*)
tsimpson@sidley.com
Caroline Bercier (*pro hac vice*)
cbercier@sidley.com
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300 Telephone
(212) 839-5599 Facsimile


Thomas N. Tarnay (*pro hac vice*)
ttarnay@sidley.com
R. Seth Reich Jr. (*pro hac vice*)
seth.reich@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
(214) 981-3300 Telephone
(214) 981-3400 Facsimile

Justin B. Uhlemann (FBN 568872)
juhlemann@mwe.com
Audrey M. Pumariega (FBN 85206)
apumariega@mwe.com
MCDERMOTT WILL & EMERY LLP
333 SE 2nd Avenue, Suite 4500
Miami, Florida 33131
(305) 358-3500 Telephone
(305) 347-6500 Facsimile

Scott R. Lassar (*pro hac vice*)
slassar@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
(312) 853-7000 Telephone
(312) 853-7036 Facsimile


*Attorneys for Plaintiff BlackBerry Limited*

2

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF on August 8, 2017, on all counsel or parties of record.

> _/s/      Justin B. Uhlemann_
> Justin B. Uhlemann