UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

BLACKBERRY LIMITED,

        Plaintiff,

vs.

BLU PRODUCTS, INC.,

        Defendant.
_____/

CASE NO.: 16-23535-CIV-MORENO
Magistrate Judge O'Sullivan

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, the Parties, Plaintiff Blackberry Limited, and Defendant BLU Products, Inc. (collectively, the "Parties"), hereby stipulate to and move the Court for entry of an Order dismissing this action without prejudice. The Parties further agree that the Court will retain jurisdiction to enforce the terms of the Memorandum of Understanding executed by the Parties on July 19, 2017. The Parties further stipulate that each side shall bear their own costs and fees, including all attorneys' fees. A proposed Order is attached.

1

Respectfully submitted,

|  |  |
|---|---|
| s/ Scott R. Lassar<br>By:_____<br>Audrey M. Pumariega (FBN 85206)<br>apumariega@mwe.com<br>MCDERMOTT WILL & EMERY LLP<br>333 SE 2nd Avenue, Suite 4500<br>Miami, Florida 33131<br>(305) 358-5000 Telephone<br>(305) 347-6500 Facsimile<br><br>Scott R. Lassar (*pro hac vice*)<br>slassar@sidley.com<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, Illinois 60603<br>(312) 853-7000 Telephone<br>(312) 853-7036 Facsimile<br><br>Ching-Lee Fukuda (*pro hac vice*)<br>clfukuda@sidley.com<br>Todd M. Simpson (*pro hac vice*)<br>tsimpson@sidley.com<br>Caroline Bercier (*pro hac vice*)<br>cbercier@sidley.com<br>SIDLEY AUSTIN LLP<br>787 Seventh Avenue<br>New York, New York 10019<br>(212) 839-5300 Telephone<br>(212) 839-5599 Facsimile<br><br>Thomas N. Tarnay (*pro hac vice*)<br>ttarnay@sidley.com<br>R. Seth Reich Jr. (*pro hac vice*)<br>Seth.reich@sidley.com<br>SIDLEY AUSTIN LLP<br>2021 McKinney Avenue, Suite 2000<br>Dallas, Texas 75201<br>(214) 981-3300 Telephone<br>(214) 981-3400 Facsimile<br><br>*Attorneys for Plaintiff BlackBerry Limited* | s/ Samuel A. Lewis<br>By: _____<br>James A. Gale (FBN 371726)<br>jgale@cozen.com<br>Lawrence. S. Gordon (FBN 382361)<br>lgordon@cozen.com<br>Samuel A. Lewis (FBN 55360)<br>slewis@cozen.com<br>Javier Sobrado (FBN 44992)<br>jsobrado@cozen.com<br>COZEN O'CONNOR<br>One Biscayne Tower, Suite 3000<br>2 South Biscayne Boulevard<br>Miami, Florida 33131<br>(305) 358-5001 Telephone<br>(305) 358-3309<br><br>Bernie L. Ezogi (FBN 152544)<br>begozi@egozilaw.com<br>Egozi & Bennett, P.A.<br>2999 NE 191st Street, Suite 407<br>(305) 931-9342 Telephone<br><br>*Attorneys for Defendant BLU Products, Inc.* |

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that counsel for the Parties have conferred, and that the Parties jointly agree to the relief requested herein.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the CM/ECF service on August 10, 2017 on all counsel or parties or record on the Service List below.

s/ Samuel A. Lewis
_____

## SERVICE LIST
*Blackberry Limited v. BLU Products, Inc.*
Case No. 1:16-cv-23535-FAM

| | |
|---|---|
| Ching-Lee Fukuda<br>Sidley Austin LLP<br>787 Seventh Avenue<br>New York, NY 10019 | Thomas N. Tarnay<br>Sidley Austin, LLP<br>2021 McKinney Avenue, Suite 2000<br>Dallas, TX 75201 |
| David T. Pritikin<br>Douglas I. Lewis<br>Scott R. Lassar<br>Sidley Austin, LLP<br>One S. Dearborn<br>Chicago, IL 60603 | Audrey M. Pumareiga<br>McDermott Will & Emery LLP<br>333 Avenue of the Americas, Suite 4500<br>Miami, FL 33133 |