UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

BLACKBERRY LIMITED,

        Plaintiff,

vs.

BLU PRODUCTS, INC.,

        Defendant.

_____/

CASE NO.: 16-23535-CIV-MORENO
Magistrate Judge O'Sullivan

## ORDER DISMISSING ACTION WITHOUT PREJUDICE

THIS CAUSE came before the Court on the Joint Motion To Dismiss Without Prejudice [DE#62]. The Court, finding that the Parties have stipulated and agreed to the relief sought, and being otherwise fully advised in the premises, hereby

ORDERS AND ADJUDGES that the Joint Motion is hereby GRANTED, and this action is DISMISSED WITHOUT PREJUDICE. All pending motions in this case are DENIED AS MOOT, however, the Court specifically agrees herein to retain jurisdiction to enforce the terms of the Memorandum of Understanding executed by the Parties on July 19, 2017. Each Party to bear its own costs and attorneys' fees.

DONE AND ORDERED in Chambers at Miami, Florida this 14th day of August, 2017.

_____
THE HONORABLE FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record